# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. RAÚL TORREZ, Attorney General; …<br><br>Plaintiffs,<br><br>v.<br><br><br>ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | Civil Action No.<br><br>**REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

EXHIBIT A                                                                1

**Declaration of Katherine "K.D." Chapman-See**

I, Katherine "K.D." Chapman-See, hereby declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge and the records of the Washington State Office of Financial Management ("OFM") to which I have access.

2. I am the Director of the Office of Financial Management ("OFM") for the State of Washington. I have served as Director of OFM since my appointment January 15, 2025. I have over 13 years of experience in budgeting and policy development. Prior to becoming Director of OFM, I spent two years as Legislative Affairs Liaison for OFM. Prior to working for OFM, I served as Policy Director, Deputy Policy Director, and as a Policy Analyst for the Washington State House of Representatives between 2011 and 2022, with responsibilities for advising and making recommendations to legislators on the state's operating budget, revenue, pensions, labor, higher education, agriculture and natural resource policy issues. From 2008 to 2011, I worked for the Washington State Office of the Lieutenant Governor as the office's Legislative and Community Liaison. I hold a Bachelor's degree in Anthropology from the University of Chicago.

3. OFM provides vital information, fiscal services and policy support that the Governor, Legislature, and State agencies need to serve the people of Washington State. OFM plays a central role in budget planning, policy development, and fiscal administration for the executive branch. OFM prepares the executive budget proposal and monitors budget implementation. OFM also manages statewide human resource policy functions including classification, compensation, workforce data, recruitment, and other policy functions.

4. As Director, I oversee all aspects of OFM and ensure that OFM is providing accurate budgetary information and policy support to the Governor, Legislature, State agencies, and the public.

5. If the actions of the Department of Government Efficiency (DOGE), lead by Elon Musk, cancel federal-state contracts or significantly reduce federal funding for/from partner

federal agencies, it will impact Washingon State's ability to adequately serve and uphold its own legal commitments to its residents.

6. If such a pause or freeze went into, or remains in, effect, it would have a devastating effect on the State of Washington, its operations, and its residents.

7. OFM regularly calculates its State Expenditure of Federal Awards ("SEFA"). The SEFA calculation includes all federal funds that the State receives in a given fiscal year.

8. For the most recent fiscal year—FY2024, running from July 1, 2023 to June 30, 2024—Washington received $27,439,038,022 in federal funding. This comprised approximately 32% of Washington's total budget for FY2024.

9. Washington received $20,218,375,913 in federal funding in FY2024 from the US Agency for International Development (USAID), the Department of Health and Human Services, the Department of Energy, the Department of Defense, the Department of Education, the Department of Transportation, and the Small Businesss Administration.

10. The University of Washington and Washington State University received $5,066,201 in FY2024 SEFA from USAID, for USAID Foreign Assistance for Programs Overseas.

11. Washington received federal funding from the Department of Health and Human Services for over 200 federal grant programs, amounting to $16,313,301,384 in FY2024. Federal grant programs included Child Care and Development Block Grants, which amounted to over $393 million in FY2024 SEFA (the primary federal grant program that allows states to provide childcare assistance to low-income working families with children under age 13[1]); foster care grants, which amounted to over $166 million in FY2024 SEFA (among other things, providing safe and stable out-of-home care for eligible children and youth until they are safely returned home, placed permanently with adoptive families or legal guardians, or placed in other planned arrangements for permanency[2]); child support enforcement, which amounted to over $134 million in FY2024

---

[1] https://dcyf.wa.gov/about/government-affairs/ccdf
[22] https://www.acf.hhs.gov/cb/grant-funding/title-iv-e-foster-care

SEFA; allergy and infectious disease research, which amounted to over $121 million in FY2024 SEFA; substance abuse treatment block grants, which amounted to over $65 million in FY2024 SEFA (helps plan, carry out, and evaluate activities for the prevention, treatment, and recovery of substance abuse for individuals not covered by Medicaid), and many more. State agencies receiving federal funding from HHS included, but are not necessarily limited to: Administrative Office of the Courts, Central Washington University, Community and Technical College System, Department of Agriculture, Department of Children, Youth, and Families, Department of Commerce, Department of Corrections, Department of Fish & Wildlife, Department of Health, Department of Labor and Industries, Department of Social and Health Services, Department of Veterans' Affairs, Eastern Washington University, Health Care Authority, Office of Financial Management, Office of Superintendent of Public Instruction, Office of the Attorney General, Office of the Insurance Commissioner, Student Achievement Council, University of Washington, Washington State University, and Western Washington University.

12. Washington received $82,949,065 in FY2024 funds from the Department of Energy to faciliate approximately 100 federal grant programs, including the federal Office of Science Financial Assistance Program, Weatherization Assistance for Low-Income Persons, and the Stewardship Science Grant Program. State agencies receiving funds included the Community and Technical College System, Department of Commerce, Department of Ecology, Department of Health, Eastern Washington University, Military Department, University of Washington, Washington State Patrol, Washington State University, and Western Washington University.

