IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* RAÚL TORREZ, Attorney General; … <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | C.A. No. _____ <br><br> **REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

## DECLARATION OF MARIANA D. PADILLA

I, Mariana D. Padilla, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New Mexico Public Education Department (PED) as Secretary-Designate of Public Education. I have been in this position since September 10, 2024.

3. PED is the State Education Agency primarily responsible for the supervision and support of public elementary and secondary schools within the state including the provision and oversight of virtually all federal funded programs related to elementary and secondary education.

1    EXHIBIT B

4.  As Secretary-Designate of Public Education, I oversee and manage all PED personnel that interact daily with federal agencies operating programs and grants involving public schools, including varying federal contracts, federal-state programs, and related federal funding.

5.  I expect the actions of the Department of Government Efficiency (DOGE), led by Elon Musk, to adversely impact the operation of PED.

6.  In particular, cancellation of federal-state contracts or a significant reduction in federal personnel and/or funding for partner federal agencies will impact PED's ability to adequately serve state citizens and uphold its own legal commitments to its citizens.

7.  PED collaborates with the federal government primarily through the federal Department of Education (DOE) including, among others, its Office of Elementary and Secondary Education (OSEA), Office of Special Education and Rehabilitative Services (OSERS), and Office of Career, Technical and Adult Education (OCTAE). In addition, as part of its duties as the state education agency, PED collaborates with other federal departments including the U.S. Department of Agriculture as part of its School Nutrition Programs, and the Health and Human Services Department as part of the Medicaid and School Health programs.

8.  New Mexico operates federal grant programs with funds currently amounting to $1,879,210,361.93 which support various federal education programs at both the state and local levels. Among a significant number of education programs, this includes, but is not limited to, the following programs:

   a. Elementary and Secondary Education Act (ESEA), Title I, Part A is a formula funded grant operated by the OSEA with a current total award amount of $146,145,066.00. These funds are provided to serve approximately 87 percent of the total student population in New Mexico between age five and seventeen.

    i. The purpose of the Title I, Part A fund is to provide financial assistance to schools and districts with high percentages of low-income students with the goal of ensuring that all children, regardless of economic background, meet state academic standards and receive a high-quality education.

    ii. Key Objectives of Title I-A

        1. Closing achievement gaps between disadvantaged students and their peers;

        2. Improving educational equity to ensure fair access to quality education;

        3. Supporting academic interventions by funding evidence-based programs; including tutoring, after-school programs, and early childhood education;

        4. Enhancing teacher quality by supporting professional development to improve instruction in high-need schools; and

        5. Increasing family & community engagement to boost student success.

b. ESEA Title II, Part A is a formula funded grant operated by the OSEA with a current award amount of $18,006,586.00. These funds are provided to serve approximately 87 percent of the total student population in New Mexico between age five and seventeen.

    i. The purpose of Title II, Part A fund is to increase student achievement by improving the quality and effectiveness of teachers, principals, and school leaders. These funds support professional development, recruitment, and retention efforts to ensure that all students have access to high-quality educators.

    ii. Key Objectives of Title II-A Funds:

        1. Improving teacher & principal quality by funding training to enhance instructional skills and leadership effectiveness;

3

  2. Recruiting and retaining effective educators by helping schools attract and keep high-quality teachers, especially in high-need schools;

  3. Supporting evidence-based professional development by funding ongoing training for educators in instructional strategies, classroom management, and subject-area expertise;

  4. Promoting equitable access to quality educators by Ensuring that low-income and minority students have equal access to strong teachers and leaders; and

  5. Encouraging innovative instructional practices by funding mentoring, coaching, and new teaching strategies to improve student learning outcomes.

c. ESEA, Title IV, Part A is a formula funded grant operated by the OSEA with a current total award amount of $10,175,039.00. These funds are provided to serve approximately 87 percent of the total student population in New Mexico between age five and seventeen.

 i. The purpose of Title IV, Part A funds are to support a well-rounded education, improve school conditions for learning, and enhance the effective use of technology. These funds provide flexible funding to districts to address various student needs beyond core academics.

 ii. Key Objectives of Title IV, Part A Funds:

  1. Supporting a well-rounded education by Expanding access to subjects beyond reading and math, such as science, technology, engineering, arts, and social studies;

  2. Improving school conditions for learning by promoting safe and healthy schools and addressing mental health, bullying, and school climate; and

4

Docusign Envelope ID: E848464F-EEF7-4E17-ACF5-82CB22BF8851

3. Enhancing the use of educational technology by funding technology infrastructure, digital learning, and teacher training on integration of technology into the classroom.

d. Individuals with Disabilities Education Act (IDEA) Part B is a formula funded grant operated by the Office of Special Education Programs within OSERS with a current award amount of $109,028,430.00. These funds are provided to serve 59,544 current students with disabilities between three and twenty-one years of age within New Mexico

  i. The purpose of IDEA Part B grant is to ensure that students with disabilities receive a free appropriate public education (FAPE) that meets their unique needs. IDEA Part B provides federal funding to states to support special education and related services for students with disabilities in accordance with each students individualized education program.

  ii. Key Objectives of IDEA Part B:

  1. Guaranteeing educational access by ensuring that students with disabilities have an individualized education program that affords them access to the general curriculum in their least restrictive environment;

  2. Supporting education for students with disabilities through the development and implementation of individualized education programs tailored to each student's needs;

