IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* RAÚL TORREZ, Attorney General; …<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | C.A. No. _____<br><br>**REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

### DECLARATION OF SARITA NAIR

I, Sarita Nair, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New Mexico Department of Workforce Solutions as the Cabinet Secretary. I have been in this position since August 15, 2022.

3. The Department of Workforce Solutions is responsible for the Unemployment Insurance program, employment services, labor law enforcement, and labor market information.

4. As Cabinet Secretary, I am the chief executive of the Department of Workforce Solutions, and ultimately oversee all divisions, including federal contracts, federal-state programs, and federal funding.

1                 EXHIBIT C

5. I expect the actions of the Department of Government Efficiency (DOGE), led by Elon Musk, to adversely impact the operation of the Department of Workforce Solutions.

6. In particular, cancellation of federal-state contracts or a significant reduction in federal personnel and/or funding for partner federal agencies will impact the Department of Workforce Solution's ability to adequately serve state citizens and uphold its own legal commitments to citizens.

7. The Department of Workforce Solutions collaborates with the federal government through the Department's roles as the State Administrative Entity for the Workforce Innovation and Opportunity Act; the administrative agency for the Unemployment Insurance program; the State Apprentice Office; the state agency that contracts with the Equal Employment Opportunity Commission; and the agency charged with implementation of federal employment programs including the Jobs for Veterans State Grant, Work Opportunity Tax Credit, Temporary Assistance for Needy Families work programs, Rapid Response, Reemployment Services and Eligibility Assessments (RESEA), H2-A visas, and AmeriCorps.

8. Although the benefit payments under Unemployment Insurance program are funded through state tax funds, all personnel and operations of the program are federally funded. The impact of a federal funding freeze would be to stop administration of the Unemployment Insurance program, including administration of benefits, tax payments, and appeals. The Unemployment Insurance program expects to serve over 48,000 individuals and over 55,000 businesses in the current fiscal year. The Department of Workforce Solutions also administers disaster unemployment assistance programs.

9. Another impact of a freeze on federal funding would be the inability to fund personnel and operations for businesses that rely on Workforce Innovation and Opportunity Act

(WIOA) Title III funding, including business services for job recruitment and retention; career placement services available to all New Mexicans; and communities that rely on the 25 America's Job Centers across the state. WIOA Title III expects to serve 95,305 individuals and 7,339 businesses in the current fiscal year.

10. Another impact of a freeze on federal funding would be to stop all WIOA Title I pass-through funding to four local workforce development boards across the state. The local workforce development boards serve over 6,000 participants in a fiscal year, with career services, educational funding and on-the-job training for youth and adults who have been laid off or otherwise qualify.

11. Another impact of a freeze on federal funding would be to stop the Jobs for Veterans Service Grant, which provides career services for veterans and their families. The Jobs for Veterans Service Grant serves approximately 900-1,000 participants per year.

12. Another impact of a freeze on federal funding would be to stop the Temporary Assistance for Needy Families (TANF) education, training, job placement, and subsidized employment programs. These programs are expected to assist over 6,600 individuals in the current fiscal year.

13. Other programs that would be halted by the freeze on federal funding include the Work Opportunity Tax Credit (processing over 24,000 applications), AmeriCorps (serving over 2,000 individuals), H2-A Visas (serving over 1,600 individuals and 93 businesses), and Apprenticeship (serving over 2,700 individuals and 240 businesses).

14. Upon information and belief, not only would a pause in our federal funding result in immediately halting operations, but a freeze could lead to defaults on real property and

equipment leases, payments to vendors, and payments to participants in our programs in the longer term.

15. Importantly, a pause in federal funding would leave the Department highly vulnerable to cyber-attacks, without the staff to address them and without funding for cybersecurity technology. During the pandemic, every state experienced high rates of Unemployment Insurance fraud, which was estimated to have cost $250 million in New Mexico alone. A funding freeze would put at risk all the human and system safeguards enacted in response to that fraud.

16. The administration of the above-described programs would not be possible without federal funds.

17. The amount of funding implicated is approximately $103,527,621 for the remainder of the federal program year ending June 30, 2025. For the fiscal year that ended June 30, 2024, our total federal expenditures were $269,438,851, of which $27,843,898 was passed through to sub-recipients.

18. The Department of Workforce Solutions relies on federal Department of Labor Staff for processing new grants and grant amendments, administering grants and disbursing federal funds, providing regulatory guidance, sharing best practices, and ensuring the Department is aware of changes to programs.

19. Upon information and belief, if DOGE dramatically reduces the federal workforce, the Department of Workforce Solutions would experience problems in receiving funding, administering grants, and being aware of changes to federal laws and regulations.

20.     Upon information and belief, DOGE's access to treasury records could pose a severe threat to the safety and security of all New Mexicans, including those who participate in programs that the Department of Workforce Solutions administers.

21.     The Department of Workforce Solutions budget for this year has relied on the assurance that federal resources, including personnel, administrative systems, and funding will be provided, and we made plans and allocated funding for staffing and operations based on the anticipated federal support.

22.     The loss of federal support would require the Department of Workforce Solutions to fill the gaps left by the absence of the federal government by halting operations.  New Mexico has a poverty rate of nearly 18% and is one of the poorest states in the nation, making it difficult to provide essential services without ongoing federal support.

23.     The Department of Workforce Solutions has approximately 85 contracts with the federal government, all with the US Department of Labor.

24.     We continue to be concerned that this unprecedented downsizing of the federal government will bring unemployment insurance, employment services, and labor market information services to a complete halt if DOGE follows through on its promises.

25.     Furthermore, the Department of Workforce Solutions provides the state proprietary data, including state bank account information and other sensitive financial data, to the US Department of Labor.

26.     Upon information and belief, if this sensitive data is compromised, the State of New Mexico would be vulnerable to embezzlement, cyber theft, ransom attacks, and other financial crimes.

27. The Department of Workforce Solutions is expending resources to mitigate and anticipate the expected actions of DOGE, including analysis of federal grants and operational impacts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025, at Santa Fe, New Mexico

_____
Sarita Nair, Cabinet Secretary, New Mexico
Department of Workforce Solutions