# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* RAÚL TORREZ, Attorney General; et al.<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | C.A. No. _____<br><br>**REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

## DECLARATION OF DANIELLE GILLIAM

I, Danielle Gilliam, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the State of New Mexico Environment Department as Deputy Cabinet Secretary of Operations. I have been in this position since October 2022.

3. The State of New Mexico Environment Department (NMED) is responsible to protect and restore the environment and to foster a healthy and prosperous New Mexico for present and future generations.

4. As Deputy Cabinet Secretary of Operations, I oversee the agency's budget, financial, and personnel operations.

5.      I anticipate the intended actions of the Department of Government Efficiency (DOGE), led by Elon Musk, to adversely impact the operation of the New Mexico Environment Department.

6.      Cancellation of federal-state contracts; reduction in federal personnel; and/or reduction in federal funding will impair the New Mexico Environment Department's ability to adequately serve state citizens and uphold its own legal commitments to citizens if DOGE is successful in its efforts.

7.      Federal funding comprises 42% of the New Mexico Environment Department's budget.

8.      The New Mexico Environment Department relies not only on federal funding, but also the expertise and advise of federal staff, such as those at the Unites States Environmental Protection Agency many of whom have a regional and national lens through which to view and apply environmental oversight in a manner that protects the environment and human health.

9.      If the Department of Government Efficiency (DOGE) dramatically reduces the federal workforce, there would be significant harms and concerns regarding state-federal cooperation and the overall operation of both federal and state government. The reduction in federal staff would strain the collaboration between state agencies and federal entities, particularly in areas where joint efforts are crucial for maintaining environmental standards, the public health, and supporting economic development and national security facilities.

10.     New Mexico is home to Los Alamos National Laboratory, which is integral to the nation's security missions.  New Mexico also plays a vital role in national security by hosting the Waste Isolation Pilot Plant (WIPP), which is the only deep geological repository in the Unites States for the safe disposal of transuranic radioactive waste. The state's expertise and capacity to

securely store this waste support the country's defense operations, particularly those related to nuclear weapons maintenance and disposal. Any disruption in federal resources or workforce at agencies like the Department of Energy could undermine the effectiveness of WIPP, increasing risks to national security and hindering the nation's ability to safely manage and dispose of nuclear waste, in addition to creating public health and environmental risks. Furthermore, potential delays or disruptions in state-federal coordination could slow down critical regulatory processes, such as permitting and response to environmental hazards, which could harm industries like oil and gas, construction, and agriculture, ultimately hindering economic growth. The potential loss of federal support would create significant operational challenges, compromising the effectiveness of state government programs and potentially leading to regulatory inefficiencies, environmental risks, and economic setbacks.

11.     The Department of Government Efficiency has publicly communicated its plans to dramatically reduce the federal workforce and budget, and more broadly limit the authority for enforcing environmental regulations. Federal entities including, but not limited to, the United States Environmental Protection Agency, Department of Energy, Department of Labor, and Nuclear Regulatory Commission, are all partners in upholding critical regulatory frameworks that safeguard public health and the environment. Reduction in federal staffing and funding of federal and state environmental programs would impair and impede the New Mexico Environment Department's ability to uphold its obligations to citizens by significantly reducing the resources and expertise needed for effective environmental oversight and assistance to the public.  A reduction in federal staffing and funding for federal and state programs would delay the process of permit applications for water and wastewater systems and refuse disposal sites and hazardous waste storage and disposal sites, as well as delay licensure for the administration of

radiation to humans, among many other specialized services the New Mexico Environment Department provides. Moreover, a reduction in federal staffing and funding for federal and state programs would likely result in weaker enforcement of environmental standards, and a reduction in the capacity to respond to environmental hazards, thus increasing the risks to public health; and environmental safety.

12. Elon Musk has explicitly advocated for a significant shift in federal regulatory policy, stating, "Regulations, basically, should be default gone. Not default there, default gone. And if it turns out that we missed the mark on a regulation, we can always add it back in" (February 2025). If this approach were adopted, it would significantly undermine the ability of the New Mexico Environment Department to protect human health and the environment for generations to come.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2025, at Albuquerque, New Mexico.

/s/ Danielle Gilliam

DANIELLE GILLIAM
DEPUTY SECRETARY OF THE NEW MEXICO
ENVIRONMENT DEPARTMENT