IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* RAÚL TORREZ, Attorney General; … <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | C.A. No. _____ <br><br> **REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

### DECLARATION OF ALBERT C.S. CHANG

I, Albert C.S. Chang, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New Mexico Energy, Minerals and Natural Resources Department ("EMNRD") as the Director of the Mining and Minerals Division ("MMD"). I have been in this position since April 1, 2023. As MMD Director, I am directly familiar with the relationship between the federal government and MMD.

3. MMD's mission is to ensure the responsible utilization, conservation, reclamation, and safeguarding of land and resources affected by mining. MMD achieves its mission through four programs. Two of the four programs, the Coal Mine Reclamation Program ("Coal Program")

EXHIBIT E

and the Abandoned Mine Lands Program ("AML"), are state programs created and organized under the federal Surface Mining Control and Reclamation Act ("SMCRA").

4. MMD regulates coal mining operations and reclamation through its Coal Program, and reclaims legacy abandoned mines through its AML Program.

5. SMCRA's statutory scheme provides for federal coordination with the states to manage the environmental impacts of coal mining operations.[1] SCMRA recognizes that the primary responsibility for developing, authorizing, issuing, and enforcing regulations for coal mining and reclamation operations should rest with the states.[2] SMCRA permits a state to assume primacy for the regulation of coal mining and reclamation operations on lands within its borders upon demonstrably meeting certain conditions as specified in SMCRA.

6. Upon information and belief, New Mexico's SMCRA programs, MMD's Coal Program and AML Program, obtained federal approval and assumed primacy around 1981.

7. States with approved SMCRA programs, such as New Mexico's AML and Coal Programs, are eligible for multiple sources of federal funding annually according to formulas authorized and mandated by SMCRA.

8. New Mexico's AML and Coal Programs were awarded $6,036,936 in total federal funding for fiscal year 2025 ("FY25"). For FY25, New Mexico's AML Program is fully federally funded, and its Coal Program is approximately seventy-nine percent (79%) federally funded.

9. New Mexico AML Program's 'Fee-Based Grant' under SMCRA averages about $2.9 million per year and is awarded annually in overlapping three-year terms. The AML Program received $2,829,001 under this grant in FY25.

---

[1] 30 U.S.C. § 1202(a)
[2] 30 U.S.C. § 1202(f).

10. In addition, the AML Program has also been awarded approximately $2.42 million per year under the federal Bipartisan Infrastructure Law ("BIL") for reclamation of legacy coal mines, in overlapping five-year terms.

11. New Mexico's Coal Program is entitled to annual grants under SMCRA. The Coal Program was awarded $817,861 in FY24, and $786,067 in FY25.

12. For a period of time during the last week of January 2025, MMD was unable to access any of its federal funding for any of its programs.

13. As of February 10, 2025, MMD appears to be able to process reimbursements from some of its federal grants; however, MMD remains unable to access grants awarded to the AML Program under BIL.

14. As of February 10, 2025, MMD has been unable to draw against the BIL grants for approximately $440,091 in outstanding expenditures for the second quarter of FY25.

15. For a short period of time during the last week of January 2025, MMD was unable to access the federal funding already awarded to the Coal Program for FY25. Upon information and belief, if a similar funding disruption were to resume and continue for an extended period, the Coal Program would lose nearly eighty percent of its funding, its operations would be severely disrupted, and it would be unable to meet its obligations under SMCRA.

16. New Mexico's Coal Program is comprised of five full-time employee positions ("FTEs"). Upon information and belief, if the program was unable to access nearly eighty percent of its FY25 budget, MMD may have no choice but to furlough four of the five CMRP staff members. Upon information and belief, such a drastic reduction in force would make it impossible for the Coal Program to inspect New Mexico's coal mines in a timely fashion, which will severely disrupt the program's ability to ensure compliance with permits or manage environmental risks.

Upon information and belief, permitting actions such as bond releases, permit renewals, revisions, and modifications would likely also come to a standstill, hindering both land reclamation work and coal mining operations.

17.     For a short period of time during the last week of January 2025, MMD was unable to access any of the federal funding already awarded to the AML Program for FY25. Upon information and belief, if a similar funding disruption to were to resume and continue for an extended period, the AML Program would lose the entirety of its funding, and MMD may have no choice but to furlough all fifteen (15) FTEs in the AML Program. Upon information and belief, such an outcome would devastate the team of technical professionals that have been working for many years to develop the unique, institutional knowledge acquired by the Program to address abandoned mine hazards across the state.

18.     As of February 10, 2025, MMD remains unable to access grants already awarded to the AML Program under BIL and has been unable to draw against the BIL grants for approximately $440,091 in outstanding expenditures.

19.     The continuing disruption to the AML Program's BIL funding has meant that the AML Program is unable to draw outstanding expenditures for the second quarter of FY25, and unable to proceed with new drawdowns for the remainder of FY25. Money from the BIL funding source is used by the AML Program to safeguard some of the thousands of abandoned mines and associated hazards located across New Mexico. The AML Program's work includes safeguarding the public from falling into deep mine shafts, preventing ground subsidence from causing large sinkholes to open above underground mine workings, and extinguishing coal fires that threaten communities and critical infrastructure.

20. Without access to BIL grants that have already been awarded to the AML Program, the AML Program will not be able to complete vital safeguarding and reclamation projects planned for FY25. Upon information and belief, this outcome could mean that mine shafts will be left open adjacent to houses and hiking trails; a sinkhole above abandoned coal mine workings on a northern New Mexico county road may continue to open; multiple underground coal fires across the state will continue to advance toward critical infrastructure and pose a wildfire risk in forested land; and stormwater from coal waste piles will continue to flood the town of Madrid, New Mexico.

21. MMD's budget for this fiscal year relied on $6,036,936 in federal funds, and MMD made plans and allocated funding for staffing, regulatory initiatives, engineering design, and construction work based on already awarded federal dollars.

22. The loss of awarded federal dollars will also require MMD to fill the gaps left by the absence of the federal government through its own resources – personnel and money – that are already stretched thin. New Mexico has a poverty rate of nearly 18% and is one of the poorest states in the nation, making it difficult to provide essential services without ongoing federal support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, at Santa Fe, New Mexico.

*Albert Chang*
Albert C.S. Chang