## Declaration of Kimberly Bush-Koleszar

I, Kimberly Bush-Koleszar, declare as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief. If called as a witness, I would testify competently to the matters set forth below.

2. I am the Director of the Office of Public Information and Education for the Michigan Department of Attorney General.

3. The Office of Public Information and Education (OPIE) is the constituent facing office within the Department that manages Department emails, phones, social media accounts, and more. OPIE receives correspondence directly from constituents.

4. Earlier this week, OPIE staff began reporting a dramatic uptick in citizen letters about Elon Musk and the "Department of Government Efficiency," or DOGE. At my request, OPIE staff confirmed today that since February 2, 2025, OPIE has received more than 2,060 citizen letters detailing concerns about Elon Musk and DOGE. These letters relay Michiganders' deep concerns about DOGE's reported unauthorized access to personal information held by federal agencies.

5. Michigan residents describe DOGE's access to their sensitive personal and financial information without their consent as "a threat to our economy," "a data breach," a "coup," and "illegal."

6. Michigan residents have also expressed concerns about current or future benefits and accounts, including banking, Social Security, Social Security Disability Insurance, and Medicare. A resident emailed that, "The information to which he and his helpers have access could endanger my lawful government benefits and my financial life. Musk has no legal right to access or use information about me or any other Americans." Another wrote to ask, "whether or not they could also tamper with our bank accounts since they have our routing number and account numbers."

1          EXHIBIT H

7. Michigan residents have also expressed concerns over the lack of vetting and clearance for individuals who now can access their sensitive personal and financial information. One shared that "The handling of personal and sensitive data should always prioritize transparency and strict adherence to privacy laws to prevent any unauthorized access or misuse."

8. Michigan residents have also expressed concerns tied specifically to personal health information, one stating, "I'm worried I'm going to lose access to needed prescriptions, treatments and health coverage, as well as being able to have needed surgeries in the foreseeable future."

9. Michigan residents are also concerned about what actions Elon Musk and DOGE will take next. One veteran wrote that, "as DOGE works its way around the government, they will eventually reach the Centers for Medicare and Medicaid Services (CMS) and the Social Security Administration (SSA). And instead of tens of millions of records, like at the VA, DOGE could have access to every American's personal information."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February 2025.

_____
Kimberly Bush-Koleszar
Director of the Office of
Public Information and Education
Michigan Department of Attorney General