IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>        *Defendants.* | No. 25-cv-429 |

NOTICE OF APPEARANCE

The undersigned attorney, a member of the bar of this Court, hereby enters an appearance as counsel of record for plaintiff Commonwealth of Massachusetts.

February 13, 2025

       /s/ *Gerard J. Cedrone*
      Gerard J. Cedrone (D.D.C. Bar #MA0019)
       *Deputy State Solicitor*
      Massachusetts Office of the Attorney General
      One Ashburton Place, 20th Floor
      Boston, MA 02108
      (617) 963-2282
      gerard.cedrone@mass.gov

      *Counsel for the Commonwealth of*
       *Massachusetts*