IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al., | |
| Plaintiffs, | C.A. No. 1:250-cv-000429 |
| v. | **NOTICE OF APPEARANCE** |
| ELON MUSK, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

The undersigned attorney, a member of the bar of this Court, hereby enters an appearance as counsel of record for plaintiff State of New Mexico.

Dated: February 14, 2025

                                              /s/ *Anjana Samant*
                                               Anjana Samant
                                               D.D.C. Bar # 4267019

                                               *Deputy Counsel*
                                               New Mexico Department of Justice
                                               408 Galisteo St
                                               Santa Fe, NM  87501
                                               asamant@nmdoj.gov
                                               (505) 270-4332