**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW MEXICO, et al., | C.A. No. 1:25-cv-00429 |
| Plaintiffs, | **REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |
| v. | |
| ELON MUSK, et al., | |
| Defendants. | |

## <u>CERTIFICATE OF COUNSEL</u>
## <u>REGARDING ACTUAL NOTICE/ATTEMPT TO DO SAME</u>

Plaintiff States are filing a Motion for Temporary Restraining Order with this Court. Pursuant to LCvR 65.1, the undersigned counsel for plaintiff State of New Mexico hereby certifies that actual notice was provided at the time of making the application, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, were furnished to the United States Attorney's Office, District of Columbia by email addressed to the Civil Chief, per the Office's instructions, at brian.hudak@usdoj.gov, as well as to the Office's general email address, usadc@usdoj.gov.

Attached to the emails were copies of (1) the Complaint, (2) Summons to each Defendant, (3) the Motion for a Temporary Restraining Order, (4) the Memorandum of Points and Authorities in Support of Motion for a Temporary Restraining Order, (5) Declarations in Support, and (6) Proposed Order.

Each Defendant, the Attorney General, and the United States Attorney's Office, District of Columbia will also receive personal service of process, as soon as possible, by certified mail, of each of the identified documents to the following addresses:

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20530

Elon Musk, in his official capacity
c/o Executive Office of the President
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. DOGE Service
c/o Executive Office of the President
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. DOGE Service Temporary Organization
c/o Executive Office of the President
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20530

US Attorney General
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. Attorney's Office for D.C.
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Dated this 14th day of February, 2025

Respectfully submitted,

   /s/ *Anjana Samant*
Anjana Samant
D.D.C. Bar No. 4267019
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo St
Santa Fe, NM  87501
asamant@nmdoj.gov
(505) 270-4332