## DECLARATION OF BEN HENDERSON

I, Ben Henderson, declare as follows:

1. I am currently the Director of Operations and Cabinet Affairs in the Office of Arizona Governor Katie Hobbs, and am the incoming Director of the Governor's Office of Strategic Planning and Budget ("OSPB") beginning on February 19, 2025. I make this declaration as a representative of the OSPB and the State of Arizona in part based on the business records of the State of Arizona and in part based on my personal knowledge and experience. In my official capacity and based on my personal knowledge and other sources of information which I have obtained and reviewed in that official capacity, I am familiar with, and if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2. The amounts referenced in this declaration are approximate and reflect the best estimates of federal funds expected by State agencies available to me on short notice.

3. In FY 2025, the State of Arizona is slated to receive more than $30 billion in federal funding. This funding will be used by State agencies including, but not limited to, the Arizona Health Care Cost Containment System ("AHCCCS"), the Arizona Department of Health Services ("ADHS"), the Arizona Department of Transportation ("ADOT"), the Arizona Department of Education ("ADE"), the Arizona Department of Child Safety ("DCS"), the Arizona Department of Public Safety ("DPS"), the Arizona Department of Environmental Quality ("ADEQ"), the Arizona Department of Homeland Security ("AZDOHS"), and the Arizona Department of Veterans' Services ("ADVS").

4. The above-referenced State agencies rely on federal funding and collaboration with federal agencies to implement a variety of important state services and projects, including

1   EXHIBIT F

(without limitation) law enforcement, efforts to combat drug trafficking, Medicaid, food stamps, care for dependent children, highway and road improvement projects, housing vouchers, education, transportation, unemployment assistance, public health initiatives, and other important initiatives impacting the health, welfare, and economic stability of the State.

5. The State of Arizona expects to receive federal funds of $24.7 billion for FY2025 for health and human services.

6. The State of Arizona expects to receive federal funds of $2.2 billion for FY2025 for K-12 education and $1.3 billion for higher education.

7. The State of Arizona expects to receive federal funds of $1.3 billion for FY2025 for infrastructure projects.

8. The State of Arizona expects to receive federal funds of $5.4 million for FY2025 for Byrne Justice Assistance Grants.

9. The State of Arizona expects to receive federal funds of $63 million for FY2025 for disaster preparation and relief.

10. The cancellation of federal-state contracts, the interruption of federal funding, or a significant reduction in federal personnel and/or funding for partner federal agencies will impact the ability of the above-referenced agencies to adequately serve Arizona citizens and uphold their own legal commitments to Arizona citizens.

11. The uncertainty caused by DOGE's actions and the anticipated interruption to federal funds and federal-state agency partnerships creates significant risk for the State and will have an immediate detrimental impact on the State's ability to provide services to its constituents.

12. Without knowing whether and when federal dollars will be reimbursed on reimbursement-based grants, for instance, State agencies may not be able to outlay those funds, causing immediate pause or termination of government services in some sectors.

13. For example, some State agencies rely on federal dollars to fund certain positions, and DOGE's efforts to eliminate or drastically reduce the size and scope of certain agencies may result in State agencies being unable to meet payroll obligations.

14. Many State agencies also rely on federal dollars to provide direct services to Arizona citizens, and DOGE's efforts to eliminate or drastically reduce certain agencies may result in State agencies being unable to pay invoices for critical services.

15. DOGE's efforts to eliminate or drastically reduce certain agencies have caused and will continue to cause chaos and confusion at State agencies and will, at a minimum, slow down the provision of critical services by State agencies because each agency will now need to determine how DOGE will impact its ability to make payroll, pay invoices, and provide ongoing services.

16. A significant delay in federal funding or a dramatic reduction in the federal workforce will dramatically impact the health, welfare, and economic conditions of the State of Arizona and its citizens.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed February 11, 2025.

Ben Henderson (Feb 11, 2025 16:33 MST)

Ben Henderson
Director, Operations and Cabinet Affairs
Office of Governor Katie Hobbs

# 2025-02-12 Declaration of OSPB Deputy

Final Audit Report  2025-02-11

| | |
|---|---|
| Created: | 2025-02-11 |
| By: | Jillian Donegan (jdonegan@az.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIAYFaApjuMYVKdoFIflGqhcMOgeKBUa9 |
| Number of Documents: | 1 |
| Document page count: | 3 |
| Number of supporting files: | 0 |
| Supporting files page count: | 0 |

## "2025-02-12 Declaration of OSPB Deputy" History

- Document created by Jillian Donegan (jdonegan@az.gov)
  2025-02-11 - 11:31:57 PM GMT

- Document emailed to Ben Henderson (bhenderson@az.gov) for signature
  2025-02-11 - 11:32:33 PM GMT

- Email viewed by Ben Henderson (bhenderson@az.gov)
  2025-02-11 - 11:33:09 PM GMT

- Document e-signed by Ben Henderson (bhenderson@az.gov)
  Signature Date: 2025-02-11 - 11:33:22 PM GMT - Time Source: server

- Agreement completed.
  2025-02-11 - 11:33:22 PM GMT

Governor's Office ADOBE SIGN  Powered by Adobe Acrobat Sign