## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO; STATE OF ARIZONA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; and DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES, <br><br> Defendants. | C.A. No. _____ <br><br> **REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

### Declaration of Leslie Anne Brunelli

I, Leslie Anne Brunelli, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by Washington State University as Executive Vice President for Finance and Administration and Chief Financial Officer. In my role, I am responsible for the financial management, planning and budgeting activities of the Washington State University, including oversight of post award administration and federal cash management. One significant source of federal funding for Washington State University is USAID.

**USAID Funded Washington State University Projects**

3. As reflected by the Washington State University financial system records as of the date of this declaration, USAID has awarded Washington State University's College of

1    EXHIBIT G

Veterinary Medicine School of Medicine five grants.

  a. AWD000406: USAID Feed the Future Animal Health Innovation Lab for East Coast Fever Control with a budget of $5,700,000, and $1,014,404 remaining.

  b. AWD006310: Feed the Future Innovation Lab for Fish with a budget of $99,998, and $89,298 remaining.

  c. AWD006322: One Health Approaches to Mitigate Brucellosis with a budget of $186,416, 155,085 remaining, and $13,380 in outstanding unpaid invoices

  d. AWD006496: Feed the Future Innovation Lab for Veterinary Vaccine Delivery with a budget of $2,100,000, $1,966,358 remaining, and $52,649 in outstanding unpaid invoices.

  e. AWD006710: Improving Fish-Related Food Safety Practices in Bangladesh with a budget of $166,732, and $166,732 remaining. Washington State University is a sub-recipient of this award, and Mississippi State University is the prime recipient.

4. Additionally, USAID also awarded the State of Washington Water Research Center, which is administered through the Washington State University Office of Research., AWD001096: Centers of Excellence for Agriculture and Water with a budget of $906,861, $319,052 remaining, and $60,000 in outstanding unpaid invoices. The mission of this project is to create a Center of Excellence for Water in Alexandria (COE-W) and a Center of Excellent for Agriculture (COE-A) in Cairo that benefits both Egypt and the USA through the mutual development of research, education, and training objectives.

5. Lastly, USAID awarded Washington State University's College of Arts and Sciences AWD004984: Building Trust and Cohesion to Reduce the Risk of Violent Extremism in Northern Ghana with a budget of $348,754, $17,558 remaining, and $25,004 in outstanding unpaid invoices. Washington State University is a sup-recipient of the award, and the prime recipient is University of Maryland College Park. This "Trust2Peace Activity" compliments other USAID/Ghana peacebuilding programs by working with some communities in northern

Ghana to improve relationships between potentially conflicting groups, build social trust, and equip citizens with skills to resolve conflicts, promote peace, and prevent violent extremism.

//

**USAID Suspension/Stop Work Orders Froze Funds Already Obligated to Washington State University**

6. Our USAID grantees have all received Suspension/Stop Work Orders from either USAID or the prime award recipients. Attached as Exhibit A please find a true and correct copy of the notice one of our grantees received from USAID dated January 26, 2025. Attached as Exhibit B please find a true and correct copy of the notice one of our grantees received from Mississippi State University dated January 28, 2025.

7. Washington State University's budget has relied on receipt of $9,508,761 from USAID. We currently have a total contracted or due of $3,819,519.13 and we made plans and allocated funding for staffing based on the anticipated receipt of USAID funds.

8. If we do not receive such disbursements, it will negatively impact important USAID-Washington State University programs, such as Feed the Future Innovation Labs (FTFILs) (see Award Nos. AWD006710 and AWD006496). There are 17 FTFILs, hosted by 13 land grant and non-land grant universities across the United States, that were authorized under Title XII of the Foreign Assistance Act of 1961. These labs are currently under a suspension notice/stop-work order from USAID. The current suspension that has been received by all FTFILs is affecting over personnel within the immediate institutions, with multiplier effects that will impact countless others in both urban and rural communities across the 29 states through immediate loss of economic activity.

9. While FTFILs are supported through foreign assistance funds, resources are being directly spent in the United States. These US-based programs protect US farmers from pests and diseases, benefit US companies including small businesses, ensure growing markets for US products, and promote US national security by generating goodwill for our country across vast swaths of the globe.

10.     FTFIL's focus on leveraging the advanced capacities of US Universities ranging from key US commodity crops, such as staple grains, legumes, soybeans, peanuts, fruits, vegetables, and efficient management of crop, water and soils, irrigation and mechanization, current and emerging threats especially to US crops, agricultural insurance, animal health (including vaccine delivery), livestock and aquatic systems to issues of agricultural and food security policy, food safety, investment and policy for dynamic food system transformation, and nutrition.

11.     For Award Numbers AWD000406; AWD006322; AWD006496: USAID's investment in livestock animal health is critical for global food security, public health, and economic stability. USAID funded projects, led by Washington State University (WSU) veterinary scientists Thumbi Mwangi and Felix Lankester, focus on combating deadly livestock diseases through vaccine development, rapid diagnostics, and capacity building in low-resource settings. The impacts of these projects include:

- Combatting High-Impact Livestock Diseases: These projects target major livestock diseases, including Crimean-Congo Hemorrhagic Fever, Contagious Bovine Pleuropneumonia, East Coast Fever. By addressing these diseases, the projects enhance livestock survival rates, protect farmers' livelihoods, and reduce the risk of disease transmission to humans.
- Preventing Disease Spillover to the U.S.: With changing tick habitats, diseases such as CCHF have the potential to spread beyond endemic regions. Proactive research and intervention abroad mitigate the risk of outbreaks reaching the U.S., safeguarding American agriculture and public health.
- Strengthening Global Food Security and Safety: Healthy livestock are essential for stable food supplies. These projects improve: food security, food safety, and resilience.
- Advancing Early Detection and Diagnosis: Rapid-response strategies, such as Pen Side Diagnostics, enable on-the-spot detection of infectious diseases, preventing

outbreaks before they escalate.

- Capacity Building in Low-Resource Countries: These USAID-funded initiatives also invest in building laboratory capacity and training scientific workforce.

- Supporting Economic and Workforce Development: The projects provide direct employment opportunities, supporting: Washington State employees working on vaccine and diagnostic development; and Kenyan citizens involved in field implementation and laboratory research.

- Addressing Biothreats and Global Health Security: Certain livestock pathogens, including those studied in these projects, have the potential to be used as biological weapons. Strengthening surveillance and response mechanisms protects against such threats.

These USAID-backed projects are a strategic investment in global health security, economic stability, and food sustainability. By tackling livestock diseases at their source, they not only protect vulnerable farming communities but also prevent potential threats to the U.S. and beyond.

12. To my knowledge, USAID has not withdrawn its Suspension/Stop Work Orders since the Rhode Island District Court entered a Temporary Restraining Order in *New York v. Trump* on January 31, 2025. Moreover, the draw that WSU submitted on January 28, 2025, has not been paid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February 2025, at Pullman, Washington.

LESLIE ANNE BRUNELLI
Executive Vice President for Finance and
Administration and Chief Financial Officer
Washington State University