UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO; STATE OF ARIZONA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; and DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES,<br><br>Defendants. | C.A. No. _____<br><br>**REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

**Declaration of Laura K. Clinton**

I, Laura K. Clinton, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief. If called as a witness, I would testify competently to the matters set forth below.

2. I was admitted to practice law in the State of Washington in early 2000 and have been an active member in good standing of the Washington State Bar Association continuously since that time. I am also admitted to practice before the Second and Ninth Circuits, as well as all of the federal courts in Washington State.

3. I am a Senior Assistant Attorney General for the Washington State Attorney General's Office and serve as the Division Chief of the Consumer Protection Division (CPD or the Division). As Division Chief, I manage the Division's more than 140 personnel and oversee all of CPD's litigation and programs.

4. CPD is a specialized unit within the Washington Attorney General's Office

1      EXHIBIT I

(AGO) specifically charged with enforcing Washington's Consumer Protection Act, codified at RCW 19.86 (CPA). The AGO, through the Division, is the sole state agency with authority to enforce the CPA's prohibition against unfair and deceptive acts or practices on behalf of the public. The Division protects consumers and the marketplace by robustly enforcing the CPA and a variety of other consumer protection statutes, including statutes that protect consumer data from unauthorized disclosure.

5. In addition to litigation, the Division also empowers consumers through a number of public-facing programs. For example, our Consumer Resource Center (CRC) provides informal complaint resolution services for consumers who have a dispute with a business or government agency. The CRC operates a call center, fielding tens of thousands of consumer complaints every year, and offering voluntary and free informal dispute resolution for those consumers and businesses or government agencies.

6. The CRC is not staffed by legal professionals and does not file litigation, but its staff report when they see something unusual, such as a dramatic spike in complaints against a business or industry, a significant number of trending complaints about an emerging marketplace issue, or particularly egregious matters. Many times, our CRC staff are the first people in our agency to hear about consumer concerns over new market trends, specific frauds, or other emergent issues. As Division Chief, I have access to all consumer complaints filed with the AGO and related records, and CRC personnel regularly advise me when the Division starts receiving an unusual number or type of complaints.

7. Earlier this week, CRC staff began reporting a dramatic uptick in complaints about Elon Musk and the "Department of Government Efficiency," or DOGE. At my request, Division staff confirmed yesterday that since February 5, 2025, the CPD has received more than 160 complaints relating to Washingtonians' concerns about Elon Musk and DOGE. These complaints relay Washingtonians' deep concerns about DOGE's reported unauthorized access to personal information held by federal agencies.

8. Washington residents report experiencing stress over the disclosure of their

private information and fear about the financial risk the release of that data poses. They describe DOGE's access to their sensitive personal and financial information without their consent as "terrifying" and report feeling "very violated," "horrified," "very distressed," and "gravely concerned" about this "serious problem." Some report that they have already taken steps to freeze their financial accounts and extensively document the status of every financial element in their portfolio, driven by "extreme distress" and fear that Musk and DOGE agents will misuse these sensitive data.

9. Washington consumers are concerned that DOGE "put[ their] credit, home mortgages, insurance, student loans, and other financial related interests at risk for misuse and increased costs to protect (e.g. credit monitoring, raised rates, loss from theft)." As summarized by one resident, "I am deeply concerned about the mishandling of my sensitive data, resulting in potential harm to my personal security, financial well-being, and privacy."

10. In addition to consumer complaints, the Washington AGO receives correspondence directly from constituents, usually through the submission of a Contact Form available on the AGO website at https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx. The AGO's policy is to respond to all constituent correspondence. While I am not primarily responsible for the overall agency process, as part of my regular duties I routinely draft, review, or approve the responses that the Division sends out to the public on consumer protection issues and data privacy.

11. Yesterday afternoon, I confirmed with my AGO colleague that the AGO has received more than 1,600 pieces of correspondence about the recent actions of Musk and DOGE in addition to the consumer complaints described above. I have reviewed a significant number of these letters – many of which come from people who have not previously contacted our office – and they relay the serious concerns of many of our residents.

12. One woman reported that it is "frankly terrifying that a group of private citizens have gained access to my health records, financial accounts, and social security number." Another resident explained that he "view[s] this as a massive breach of my personal data," while

another described DOGE's conduct as an "egregious breach of trust."

13. Washingtonians have expressed "fear and trepidation" about DOGE's conduct. As one explained, "I receive Social Security and rely on it. I am a single person and it would be detrimental to me if it was stopped" as part of DOGE's "illegal tampering with our sensitive information." Another Washingtonian offered that sensitive data "should be under the control of trusted federal employees with proper security clearances."

14. A local fire district employee raised specific concerns about "DOGE access at FEMA, and their ability to access personal records without clearance" because he is required to take FEMA courses as a condition of his employment and "ergo FEMA has all my PII."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February 2025, at Seattle, Washington.

_____
LAURA K. CLINTON