IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* RAÚL TORREZ, Attorney General; …<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity as the de facto ADMINISTRATOR OF THE DEPARTMENT OF GOVERNMENT EFFICIENCY; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; | C.A. No. _____<br><br>**REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

### **DECLARATION OF [NAME]**

I, Wayne Propst, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except for those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been the Cabinet Secretary for the New Mexico Department of Finance and Administration ("DFA") since January 2023. I oversee the State's finances, including budgeting, financial planning, financial reporting, payroll, financial controls, administrative services, and general fiscal oversight.

3. As the Cabinet Secretary for DFA, I have personal knowledge of the matters set forth below or have gained knowledge based on my review of information and records gathered by my staff.

1                    EXHIBIT J

4. DFA serves New Mexico through fiscal management support for state agencies, local government, and community-based programs to achieve responsible and quality fiscal services for all New Mexicans.

5. For the fiscal year ending June 30, 2024 ("FY24"), the State of New Mexico's total budget was twenty-six billion six hundred fifty-nine million dollars ($26,659,000,000). This budget consisted of fifteen billion four hundred fifty-nine thousand dollars ($15,459,000,000) in State-funded spending and eleven billion two hundred million ($11,200,000) in direct aid from the Federal government.

6. For the current fiscal year ending on June 30, 2025 ("FY25"), the State of New Mexico's total budget was twenty-eight billion nine hundred seventy-six million dollars ($28,976,000,000). This budget consists of sixteen billion nine hundred twenty-three million dollars ($16,923,000,000) in State-funded spending and twelve billion fifty-three million dollars ($12,053,000,000) in direct aid from the Federal government.

7. Direct aid from the Federal Government accounted for forty-two percent (42%) of the State of New Mexico Budget in FY 24 and forty-one and three-fifths percent (41.6%) for FY 25.

8. Direct aid from the Federal Government funds key programs and initiatives throughout the state, including unemployment insurance, Medicaid, temporary assistance for needy families (TANF), and vocational rehabilitation programs.

9. The State of New Mexico collaborates with the federal government in over eight hundred (800) federal programs ranging from Medicaid to TANF and Vocational Rehabilitation to Disabled Veterans Outreach. Sixty-eight (68) State agencies receive Federal funding and have included this funding within their budgets for FY 25.

10. I expect the actions of the Department of Government Efficiency (DOGE), led by Elon Musk, to adversely impact the operations of the Department of Finance and Administration and the State of New Mexico.

11. In particular, cancellation of federal-state contracts or a significant reduction in federal personnel and/or funding for partner federal agencies will impact the state's Department of Workforce Solutions (FY 25 - $89,800,000 [72% of its budget]), which administers unemployment insurance; the Department of Children, Youth, and Families (FY 25 – $95,400,000 [25% of its budget]), who provide family services, behavioral health services, and juvenile justice services to communities in New Mexico; the Early Childhood Education and Care Department (FY 25 - $147,000,000 [19 % of its budget]), which provides cohesive, equitable, and effective programs from prenatal to five; the Department of Health (FY 25 – $175,000,000 [32% of its budget]), performs a wide range of duties that formulate a statewide public health system for New Mexicans; and the Department of Transportation (FY 25 - $558,000,000 [44% of its budget]).

12. Relying on federal statutes, regulations, and grant agreements, the New Mexico Legislature has allowed state entities to include the above-described federal assistance in their FY25 budgets. Without these essential funds, the State of New Mexico and its departments and agencies will lose their ability to adequately serve state citizens and uphold their legal commitments to them.

13. The State of New Mexico currently has three billion one hundred sixty-four million, two hundred four thousand three hundred sixteen dollars ($3,164,204,316) in reserve. The State expends seven hundred nine million twenty-one thousand four hundred thirty dollars

($709,021,430) per month. At this rate, without the anticipated Federal funding, the State will deplete its reserve cash balances within five (5) months.

14. Therefore, if DOGE causes any disruption or delay in Federal financial assistance by either significantly reducing the federal workforce or cutting programs, the Department of Finance and Administration will be legally forced to prevent state agencies from continuing programs funded through federal financial assistance. Most grants are reimbursement-based, meaning the State has already expended funds based on the grant agreement or regulations.

15. If existing programs are canceled or federal workers administering these programs are terminated, the state of New Mexico will not be able to receive reimbursements for money already expanding, potentially creating a budgetary crisis within the state.

16. The loss of federal financial assistance would require New Mexico's part-time legislature to potentially fill the gaps left by the federal government's absence through its resources, with a maximum backstop of three billion one hundred sixty-four million, two hundred four thousand three hundred sixteen dollars ($3,164,204,316) for FY25.

17. If the federal government fails to provide its current obligation for FY25 of twelve billion fifty-three million dollars ($12,053,000,000), New Mexico will be unable to provide many essential services relied upon by its citizens. New Mexico has a poverty rate of nearly 18% and is one of the poorest states in the nation, with about 50% of its residents receiving some form of public assistance.

18. We continue to be concerned that this unprecedented downsizing of the federal government will lead to a catastrophic reduction in the essential services the state provides to its citizens in partnership with the federal government.

19. Furthermore, the Department of Finance and Administration provides state proprietary data, including States' bank account information and other sensitive financial data, such as State taxpayer identification numbers and State financial account numbers, to several federal agencies, including the Treasury Department and the Department of Transportation.

20. If this sensitive data is compromised, New Mexico and its citizens will be subject to significant risk of financial fraud, reputational damage, legal liabilities, disruption to government operations, increased remediation costs, and potential security vulnerabilities in critical systems. Essentially, the state would lose its ability to manage its finances effectively while maintaining public confidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, at Santa Fe, New Mexico.

DocuSigned by:

*Wayne Propst*

6EB4D956A09A432...

Wayne Propst