## Declaration of Jeffrey R. Beckham

I, Jeffrey R. Beckham, hereby declare:

1. I am the Secretary of the Connecticut Office of Policy and Management, a position I have held since 2022. As Secretary, I have oversight of all aspects of Connecticut's staff planning and analysis in the areas of budgeting, management, planning, intergovernmental policy, criminal and juvenile justice planning and program evaluation. Prior to holding this position, I was Undersecretary for Legislative Affairs at the Connecticut Office of Policy and Management.

2. As the Secretary, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain the potential adverse impacts that the actions of the Department of Government Efficiency ("DOGE"), apparently being led by Elon Musk, may have on the operations of various Connecticut state agencies. I am listing the below potential adverse impacts on a preliminary basis; they are not intended to be exhaustive and may not reflect the full scope of the impact that DOGE's activities may have on Connecticut state agencies and residents.

4. My staff has reviewed the records of our state agencies and have identified potential adverse impacts, as described below, that the actions of the DOGE may have on several Connecticut state agencies and their associated activities.

5. **Overall State Agency Impact.** Federal funds potentially impacted by DOGE's actions are utilized to support the salaries of state employees at various Connecticut state agencies. For the fiscal year ending June 30, 2024, 3,151 state employees had some or all of their salary paid from federal funds, totaling $283 million. The loss of these federal funds would result in significant layoffs and the elimination of core state services.

1        **Exhibit K**

6. **Department of Transportation.** In excess of $5 billion of federal funds are currently programmed in many different stages at the Department of Transportation. At least $3.2 billion is allotted in the state accounting system and currently assigned to specific projects and contracts underway. DOGE's activities may impact all or a portion of the funds provided by the federal government for such purposes. Any stoppage of projects will cause the loss of jobs across the state in many sectors including the construction trades, materials providers, engineering services, and secondary businesses that support that workforce. Moreover, not all projects can be suspended or terminated without creating a safety risk and may incur significant costs to stabilize and bring to a close or suspension.

7. **Department of Social Services ("DSS").** DSS delivers and funds a wide range of programs and services as Connecticut's multi-faceted health and human services agency and serves over one million residents of all ages in all of Connecticut's cities and towns, supporting the basic needs of children, families, and individuals, including older adults and persons with disabilities. With service partners, the agency provides health care coverage, food and nutrition assistance, financial assistance, child support services, energy aid, independent living services, social work services, protective services for the elderly, home-heating aid, and additional vital assistance.   Suspension of federal funding supports directed to the delivery of necessary services to all individuals dependent on such services for basic needs for daily living jeopardizes the health, safety and wellbeing of over one million of Connecticut's residents, including the most vulnerable children, disabled, and elderly in our society.

8. DSS is designated as the Connecticut state agency for the administration of: (1) the Connecticut Energy Assistance Program, pursuant to the Low-Income Home Energy Assistance Act of 1981; (2) the Refugee Assistance Program, pursuant to the Refugee Act of 1980; (3) the

Legalization Impact Assistance Grant Program, pursuant to the Immigration Reform and Control Act of 1986; (4) the Temporary Assistance for Needy Families program, pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996; (5) the Medicaid program, pursuant to Title XIX of the Social Security Act; (6) the Supplemental Nutrition Assistance Program (SNAP), pursuant to the Food Stamp Act of 1977; (7) the State Supplement to the Supplemental Security Income Program, pursuant to the Social Security Act; (8) the state Child Support Enforcement Plan, pursuant to Title IV-D of the Social Security Act; (9) the state Social Services Plan for the implementation of the Social Services and Community Services Block Grants, pursuant to the Social Security Act; and (10) the state plan for the Title XXI State Children's Health Insurance Program.

9.  DSS receives over $6.8 billion per year from the federal government under the Medicaid Program alone. Such funding – in addition to the funding for the other programs described above – is potentially impacted by the actions of DOGE. Failure to receive such federal funding would have a significant detrimental impact on both the health and well-being of Connecticut residents and the financial viability of Connecticut's medical sector.

10. **Education**. Connecticut and its municipalities receive over $1.2 billion of education grants from the federal government. It is my understanding that DOGE has identified the federal Department of Education for potential cuts to personnel and/or funding. DOGE's actions jeopardize the federal grants that Connecticut and its municipalities receive, the loss of which would have a wide-ranging detrimental impact on every child from kindergarten through graduate school.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of February 2025, in _Hartford, CT_

Jeffrey R. Beckham

Secretary

Connecticut Office of Policy and Management

4