IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO; STATE OF ARIZONA; PEOPLE OF THE STATE OF MICHIGAN; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF HAWAI'I; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; and DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES, <br><br> Defendants. | C.A. No. 1:25-cv-00429 <br><br> **REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)** |

### **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of the Plaintiff States' Motion for Temporary Restraining Order and accompanying Statement of Points and Authorities in Support thereof, it is hereby:

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Mr. Musk, U.S. DOGE Service; U.S. DOGE Service Temporary Organization, along with personnel associated with these entities, are ordere to didentify all ways in which any data obtained through unlawful agency access was used, including whether it was used to train any algorithmic models or create/obtain derivative data, and destroy any copies or any derivative data in Defendants' possession, custody, or control, and that they are temporarily enjoined from:

(a) ordering any change in the disbursement of public funds by agencies;

(b) extending offers on behalf of the United States that would bind the government to an appropriation that has not been authorized by law;

(c) cancelling government contracts;

(d) disposing of government property;

(e) ordering the rescission or amendment of regulations;

(f) making personnel decisions for agency employees;

(g) taking steps to dismantle agencies created by law or otherwise asserting control over such agencies, including, *e.g.*, placing employees on administrative leave;

(h) accessing sensitive and confidential agency data, using agency data for other than its authorized purpose;

(i) altering agency data systems without authorization by law and without taking all appropriate protections against cybersecurity risks; or

(j) engaging in any other conduct that violates the Appointments Clause or exceeds statutory authority.

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this Order confirming compliance with the Order.

**SO ORDERED**.

Dated: February ___, 2025

_____
THE HON. UNITED STATES DISTRICT JUDGE