## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW MEXICO, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civil Action No. 1:25-CV-00429 |
|  | ) |
| ELON MUSK, in his official capacity, et al., | ) |
|  | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Gardner:

Joshua E. Gardner
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7583
Facsimile: (202) 616-8460
Email: joshua.e.gardner@usdoj.gov

Dated: February 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

DIANE KELLEHER
*Branch Director*
Federal Programs Branch

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)

Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7583
Facsimile: (202) 616-8460
Email: joshua.e.gardner@usdoj.gov