IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>ELON MUSK, *et al.*,<br><br>      Defendants. | **ERRATA**<br><br>C.A. No. 1:25-cv-00429 |

## **ERRATA**

The complaint filed on February 13, 2025 (ECF 2) is corrected as follows:

1. The caption should include the case number for the action, 1:25-cv-00429.

2. Paragraph 23 on page 7 is corrected to read, "Plaintiff the State of Vermont is a sovereign state of the United States. Vermont is represented by Attorney General Charity Clark who is the chief law enforcement officer of Vermont."

3. On page 62, the email address in the signature block for the Office of Massachusetts Attorney General Andrea Joy Campbell is corrected to read David.kravitz@mass.gov.

4. On Page 64, the asterisked notation at the end of the page is corrected to read "*\* Pro Hac Vice Forthcoming*."

Dated: February 13, 2025

                                                    Respectfully submitted,

                                                    RAÚL TORREZ

Attorney General of the State of New Mexico

   /s/ *Anjana Samant*
Anjana Samant
DC Bar No. 4267019
*Deputy Counsel*

James Grayson*
*Chief Deputy Attorney General*
Steven Perfrement
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo St
Santa Fe, NM  87501
asamant@nmdoj.gov
jgrayson@nmdoj.gov
sperfrement@nmdoj.gov
(505) 270-4332

* *Pro Hac Vice Forthcoming*