AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429 |
| ELON MUSK, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Connecticut                                                                                      .

Date:    02/14/2025                                   /s/ Timothy J. Holzman
                                                                *Attorney's signature*

                                                        Timothy J. Holzman (ct30420)
                                                        *Printed name and bar number*
                                                        Connecticut Office of the Attorney General
                                                        165 Capitol Avenue, 5th Floor
                                                        Hartford, CT 06106

                                                                *Address*

                                                        Timothy.Holzman@ct.gov
                                                                *E-mail address*

                                                        (860) 808-5020
                                                                *Telephone number*

                                                        (860) 808-5347
                                                                *FAX number*