IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et. al;<br><br>*Plaintiffs,*<br><br>v.<br><br>ELON MUSK, et. al,<br><br>*Defendants*. | Case No. 1:25-cv-00429 |

## MOTION TO ADMIT ELIZABETH KRAMER *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Elizabeth Kramer *pro hac vice*, as counsel for Plaintiff State of Minnesota in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Samant is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Elizabeth Kramer possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Elizabeth Kramer pro hac vice as representative of Plaintiffs in this proceeding.

Dated: February 13, 2025

Respectfully submitted,

/s/ Anjana Samant
Anjana Samant (D.C. Bar No. 4267019)
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060