AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00429 |
| ELON MUSK/DOGE, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona.

Date: 02/14/2025

/s/ Joshua D. Bendor
*Attorney's signature*

Joshua D. Bendor, Bar No. 031908
*Printed name and bar number*

Arizona Attorney General's Office
Solicitor General's Office
2005 North Central Avenue
Phoenix, Arizona 85004-1592
*Address*

Joshua.Bendor@azag.gov, ACL@azag.gov
*E-mail address*

(602) 542-8958
*Telephone number*

(602) 542-8308
*FAX number*