IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al., | |
| Plaintiffs, | C.A. No. 1:250-cv-000429 |
| v. | NOTICE OF APPEARANCE |
| ELON MUSK, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

The undersigned attorney, a member of the bar of this Court, hereby enters an appearance as counsel of record for plaintiff State of Maryland.

Dated: February 14, 2025

                                                     /s/ *Adam Kirschner*
                                                   Adam Kirschner*
                                                   Senior Assistant Attorney General
                                                   Attorney General for the State of Maryland
                                                   200 Saint Paul Place, 20th Floor
                                                   Baltimore, MD 21202
                                                   (410) 576-6424
                                                   AKirschner@oag.state.md.us