DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.oregon.gov

Attorneys for Plaintiff, State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO; STATE OF ARIZONA; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF HAWAI'I; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF OREGON; STATE OF RHODE ISLAND, STATE OF VERMONT; and STATE OF WASHINGTON;<br><br>      Plaintiffs,<br><br>  v.<br><br>ELON MUSK, in his official capacity; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES,<br><br>      Defendants. | Case No.  1:25-cv-00429-TSC<br><br>NOTICE OF APPERANCE |

Page 1 -   NOTICE OF APPERANCE
       BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that Brian Simmonds Marshall is counsel of record for the plaintiff, State of Oregon, in this case.

DATED February <u>14</u>, 2025.

                                                Respectfully submitted,

                                                DAN RAYFIELD
                                                Attorney General

                                                <u>*s/ Brian Simmonds Marshall*</u>
                                                BRIAN SIMMONDS MARSHALL #196129
                                                Senior Assistant Attorney General
                                                Trial Attorney
                                                Tel (971) 673-1880
                                                Fax (971) 673-5000
                                                Brian.S.Marshall@doj.oregon.gov
                                                Of Attorneys for Plaintiff

Page 2 -   NOTICE OF APPERANCE
            BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000