**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-00429 <br><br> **[PROPOSED] ORDER GRANTING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER, ECF No. 6** |

**[PROPOSED] ORDER GRANTING IN PART**
**PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is the Motion for Temporary Restraining Order, ECF No. 6, and the accompanying declarations filed by the Plaintiffs State of New Mexico, State of Arizona, People of the State of Michigan, State of California, State of Connecticut, State of Hawai'i, State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of Nevada, State of Oregon, State of Vermont, and State of Washington (collectively, "Plaintiff States"). After reviewing the papers and records on file in this action, and having the benefit of the arguments of counsel, and good cause appearing, the Court **ORDERS** as follows:

Defendants Elon Musk, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, and their agents, officers, and employees, or anyone acting in active concert with them, are temporarily restrained from:

(a) Accessing or continuing to access any data systems and the information and code contained within those systems, including but not limited to systems containing sensitive

or confidential agency and personnel data,[1] at the Office of Personnel Management,[2] the Department of Education,[3] the Department of Labor,[4] the Department of Health and Human Services,[5] the Department of Energy,[6] the Department of Transportation,[7] and the Department of Commerce,[8] or any components of any of those agencies, or copying, transferring, or in any way disseminating any data from any of the agencies identified in this paragraph; and

(b) Terminating, furloughing, or otherwise placing on involuntary leave—whether paid or unpaid—any officers or employees of the federal government working within any of the Departments and agencies identified in paragraph (a), other than officers or employees of the Defendant entities, or directing any federal department or agency, not including the Defendant entities, to take the prohibited actions described in this paragraph.[9]

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this Order confirming compliance with the Order.

The Court further **ORDERS** that this order shall remain in effect for 14 days from the date of its issuance, unless extended for good cause.

---

[1] *See* Compl., ECF No. 2, at ¶¶ 94–95, 194; ECF No. 6-11 at ¶ 19; ECF No. 6-9 at ¶ 4; ECF No. 6-10 at ¶ 7; Plaintiff States' Feb. 15, 2025 Notice of Supplemental Information ("Suppl. Not.").
[2] *See id.* at ¶¶ 107–121; Suppl. Not.
[3] *See id.* at ¶¶ 164–168; *see also, e.g.*, ECF No. 6-2 at ¶ 14; ECF No. 6-3 at ¶ 8–9; ECF No. 6-7 at ¶ 6; Suppl. Not.
[4] *See id.* at ¶¶ 176–180; Suppl. Not.
[5] *See id.* at ¶¶ 122–133; *see also, e.g.*, ECF No. 6-2 at ¶ 11; ECF No. 6-7 at ¶ 5; Suppl. Not.
[6] *See id.* at ¶¶ 134–141; *see also, e.g.*, ECF No. 6-2 at ¶ 12; Suppl. Not.
[7] *See id.* at ¶¶ 181–187; *see also, e.g.*, ECF No. 6-2 at ¶ 15; Suppl. Not.
[8] *See id.* at ¶ 189; Suppl. Not.
[9] *See* Compl. ¶¶ 66; 96; 189; ECF No. 6-11 at ¶ 11; ECF No. 6-7 at ¶ 16; ECF No. 6-3 at ¶ 10; ECF No. 6-4 at ¶¶ 18–19, 21; ECF No. 6-5 at ¶ 10, ECF No. 6-7 at ¶ 15; Suppl. Not.

The Court further **ORDERS** that the Parties are directed to meet and confer within 48 hours of the date of this order on a mutually agreeable schedule for briefing on Plaintiff States' forthcoming motion for a preliminary injunction.

    **IT IS SO ORDERED.**

_____             _____
Dated                                                                   HON. TANYA S. CHUTKAN
                                                                                   United States District Judge