IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-00429 <br><br> **SUPPLEMENTAL NOTICE** |

In response to the Court's Order during proceedings held on February 14, 2025, the Plaintiff States have concurrently filed a proposed order identifying a narrower category of activities and agencies related to the harm that the Plaintiff States are suffering and will imminently suffer. The following information relates to the broader harms alleged in the complaint and identified in the TRO Motion:

- Will Steakin, *Lucien Bruggeman, and Cindy Smith, Agency Data Shared by DOGE Online Sparks Concern Among Intelligence Community*, ABC News (Feb. 15, 2025), https://abcnews.go.com/US/agency-data-shared-doge-online-sparks-concern-intelligence/story?id=118858837 (describing the posting on DOGE's website of classified information regarding the headcount and budget for the National Reconnaissance Office); *see also* Compl. ¶¶ 78-91, 108-114, 125-153, 164, 175, 181-187, 194-199, 240-252 (describing harms from DOGE's access to sensitive data); TRO Mot. at 5-7, 10-12, 31) (same).

- Geoff Brumfiel, *Trump Firings Cause Chaos at Agency Responsible for America's Nuclear Weapons*, NPR (Feb. 14, 2025), https://www.npr.org/2025/02/14/nx-s1-5298190/nuclear-agency-trump-firings-nnsa (describing chaos and confusion over DOGE-related firings at the National Nuclear Safety Administration, which oversees the nation's nuclear weapons stockpile); *see also* Compl. ¶¶ 134-141 (describing DOGE's improper access to data and management of personnel at the Department of Energy, including the National Nuclear Safety Administration).

1

- Hannah Natanson and Chris Deghanpoor, *Records Show How DOGE Planned Trump's DEI Purge – and Who Gets Fired Next*, Washington Post (Feb. 15, 2025) (describing and linking to DOGE documents showing plans to place on leave and then fire staff across dozens of offices across the executive branch and including FAQ showing that DOGE is directing agency heads to do so); *see also* Compl. ¶¶ 5, 96, 101-104, 107-121, 130, 158-162, 196, 202, 232-239, 271 (describing Defendant Musk and DOGE's attempts to fire employees and strip the government of its workforce and the associated harms to states); TRO Mot. 4-6, 9-10, 18, 30-31 (same); Compl. ¶¶ 52-55, 218-223 (describing Defendant Musk and DOGE's direction over action by agencies); TRO Mot. 22 (same).

- Jeff Stein, Hannah Natanson, and Jacob Bogage, *Layoffs to Hit IRS as DOGE Targets Tax Collections*, Washington Post (Feb. 14, 2025), https://www.washingtonpost.com/business/2025/02/14/irs-tax-doge-musk/ (describing DOGE-driven plans to lay off thousands of IRS employees); *see also* Compl. ¶¶ 5, 96, 101-104, 107-121, 130, 158-162, 196, 202, 232-239, 271 (describing Defendant Musk and DOGE's attempts to fire employees and strip the government of its workforce and the associated harms to states); TRO Mot. 4-6, 9-10, 18, 30-31 (same).

Dated: February 15, 2025

Respectfully submitted,

**RAÚL TORREZ**
Attorney General of the State of New Mexico

By: /s/ *Anjana Samant*
Anjana Samant
D.D.C. Bar ID 4267019
*Deputy Counsel*

James Grayson*
*Chief Deputy Attorney General*
Steven Perfrement
*Assistant Attorney General*
Malina Simard-Halm*
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM  87501
jgrayson@nmdoj.gov
asamant@nmdoj.gov
sperfrement@nmdoj.gov
msimard-halm@nmdoj.gov
(505) 270-4332

*Attorneys for the State of New Mexico*

**DANA NESSEL**
Attorney General, State of Michigan

By: */s/ Jason Evans*
Jason Evans*
*Assistant Attorney General*
Joseph Potchen*
*Deputy Attorney General*
Linus Banghart-Linn*
*Chief Legal Counsel*
Michigan Department of Attorney General
525 W. Ottawa St
Lansing, MI 48933
(517) 335-7632
evansj@michigan.gov

*Attorneys for the People of the State of Michigan*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Joshua D. Bendor*
Joshua D. Bendor
D.D.C. Bar ID 031908
*Solicitor General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov

*Attorneys for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Nicholas R. Green*
Nicholas R. Green*
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
Mark R. Beckington*
John D. Echeverria*

3

*Supervising Deputy Attorneys General*
Maria F. Buxton*
Michael E. Cohen*
*Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 510–4400
nicholas.green@doj.ca.gov

*Counsel for the State of California*


**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Timothy Holzman*
Timothy Holzman
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.Skold@ct.gov

*Attorneys for the State of Connecticut*


**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
David D. Day*
*Special Assistant to the Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

4

By: */s/ Adam D. Kirschner*
Adam D. Kirschner
*Senior Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6424
AKirschner@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By:  */s/ Gerard J. Cedrone*
Gerard J. Cedrone
D.D.C. Bar ID MA0019)
*Deputy State Solicitor*
Massachusetts Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-8828
gerard.cedrone@mass.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer**
*Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

*Attorneys for the State of Minnesota*

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern
D.D.C. Bar ID 8873
*Solicitor General*
Office of the Nevada Attorney General

5

1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Brian S. Marshall*
Brian S. Marshall
D.D.C. Bar ID 501670
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
brian.s.marshall@doj.oregon.gov

*Counsel for the State of Oregon*


**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Jeff Kidd*
Jeff Kidd
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
jkidd@riag.ri.gov

*Attorneys for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

6

        **NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Kelsey Endres*
Kelsey Endres
*Assistant Attorney General*
Emma Grunberg*
*Deputy Solicitor General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
kelsey.endres@atg.wa.gov
emma.grunberg@atg.wa.gov

*Attorneys for the State of Washington*

\* *Pro Hac Vice Motion Forthcoming*
\*\* *Pro Hac Vice Motion Pending*