IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW MEXICO, et. al,

    *Plaintiffs,*

v.

ELON MUSK, et. al,

    *Defendants*.

Case No. 1:25-cv-00429

## MOTION TO ADMIT JOSEPH E. POTCHEN *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Joseph E. Potchen, *pro hac vice*, as counsel for Plaintiff The People of the State of Michigan in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Samant is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Joseph E. Potchen possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Joseph E. Potchen pro hac vice as representative of Plaintiffs in this proceeding.

Dated: February 17, 2025

Respectfully submitted,

*/s/ Anjana Samant*
Anjana Samant (D.C. Bar No. 4267019)
Deputy Counsel

New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060