# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF NEW MEXICO, et al.

    *Plaintiffs,*

    v.

ELON MUSK, in his official capacity, et al.,

    *Defendants.*

Case No. 1:25-cv-00429

## DECLARATION OF JOSHUA FISHER

I, Joshua Fisher, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.    I make these statements based on personal knowledge and knowledge obtained in the course of my official duties.

2.    I am the Director of the Office of Administration. I have held that position since January 20, 2025. In that capacity, I am personally involved in the appointment of special government employees. I have personal knowledge of Mr. Elon Musk's employment status with the federal government.

3.    Mr. Musk is an employee of the White House Office. He holds that position as a non-career Special Government Employee ("SGE").

4.    In that job, Mr. Musk is a Senior Advisor to the President. It is not uncommon for the President to have Senior Advisors who are SGEs. For instance, Anita Dunn was an influential Senior Advisor to President Biden, while serving as an SGE.

5.    In his role as a Senior Advisor to the President, Mr. Musk has no greater authority than other senior White House advisors. Like other senior White House advisors, Mr. Musk has no

1

actual or formal authority to make government decisions himself.  Mr. Musk can only advise the President and communicate the President's directives.

6.    The U.S. DOGE Service is a component of the Executive Office of the President. The U.S. DOGE Service Temporary Organization is within the U.S. DOGE Service.  Both are separate from the White House Office.  Mr. Musk is an employee in the White House Office.  He is not an employee of the U.S. DOGE Service or U.S. DOGE Service Temporary Organization.  Mr. Musk is not the U.S. DOGE Service Administrator.


Dated: Washington, D.C.
        February 17, 2025

                                        Joshua Fisher
                                        Director
                                        Office of Administration