AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW MEXICO et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429-TSC |
| ELON MUSK et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Mexico .

Date:  02/18/2025

/s/ James Grayson
*Attorney's signature*

James Grayson, Government Attorney
*Printed name and bar number*

New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
*Address*

jgrayson@nmdoj.gov
*E-mail address*

(505) 490-4060
*Telephone number*

*FAX number*