IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et. al;<br><br>*Plaintiffs,*<br><br>v.<br><br>ELON MUSK, et. al,<br><br>*Defendants*. | Case No. 1:25-cv-00429 |

## MOTION TO ADMIT KELSEY ENDRES *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Kelsey Endres, *pro hac vice*, as counsel for Plaintiff State of Washington in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Samant is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Kelsey Endres possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Kelsey Endres *pro hac vice* as a representative of Plaintiffs in this proceeding.

Dated: February 18, 2025

Respectfully submitted,

*/s/ Anjana Samant*
Anjana Samant (D.C. Bar No. 4267019)
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060