AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New Mexico, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-00429 |
| Elon Musk, in his official capacity, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 02/18/2025

/s/ Nicholas R. Green
*Attorney's signature*

Nicholas R. Green, SBN 323959
*Printed name and bar number*

California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

*Address*

nicholas.green@doj.ca.gov
*E-mail address*

(415) 510-3597
*Telephone number*

(415) 703-5843
*FAX number*