AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

State of New Mexico, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-00429-TSC
Elon Musk, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota

Date: 2/19/2025

*Attorney's signature*

Liz Kramer, 0325089
*Printed name and bar number*
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, Minnesota 55101

*Address*

liz.kramer@ag.state.mn.us
*E-mail address*

(651) 757-1010
*Telephone number*

(651) 282-5832
*FAX number*