AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| State of New Mexico, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00429 |
| Elon Musk, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date:   02/19/2025

/s/ Kelsey E. Endres
*Attorney's signature*

Kelsey E. Endres, WSBA #39409 (admitted PHV)
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

Kelsey.Endres@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*