IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.,*<br><br>      Plaintiffs,<br><br>      v.<br><br>ELON MUSK, *et al.*,<br><br>      Defendants. | C.A. No. 1:25-cv-00429<br><br>**PROPOSED BRIEFING SCHEDULE** |

In response to the Court's Memorandum Opinion and Order dated February 18, 2025, ordering that the parties file a proposed briefing schedule and state their positions on consolidating the merits with the preliminary injunction briefing scheduling, ECF No. 29, counsel for Plaintiffs writes to inform the Court that Plaintiffs intend to file a Preliminary Injunction as expeditiously as possible and no later than April 18, 2025.

**Plaintiffs' Proposed Schedule:**

Plaintiffs propose the following schedule in connection with the contemplated motion:

- Expedited discovery to close by April 4, 2025.
- Plaintiffs to file Motion for Preliminary Injunction by April 18, 2025
- Defendants to file Brief in Opposition within 10 days of Plaintiff's Motion.
- Plaintiffs to file a Reply, if any, within 3 business days of Defendant's Opposition.

Plaintiffs do not presently intend to consolidate their request for preliminary injunctive relief with briefing on the merits of their claims and oppose Defendants' request at this time, in

case further discovery is needed beyond the expedited discovery prior to a preliminary injunction.

Plaintiffs have asked Defendants to participate in a Rule 26(f) conference this week. Plaintiffs respectfully request a Rule 16 conference on February 24 or 25. If the Court believes a motion for expedited discovery is necessary or appropriate for discovery to begin promptly, Plaintiffs will promptly file such a motion.

**Defendants' Proposed Schedule:**

**Plaintiffs' Motion for a Preliminary Injunction:** No later than March 18, 2025

**Defendants' Opposition to Plaintiffs' Motion:** No later than April 1, 2025

**Plaintiffs' Reply:** No later than April 8, 2025

**Plaintiffs' Request for Expedited Discovery**

Any discovery in this case should wait until resolution of Defendants' forthcoming motion to dismiss. At a minimum, before authorizing any expedited discovery in support of Plaintiffs' motion for a preliminary injunction, Defendants respectfully request that Plaintiffs file a motion for expedited discovery and permit Defendants an opportunity to respond to that motion. *See, e.g., Guttenberg v. Emery*, 26 F. Supp. 3d 88, 97-98 (D.D.C. 2014) (denying plaintiffs' motion for expedited discovery in support of preliminary injunction motion because it was unreasonable).

**Consolidation of the Preliminary Injunction With a Trial on the Merits**

Because Plaintiffs' motion for a preliminary injunction is likely to dispose of Plaintiffs' entire complaint, and because consolidation is likely to conserve judicial resources and avoid duplicative proceedings, Defendants believe that it is appropriate for the Court to exercise its discretion and consolidate Plaintiffs' preliminary injunction with the merits. *See Morris v.*

*District of Columbia*, 38 F. Supp. 3d 57 (D.D.C. 2014) (holding that district court has the authority under Rule 65(a)(2) to consolidate a hearing for a preliminary injunction into one on the merits provided that doing so does not result in prejudice to either party."); *Tea Party Leadership Fund v. Federal Election Comm'n*, No. 12-1707, 2012 WL 5382844, *2 (D.D.C. Nov. 2, 2012) (consolidating preliminary injunction motion with trial on the merits over plaintiffs' opposition).

Dated: February 19, 2025

Respectfully submitted,

**RAÚL TORREZ**
Attorney General of the State of New Mexico

By: /s/ *Anjana Samant*
Anjana Samant
D.D.C. Bar ID 4267019
*Deputy Counsel*

James Grayson*
*Chief Deputy Attorney General*
Steven Perfrement
*Assistant Attorney General*
Malina Simard-Halm*
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM  87501
jgrayson@nmdoj.gov
asamant@nmdoj.gov
sperfrement@nmdoj.gov
msimard-halm@nmdoj.gov
(505) 270-4332

*Attorneys for the State of New Mexico*

**DANA NESSEL**
Attorney General, State of Michigan

By: */s/ Jason Evans*
Jason Evans*
*Assistant Attorney General*
Joseph Potchen*
*Deputy Attorney General*
Linus Banghart-Linn*
*Chief Legal Counsel*
Michigan Department of Attorney General
525 W. Ottawa St
Lansing, MI 48933
(517) 335-7632
evansj@michigan.gov

1

*Attorneys for the People of the State of Michigan*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Joshua D. Bendor*
Joshua D. Bendor
D.D.C. Bar ID 031908
*Solicitor General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov

*Attorneys for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Nicholas R. Green*
Nicholas R. Green*
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
Mark R. Beckington*
John D. Echeverria*
*Supervising Deputy Attorneys General*
Maria F. Buxton*
Michael E. Cohen*
*Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 510–4400
nicholas.green@doj.ca.gov

*Counsel for the State of California*

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Timothy Holzman*
Timothy Holzman

2

*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.Skold@ct.gov

*Attorneys for the State of Connecticut*


**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

By: /s/ Kaliko'onālani D. Fernandes
Kaliko'onālani D. Fernandes*
*Solicitor General*
David D. Day*
*Special Assistant to the Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawai'i*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner
*Senior Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6424
AKirschner@oag.state.md.us

*Attorneys for the State of Maryland*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Gerard J. Cedrone*
Gerard J. Cedrone
D.D.C. Bar ID MA0019)
*Deputy State Solicitor*
Massachusetts Office of the Attorney General

3

One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-8828
gerard.cedrone@mass.gov


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer**
*Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

*Attorneys for the State of Minnesota*


**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern
D.D.C. Bar ID 8873
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Brian S. Marshall*
Brian S. Marshall
D.D.C. Bar ID 501670
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
brian.s.marshall@doj.oregon.gov

*Counsel for the State of Oregon*

4

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Jeff Kidd*
Jeff Kidd
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
jkidd@riag.ri.gov

*Attorneys for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Attorneys for the State of Vermont*


**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Kelsey Endres*
Kelsey Endres
*Assistant Attorney General*
Emma Grunberg*
*Deputy Solicitor General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
kelsey.endres@atg.wa.gov
emma.grunberg@atg.wa.gov

*Attorneys for the State of Washington*

\* *Pro Hac Vice Motion Forthcoming*
\*\* *Pro Hac Vice Motion Pending*

BRETT A. SHUMATE
*Acting Assistant Attorney General*

DIANE KELLEHER
*Branch Director*
Federal Programs Branch

/s/*Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7583
Facsimile: (202) 616-8460
Email: joshua.e.gardner@usdoj.gov

Harry Garver (DC Bar No. 1779585)
United States Department of Justice
Counsel to the Assistant Attorney General,
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Tel: (202) 514-2000
harry.graver@usdoj.gov

Attorneys for Defendants