AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| New Mexico, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-00429 |
| Elon Musk et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of Michigan                                                                .

Date:     02/19/2025

/s/ Jason Evans
*Attorney's signature*

Jason Evans  P61567
*Printed name and bar number*

Corporate Oversight Division
525 W. Ottawa Street
Lansing, MI  48933

*Address*

evansj@michigan.gov
*E-mail address*

(517) 335-7632
*Telephone number*

(517) 335-6755
*FAX number*