UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW MEXICO**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**ELON MUSK**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-429 (TSC) |

## ORDER

The parties filed a proposed briefing schedule for further proceedings in this action. ECF No. 32. Plaintiffs intend to seek expedited discovery prior to preliminary injunction proceedings and propose filing a preliminary injunction motion by April 18, 2025. *Id.* at 1–2. Defendants state their intention to file a motion to dismiss and oppose expedited discovery. *Id.* at 2.

Upon consideration of the parties' positions, and pursuant to the Court's power "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, the court will strike a balance between the parties' proposed schedules. Plaintiffs may file a motion for expedited discovery, but the Court cautions that the requested discovery must be limited and narrowly tailored to the preliminary injunction. *See Guttenberg v. Emery*, 26 F. Supp. 3d 88, 99 (D.D.C. 2014). In the same vein, Defendants may proceed with a motion for dismiss. The Court will also schedule preliminary injunction briefing.

It is hereby **ORDERED** that:

As to Plaintiffs' motion for expedited discovery, Plaintiffs shall file their motion for expedited discovery by February 24, 2025; Defendants shall respond to Plaintiffs' motion for

expedited discovery by February 28, 2025; and Plaintiffs shall reply to Defendants' response by March 3, 2025.

As to Defendants' motion to dismiss, Defendants shall file their motion to dismiss by March 7, 2025; Plaintiffs shall file their response to Defendants' motion to dismiss by March 14, 2025; and Defendants shall file their reply to Plaintiffs' response by March 19, 2025.

As to Plaintiffs' motion for a preliminary injunction, Plaintiffs shall file their motion for a preliminary injunction by April 11, 2025; Defendants shall file their response to Plaintiffs' motion for a preliminary injunction by April 18, 2025; and Plaintiffs shall file their reply to Defendants' response by April 22, 2025.

**SO ORDERED.**

Date: February 20, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge