AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-00429-TSC |
| ELON MUSK, IN HIS OFFICIAL CAPACITY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF NEVADA                                                                                           .

Date:   02/20/2025

/s/ Heidi Parry Stern
*Attorney's signature*

Heidi Parry Stern, NY Bar No. 3053261
*Printed name and bar number*

1 State of Nevada Way
Suite 100
Las Vegas, NV 89119
*Address*

HStern@ag.nv.gov
*E-mail address*

(702) 486-3420
*Telephone number*

(702) 486-3768
*FAX number*