AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| State of New Mexico, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00429-TSC |
| Elon Musk, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota                                                                                 .

Date:   02/21/2025

s/ Liz Kramer
*Attorney's signature*

Elizabeth (Liz) Kramer, MN bar 0325089
*Printed name and bar number*

Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, Minnesota 55101

*Address*

liz.kramer@ag.state.mn.us
*E-mail address*

(651) 757-1010
*Telephone number*

(651) 282-5832
*FAX number*