AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429 |
| ELON MUSK, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Hawaii                    .

Date:   02/21/2025

/s/ Kalikoʻonālani D. Fernandes
*Attorney's signature*

Kalikoʻonālani D. Fernandes (Hawaii 9964)
*Printed name and bar number*

Department of the Attorney General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
*Address*

kaliko.d.fernandes@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

(808) 586-8116
*FAX number*