AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00429 |
| ELON MUSK, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Hawaii.

Date: 02/21/2025

/s/ David D. Day
*Attorney's signature*

David D. Day (Hawaii 9427)
*Printed name and bar number*

Department of the Attorney General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
*Address*

david.d.day@hawaii.gov
*E-mail address*

(808) 586-1284
*Telephone number*

(808) 586-1239
*FAX number*