UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW MEXICO, et al.,    )
                                )
            Plaintiffs,         )
                                )
      v.                        )   Civil Action No. 1:25-CV-00429
                                )
ELON MUSK, in his official capacity, et al.,  )
                                )
            Defendants.         )

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Graver:

Harry Graver
United States Department of Justice
Counsel to the Assistant Attorney General, Civil Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 514-2000
Email: harry.graver@usdoj.gov

Dated: February 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General, Civil Division*

*/s/ Harry Graver*
HARRY GRAVER (DC Bar No. 1779585)
United States Department of Justice
Counsel to the Assistant Attorney General,
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Tel: (202) 514-2000
Email: harry.graver@usdoj.gov