AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| STATE OF NEW MEXICO, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00429 |
| ELON MUSK, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona.

Date: 02/21/2025

/s/ Daniel Barr
*Attorney's signature*

Daniel Barr, AZ Bar No. 010149
*Printed name and bar number*

Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004-1592
*Address*

Daniel.Barr@azag.gov, ACL@azag.gov
*E-mail address*

(602) 542-8080
*Telephone number*

*FAX number*