AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

State of New Mexico, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-00429
Elon Musk, in his official capacity, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Mexico.

Date: 02/21/2025

/s/ Malina J. Simard-Halm
*Attorney's signature*

Malina J. Simard-Halm, Government Attorney
*Printed name and bar number*

New Mexico Department of Justice
408 Galisteo St
Santa Fe, NM 87501
*Address*

msimard-halm@nmdoj.gov
*E-mail address*

(505) 490-4060
*Telephone number*

*FAX number*