UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW MEXICO**, *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ELON MUSK**, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-cv-429 (TSC)<br><br>**[PROPOSED] ORDER RE PLAINTIFF STATES' MOTION FOR EXPEDITED DISCOVERY** |

### ORDER

The Plaintiff States' Motion for Expedited Discovery is **GRANTED**. Plaintiffs may serve the discovery requests attached to their Motion as Exhibit A.

It is further **ORDERED** that: Defendants shall produce the documents requested in Plaintiffs' Requests for Production within 7 days of this Order; Defendants shall respond to Plaintiffs' Requests for Admission and Interrogatories within 7 days of this Order; and Plaintiffs may take up to two depositions, which shall occur no later than April 4, 2025, unless the Court subsequently extends that deadline for good cause.

**SO ORDERED.**

Date:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge