IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00429-TSC |

**NOTICE OF APPEARANCE**

Please enter the appearance of undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Siler:

Jacob S. Siler
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20005
Tel: (202) 353-4556
Facsimile: (202) 616-8460
Email: jacob.s.siler@usdoj.gov

Dated: February 28, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov