IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00429-TSC |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION
FOR EXPEDITED DISCOVERY**

This matter comes before the Court on Plaintiffs' Motion for Expedited Discovery, ECF No. 45. Based on the reasoning articulated in Defendants' Opposition to Plaintiffs' Motion, ECF No. 46, the Court will deny Plaintiffs' Motion.

It is SO ORDERED.


Signed this ____ day of _____, 2025

                                                                            _____
                                                                            Hon. Tanya S. Chutkan
                                                                            United States District Court Judge