AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429-TSC |
| ELON MUSK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date: 03/03/2025

/s/ Kelsey E. Endres
*Attorney's signature*

Kelsey E. Endres, WSBA #39409
*Printed name and bar number*

Washington State Office of the Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
*Address*

Kelsey.Endres@atg.wa.gov
*E-mail address*

(206) 521-3219
*Telephone number*

*FAX number*