AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| STATE OF NEW MEXICO, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00429-TSC |
| ELON MUSK, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date: 03/04/2025

/s/ Emma Grunberg
*Attorney's signature*

Emma Grunberg, WSBA #54659
*Printed name and bar number*

Washington State Office of the Attorney General
Solicitor General's Office
1125 Washington St. SE, PO Box 40100
Olympia, WA 98504-0100
*Address*

Emma.Grunberg@atg.wa.gov
*E-mail address*

(206) 521-3222
*Telephone number*

*FAX number*