AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

STATE OF NEW MEXICO et al.
*Plaintiff*
v.
ELON MUSK et al.
*Defendant*

Case No. 1:25-cv-00429-TSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Mexico

Date:   03/07/2025

/s/ Astrid Carrete
*Attorney's signature*

Astrid Carrete, New Mexico 159124
*Printed name and bar number*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, New Mexico 87504-1508

*Address*

acarrete@nmdoj.gov
*E-mail address*

(505) 490-4060
*Telephone number*

*FAX number*