UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

State of New Mexico, et al.
    Plaintiff(s)

VS.

Case No: 1:25-cv-00429

Elon Musk, in his official capacity c/o Executive Office of the President, et al.
    Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiff States' Motion for a Temporary Restraining Order, Certificate of Counsel Regarding Actual Notice/Attempt to Do Same with Exhibits, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. Attorney General, Office of the Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Attorney General, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/14/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9586 56. Service was signed for on 02/18/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/03/2025

*Scott Slatkin* (signature)

Scott Slatkin

Client Ref Number:
Job #:12715792

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Office of the Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

   9590 9402 9146 4225 9964 54

2. Article Number (Transfer from service label)

   9589 0710 5270 0332 9586 56

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   FEB 18 REC'D

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   INSPECTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                        Domestic Return Receipt