UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

State of New Mexico, et al.
            Plaintiff(s)

VS.

Elon Musk, in his official capacity c/o Executive Office of the President, et al.
            Defendant(s)

Case No: 1:25-cv-00429

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiff States' Motion for a Temporary Restraining Order, Certificate of Counsel Regarding Actual Notice/Attempt to Do Same with Exhibits, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. Attorney's Office for D.C., Civil Process Clerk

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Attorney's Office for D.C., Civil Process Clerk, 601 D Street, NW, Washington, DC 20530 on 02/14/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9588 16. Service was signed for on 02/25/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/05/2025

_Scott Slatkin_
Scott Slatkin

Client Ref Number:
Job #:12715782

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>FEB 2 5 REC'D |
| 1. Article Addressed to:<br>U.S Attorney's Office for D.C.<br>Civil Process Clerk<br>601 D Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>INSPECTED 22 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9146 4225 9964 61 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 0332 9588 16 | ☐ Insured Mail<br>☐ Mail Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |