# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-00429 |

# **[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, it is hereby ORDERED that Defendants' motion is GRANTED. Plaintiffs' Complaint (ECF No. 2) is dismissed.


Dated: _____          _____
                                Tanya S. Chutkan
                                United States District Judge