AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429 |
| ELON MUSK, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona.

Date: 03/10/2025

/s/ Joshua A. Katz
*Attorney's signature*

Joshua A. Katz, AZ Bar No. 039449
*Printed name and bar number*

Arizona Attorney General's Office
Solicitor General's Office
2005 North Central Avenue
Phoenix, Arizona 85004-1592
*Address*

Joshua.Katz@azag.gov, ACL@azag.gov
*E-mail address*

(602) 542-8053
*Telephone number*

(602) 542-8308
*FAX number*