UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW MEXICO**, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ELON MUSK**, *et al.*<br><br>　　　　Defendants. | Civil Action No. 25-cv-429 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 60, Plaintiffs' Motion for Expedited Discovery, ECF No. 45, is GRANTED in part and DENIED in part.

It is hereby ORDERED that Plaintiffs may serve the written discovery requests attached to their Motion as Exhibit A, ECF No. 45-1 ("Plaintiffs' Discovery Requests"), on Defendants Elon Musk, U.S. Department of Government Efficiency ("DOGE") Service, and U.S. DOGE Temporary Organization, subject to the below clarifications and amendments:

- Plaintiffs' Discovery Requests shall not apply to President Trump;

- Plaintiffs' Discovery Requests shall be limited to information and materials regarding agencies, employees, contracts, grants, federal funding, legal agreements, databases, or data management systems that involve or engage with Plaintiff States, including entities and institutions operated or funded by Plaintiff States;

- "Recommended" and "recommendation" shall be deleted from Plaintiffs' Fourth Interrogatory and replaced with "directed" and "direction."

It is further ORDERED that Defendants Elon Musk, U.S. DOGE Service, and U.S. DOGE Temporary Organization shall produce the requested documents and respond to the interrogatories and requests for admissions in Plaintiffs' Discovery Requests, as amended by the court, within 21

days of this Order. Defendants' request for a stay of any order granting expedited discovery is DENIED.

It is further ORDERED that Plaintiffs' request to notice two depositions is DENIED without prejudice.

It is further ORDERED that Plaintiffs' forthcoming motion for a preliminary injunction shall be CONSOLIDATED with a hearing on the merits under Federal Rule of Civil Procedure 65(a)(2).

Date: March 12, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge