AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW MEXICO et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00429-TSC |
| ELON MUSK et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California.

Date:    03/11/2025

/s/ Carolyn Downs
*Attorney's signature*

Carolyn Downs, California 353455
*Printed name and bar number*

California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

*Address*

carolyn.downs@doj.ca.gov
*E-mail address*

(213) 269-6720
*Telephone number*

*FAX number*