AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429-TSC |
| ELON MUSK, in His Official Capacity, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of California.

Date:   03/14/2025

/s/ Maria F. Buxton
*Attorney's signature*

Maria F. Buxton, California State Bar No. 318563
*Printed name and bar number*

California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
*Address*

Maria.Buxton@doj.ca.gov
*E-mail address*

(415) 510-3873
*Telephone number*

(415) 703-5480
*FAX number*