# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>ELON MUSK, *et al.*,<br><br>   Defendants. | Civil Action No. 1:25-cv-00429 (TSC) |

## ORDER REGARDING RULE 42 CONSOLIDATION

  The Court has reviewed the Parties' Joint Status Report Addressing the Court's March 17, 2025 Order, ECF No. [ ], in which the parties' presented their positions regarding the consolidation of this action with *Japanese American Citizens League, et al. v. Musk et al.*, No. 25-cv-643 (the "JACL Action") under Rule 42(a).  Having reviewed the parties' positions, and the positions of the parties in the JACL Action, the Court enters the following orders:

  It is hereby ORDERED that the Court will hold a consolidated preliminary injunction hearing under Rule 42(a)(1) as to common issues of law and fact in this action and the JACL Action.

  It is further ORDERED that the Rule 42(a)(1) consolidated preliminary injunction hearing will not be consolidated with trial on the merits under Rule 65(a)(2) in this action or the JACL Action.

2

It is further ORDERED setting a status conference in this action for [DATE] for the purposes of discussing scheduling for preliminary injunction briefing and the preliminary injunction hearing.

Date:

_____
TANYA S. CHUTKAN
United States District Judge