**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>                                          *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>                                          *Defendants.* | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>                                          *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>                                          *Defendants.* | Case No. 1:25-cv-00643-TSC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for leave to allow its declarant to be identified by pseudonym, it is hereby

ORDERED that the Motion is **GRANTED**, and Plaintiffs may file their supporting declaration using the pseudonym "J. Doe 1" to identify the declarant.

**SO ORDERED this** _____ day of March 2025.

_____
United States District Judge