# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00429 (Lead) |
| ELON MUSK, *in his official capacity*, et al., | |
| *Defendants*. | |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al., | |
| *Plaintiffs*, | Case No. 1:25-cv-00643 |
| v. | |
| ELON MUSK, *in his official capacity*, et al., | |
| *Defendants*. | |

**DECLARATION OF J. DOE 1 IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Pursuant to 28 U.S.C. § 1746, I, J. Doe 1, declare as follows:

1.      I am a research scientist at a highly ranked private research university where I have worked as a faculty member for over eight years. I hold a teaching certificate in secondary education and a Ph.D. in public health.

2.      I have been a member of the Union of Concerned Scientists (UCS) intermittently for years, and am currently a member. Even before joining, I had known of and admired the organization and its work.

3.      I am also part of a research group at my university that includes other researchers who receive funding through the National Institutes of Health (NIH) and whose funding has not been renewed.

4.      Prior to February 10, 2025, I was the project director for a grant-funded project focusing on issues related to mental health, trauma, and equity in education. Our work focused on determining what supports and professional development are helpful to educators. The project's goals were to improve educational environments, boost student achievement, and recruit and retain more qualified candidates to become educators.

5.      Our project was entirely funded through a federal grant administered by the United States Department of Education. As of January 20, 2025, our project was two and a half years into our three-year grant cycle. We were compliant with all of the Department's reporting requirements and received a favorable report from the government. We also expected to reapply for future funding.

6.      On February 10, 2025, I received notice that our grant had been terminated, effective the same day.

7.      The notice was signed by Mark Washington, Deputy Assistant Secretary for Management and Planning at the United States Department of Education—who was not the Department's project officer with whom I had been working. However, I discovered that the document's metadata indicates it was authored by Brooks Morgan, who has been publicly identified as working for the U.S. DOGE Service within the Department of Education. I have been closely following the media coverage of Mr. Musk and DOGE, which is how I am aware that Mr. Morgan is associated with DOGE.

8.      A true and correct excerpt of a screenshot displaying that metadata from the termination letter is reproduced below.

| | |
|---|---|
| Title: | Template for Blue ED Logo Letterhead |
| Author: | "Morgan, Brooks" |
| Subject: | |
| Keywords: | |

Created:  2/10/2025 2:50:31 PM

Modified:  2/10/2025 8:22:39 PM

Application:  Acrobat PDFMaker 24 for Word

Additional Metadata...

9.      I received the termination notice late at night. Both my name and the name of our

nonprofit partner on the project were misspelled.

10.     The notice contained no information about any specific deficiencies related to the

project's grant or work. Rather, it included these paragraphs:

> It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

> The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4); *see also* 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No. [grant number] in its entirety effective 2/10/25.

11.     The language above, and most of the letter, appeared to be a form, with the grant number and effective date of the termination filled in.

12.     I later learned via news articles and meetings with other recipients of the same type of grant that our grant was one of approximately 120 grants terminated that night.

13.     At the time of the termination, there was still roughly half a year's worth of funding left on the grant. That amount had already been paid into our G5 account, which is the payment system used by the Department of Education.

14.     As a result of my project's grant being terminated, work on the project has ceased.

15.     We had been partnering with a non-profit organization. As a result of the grant being terminated, we were forced to end that partnership, and two employees of the non-profit were laid off. We also had to lay off six part-time research assistants and two independent evaluators.

16.     Grants for fiscal year 2025 had been approved, and the Department of Education had issued a notice inviting applications in the Federal Register. That funding has also been cancelled.

17.     In addition, I had submitted grant proposals to the NIH for future funding for the project. To my knowledge, those grant proposals were never reviewed nor funded.

18.     As a result of these funding terminations, the project will not be able to complete its work, including offering consultation and training to dozens of schools and completing our analysis of different outcomes between schools that did and did not receive additional training. We will also not be able to publish any findings related to our work.

19.     This loss of funding and the termination of the project has had direct impacts on my career. Much of my work has focused on issues around equity in education related to the specific focus of this grant. I now face substantial uncertainty as to whether I will be able to remain employed and continue this work in any form. Absent my ability to publish findings related to my

work, I do not expect I will be able to secure future funding or get promoted within my institution, or get hired at another institution. I am also concerned that I will lose my job at my current institution due to being unable to continue my work and publish associated findings. This uncertainty about my continued employment causes me substantial stress and economic uncertainty, including whether I will be able to pay for a child's college tuition. I also have a chronic health condition that requires regular treatment. Losing my employment would cause me to lose my health insurance and risks preventing me from accessing treatment for my chronic health condition.

20.    I am aware of Elon Musk and DOGE's actions targeting the scientific community, Mr. Musk's hostility toward anything he perceives as "DEI" related, and Mr. Musk's hostility to the Department of Education. As a result, I fear that Mr. Musk, DOGE, or other members of the administration will retaliate against me for any public criticism of their efforts by further delaying—or altogether blocking—grants for which I have applied. I am also concerned about the amount of private data that Mr. Musk and DOGE have collected and how that might be used.

21.    I am particularly concerned because my research and scientific study often relates to underserved and minority populations in the United States. Given Mr. Musk and DOGE's hostility towards this type of work, I fear retaliation from Mr. Musk, DOGE, and the administration.

22.    My scientific research and clinical work have been dedicated to furthering the public good. As a result of Mr. Musk and DOGE's actions, I suddenly find myself unable to perform that work and fear I will not be able to do so in the future. This grant termination significantly undermines the ongoing work of my research project and limits access to consultation, training, and evidence-based interventions for the hundreds of educators my project served, as well as consultation and support that they would not otherwise have the resources to

access. As a result, the capacity of participating educators to respond effectively to the complex needs of their school communities is diminished, adversely affecting both the resilience of students and their families and the well-being of faculty and staff who rely on the program's core principles and innovative practices. More broadly, I believe these funding cuts have significantly weakened higher education, impeded scientific advancement, and stifled the development of evidence-based health initiatives critical to advancing inquiry, nurturing the next generation of scholars, and safeguarding public well-being.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 21, 2025.

/s/J. Doe 1
J. Doe 1