IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00643-TSC |

## NOTICE OF AMENDED FILING

Plaintiffs Japanese American Citizens League (JACL), OCA – Asian Pacific American Advocates (OCA), Sierra Club, and Union of Concerned Scientists (UCS) provide notice to the Court as to their Amended Motion for Leave to Identify Plaintiffs' Declarant by Pseudonym. The only changes via amendment are as follows:

- Plaintiffs have added Defendants' position on the motion: "Although Defendants do not object to the declarant proceeding under pseudonym, Defendants do object to Plaintiffs' refusal to provide the identity of the declarant to career government counsel pursuant to an appropriate protective order in order to properly defend this case."

- Plaintiffs have added two sentences regarding Plaintiffs' position as to Defendants' position: "With respect to the provision of the declarant's name to career government counsel pursuant

1

to a protective order, Plaintiffs do not view these protections as sufficient to protect the declarant from retaliation in light of executive branch actors'—including DOGE employees'—access to information in governmental computer systems. Plaintiffs are prepared to brief this issue as needed and as helpful to the Court."

- Plaintiffs have changed the language on page 1, "Prior to filing today, at 1:02 PM ET," to "Prior to filing, at 1:02 PM ET on March 21."

Plaintiffs have made no other changes to the filing. Counsel for Defendants notified counsel for Plaintiffs this morning that they had sent an email yesterday to counsel for Plaintiffs regarding their position. Counsel for Plaintiffs did not receive the original email yesterday from counsel for Defendants. Accordingly, and following correspondence among counsel today, Plaintiffs provide this amended filing.

Date:   March 22, 2025                                         Respectfully submitted,

                                                               /s/ Bruce V. Spiva

Gloria D. Smith**                           Bruce V. Spiva (DC Bar No. 443754)
Sanjay Narayan**                            Kathryn Huddleston**
SIERRA CLUB ENVIRONMENTAL LAW               Daniel S. Lenz***
PROGRAM                                     Robert Brent Ferguson (DC Bar No. 1782289)*
2101 Webster Street, Suite 1300             Katherine Hamilton (DC Bar No. 90006168)*
Oakland, CA 94612                           Heather Szilagyi (DC Bar No. 90006787)
(415) 977-5532                              Rachel Appel (DC Bar No. 90017750)
gloria.smith@sierraclub.org                 CAMPAIGN LEGAL CENTER
sanjay.narayan@sierraclub.org               1101 14th St. NW, Suite 400
                                            Washington, D.C. 20005
*Counsel for Plaintiff Sierra Club*         (202) 736-2200
                                            bspiva@campaignlegalcenter.org
                                            khuddleston@campaignlegalcenter.org
                                            dlenz@campaignlegalcenter.org
                                            bferguson@campaignlegalcenter.org
                                            khamilton@campaignlegalcenter.org
                                            hszilagyi@campaignlegalcenter.org
                                            rappel@campaignlegalcenter.org

*Counsel for Plaintiffs Japanese American Citizens League, OCA-Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists*

*\* D.D.C. application pending*
*\*\*Application for pro hac vice forthcoming*
*\*\*\*Admitted pro hac vice*