IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br>*Plaintiffs*, <br>v. <br><br>ELON MUSK, *in his official capacity*, *et al.*, <br><br>*Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*, <br><br>*Plaintiffs*, <br>v. <br><br>ELON MUSK, *in his official capacity*, *et al.*, <br><br>*Defendants*. | Case No. 1:25-cv-00643 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), I, Bruce Spiva, move for the admission of attorney Kathryn Huddleston *pro hac vice* in this action.

As set forth in the attached Declaration, Kathryn Huddleston is admitted to, and an active member in good standing of the State Bar of Texas.

I certify that I am an active and sponsoring member of the Bar of this Court.

Dated: March 24, 2025                           Respectfully Submitted,

/s/ *Bruce V. Spiva*
Bruce V. Spiva (DC Bar No. 443754)
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
Phone: (202) 736-2200
bspiva@campaignlegalcenter.org

1

*Counsel for Plaintiffs*