13. The Department of Defense awarded $195,618,142 to Washington State in FY2024 for several dozen federal grant programs, including but not limited to National Guard Military Operations and Maintenance, Military Medical Research and Development, Air Force Defense Research Scientifics Program, and Cybersecurity CORE Curriculum. State agencies receiving funding from the Department of Defense include the Community and Technical College Program, Department of Fish & Wildlife, Department of Natural Resources, Eastern Washington University,

Federal Revenue for Distribution, Military Department, The Evergreen State College, University of Washington, Washington State Patrol, and Washington State University.

14. Washington State received $2,493,055,346 in FY2024 funding from the Department of Education for dozens of federal programs including but not limited to Federal Direct Student Loans, Title I Grants to Local Educational Agencies, and Special Education Grants. For example, National School Lunch Program funds amounted to over $361 million in FY2024 SEFA. This program provides nutritious meals to children. Public school districts, private schools, residential child care institutions, and Charter Schools may participate in school meal programs. Title I education grants amounted to over $310 million in FY2024 SEFA, to provide instructional help to children whose academic performance is below average, based on a formula that targets funding to schools and districts with higher percentages of students in poverty. Special Education grants amounted to over $275 million in FY2024 SEFA, to meet the excess costs of providing special education and related services to children with disabilities, including support and direct services, technical assistance and personnel preparation, assisting schools in providing positive behavioral interventions and supports, and improving the use of technology in the classroom. State agencies receiving funding from the Department of Education included Central Washington University, Community and Technical College System, Department of Children, Youth and Families, Department of Services for the Blind, Department of Social and Health Services, Eastern Washington University, Office of Superintendent of Public Instruction, Student Achievement Council, The Evergreen State College, University of Washington, Washington State University, Western Washington University, and the Workforce Training and Education Coordinating Board.

15. Department of Transportation funds amounted to $1,123,502,796 in FY2024, including over $952 million for highway planning and construction. These funds include the Highway Infrastructure Program, which provides federal funds for road, bridge, ferry, transit capital, and Intelligent Transportation System capital projects for the elimination of hazards and

the installation of protective devices at railway-highway crossings.[3] Funding was also awarded for federal transit formula grants, motor carrier safety assistance, national infrastructure investments, etc. Recipient state agencies include, but are not limited to: Department of Licensing, Department of Transportation, Military Department, Traffic Safety Commission, and the Washington State Patrol.

16. The Small Business Administration awarded $4,882,970 to Washington State in FY2024, for federal programs involving small business development centers and state trade expansion. Recipient state agencies included the Community and Technical College System, Department of Commerce, and Washington State University.

17. It is safe to say that the actions of DOGE to withdraw or restrict federal funding to Washington State risks billions of dollars in federal funding, and crucial support services administered by Washington state agencies. This is a real concern to OFM. It has been well-covered in the media that the Department of Government Efficiency (DOGE) effectively shut down USAID last week. Just yesterday, it was reported that DOGE terminated nearly $1 billion in US Department of Education contracts, following reports that after US House Representative Maxwell Frost and other lawmakers were physically locked out of the Education Department's building, Elon Musk responded by saying: "What is this 'Department of Education' you keep talking about? I just checked and it doesn't exist."  Paragraph 14 above describes many of the programs that would be at risk should Department of Education funds no longer be available to Washington.  In addition, Washington's College Grant state financial aid program is an entitlement program that provides assistance to students in addition to federal Pell and other grants.  If federal grants are frozen, the cost to the state of the college grant program could increase.

18. In the event that federal funds are suddenly withheld, even temporarily, Washington simply does not have funds to cover all of these necessary programs that are currently funded through federal dollars. And it most certainly does not have the funds to backfill federal dollars

---

[3] https://wsdot.wa.gov/business-wsdot/support-local-programs/funding-programs/highway-infrastructure-program

6

while continuing to pay for all of the many state-funded programs on which its residents rely. Thus, pausing or terminating federal funds would necessarily entail cuts—likely drastic cuts—to key services provided by state agencies on which Washington residents depend.

19. This threat to federal funding comes at a precarious time for Washington. Our state is one of several states facing a budget shortfall. Due to inflation, higher projected caseloads in several safety net programs, expansion of popular programs like early learning, and workforce costs, combined with revenue declines due to lagging home sales and collections for sales and capital gains taxes, Washington is facing a forecasted budget deficit of over $12 billion over the next four years. Many Washington state agencies are facing budget cuts of between three and six percent to account for the lack of funding.

20. DOGE's direction to withhold significant federal funding, even temporarily, would interfere with critical state programs, drastically worsen Washington's budget shortfall, and make it nearly impossible for state agencies and our Legislature to intelligently prioritize needed budgeting needs.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 12th day of February 2025, in   Olympia, Washington                              .

_____
Katherine "K.D." Chapman-See
Director
Washington State Office of Financial Management