  3. Ensuring that schools provide special education and related services at no cost to families; and

   4. Protecting student and parent rights afforded by the IDEA by ensuring that procedural safeguards are in place which protect their continued access to a free and appropriate public education.

e. Carl D. Perkins Career and Technical Education Act (Perkins V) is a formula funded grant operated by OCTAE with a current award amount of $10,518,061.00. These funds are provided to serve 89,322 current students.

 i. The Perkins V grant provides federal funding to support career and technical education (CTE) programs. The purpose of Perkins funds is to help students gain the academic, technical, and employability skills needed for high-skill, high-wage, or in-demand careers.

 ii. Key Objectives of Perkins V Funds:

  1. Strengthening CTE programs to better prepare students for today's workforce;

  2. Improving workforce readiness by ensuring development of industry-relevant skills that align with labor market demands;

  3. Supporting special populations by providing resources for students who are economically disadvantaged, disabled, nontraditional career seekers, or English learners;

  4. Promoting collaboration with industry and higher education stakeholders by encouraging partnerships between schools, businesses, and community colleges to create real-world learning opportunities;

  5. Expanding access to modern technology and equipment by funding upgrades to labs, purchase of tools, and implementation new CTE curricula; and

   6. Providing professional development for educators to ensure that teachers can deliver high-quality, industry-aligned instruction.

  9. Any pause or gap in operational support or significant delays in federal agency functions due to significant reductions in federal personnel would catastrophically disrupt student instruction for the current and future school years because both the salary of educators and programming for students is tied to the funding, operations, and technical support provided by federal agencies, namely the DOE. Further, the absence of access to federal personnel operating these programs would impair and potentially prohibit PED's ability to meet the significant obligations outlined in both federal and state law and the associated programmatic and fiscal requirements related to these education programs.

  10. DOGE has identified several agencies and programs, including the Medicaid and the Department of Education, as areas of the federal government to "delete" or severely limit. Were this to occur, this would affect PED's ability to uphold its obligations to citizens as PED may have to consider full restructuring of operations both internally and externally to ensure continuity of necessary programs directly operated in collaboration with, or supported by, federal agencies and their employees. This would also result in necessary review of all programs and staff, the potential repurposing of positions to continue programs essential to the continued education of New Mexico students and collaborating with other state agencies to ensure the continuity of programs effecting schools not otherwise managed by PED.

  11. PED's budget for this year has relied on the assurance that federal resources, including personnel, administrative systems, and funding will be provided, and PED made plans and allocated funding for staffing and to support programmatic and fiscal activities based on the anticipated federal funding and support.

12. The loss of federal support would require PED to fill gaps left by the absence of the federal government through its own resources, both in personnel and funding, that are already stretched thin. New Mexico has a poverty rate of nearly 18% and is one of the poorest states in the nation, making it difficult to provide essential services without ongoing federal support.

13. DOGE's promise to rescind all federal regulations as a "default" will adversely impact PED's budget, and consequently the state's budget, by requiring the state to fund and implement education program obligations outlined or clarified in federal regulations and, in some instances, within the exclusive jurisdiction of the federal agencies and their employees with additional state personnel in order to ensure continuity of these crucial programs related to education within the state.

14. We continue to be concerned that this unprecedented downsizing of the federal government will, among other things, limit or eliminate enforcement of federal law related to several programs currently overseen by the federal government and may also prohibit enforcement and implementation of specific laws and procedural safeguards afforded to students and families due to exclusive federal jurisdiction including compliance with fiscal requirements related to misconduct and fraud as well as civil rights laws prohibiting discrimination within schools.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, at Santa Fe, New Mexico.

Signed by:
*Mariana D. Padilla*
Mariana D. Padilla,
Secretary-Designate of Public Education

# Docusign

## Certificate Of Completion

Envelope Id: E848464F-EEF7-4E17-ACF5-82CB22BF8851
Subject: Complete with Docusign: Ed Sec Declaration (NM v. MUSK).docx
Source Envelope:
Document Pages: 8
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-07:00) Mountain Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Geoffrey Tager
Geoffrey.Tager@ped.nm.gov
IP Address: 98.60.123.121

## Record Tracking

Status: Original
    2/10/2025 4:03:52 PM
Security Appliance Status: Connected
Storage Appliance Status: Connected

Holder: Geoffrey Tager
    Geoffrey.Tager@ped.nm.gov
Pool: StateLocal
Pool: Public Education Department

Location: DocuSign

Location: DocuSign

## Signer Events | Signature | Timestamp

Mariana D. Padilla
mariana.padilla@ped.nm.gov
Secretary of Public Education
Security Level: Email, Account Authentication (None)

Signed by: *Mariana D. Padilla*
436F889644684C9...

Signature Adoption: Pre-selected Style
Using IP Address: 164.64.166.160

Sent: 2/10/2025 4:10:53 PM
Viewed: 2/10/2025 4:38:47 PM
Signed: 2/10/2025 4:39:09 PM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

Holly Agajanian
Holly.Agajanian@exec.nm.gov
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 2/10/2025 4:39:10 PM
Viewed: 2/10/2025 4:40:02 PM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

## Witness Events | Signature | Timestamp

## Notary Events | Signature | Timestamp

## Envelope Summary Events | Status | Timestamps

| | | |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/10/2025 4:10:53 PM |
| Certified Delivered | Security Checked | 2/10/2025 4:38:47 PM |
| Signing Complete | Security Checked | 2/10/2025 4:39:09 PM |
| Completed | Security Checked | 2/10/2025 4:39:10 PM |

## Payment Events | Status | Timestamps