# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 03, 2025

Re: Kathryn Lynn Huddleston, State Bar Number 24121679

To Whom It May Concern:

This is to certify that Kathryn Lynn Huddleston was licensed to practice law in Texas on December 04, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/jw

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kathryn Lynn  Huddleston**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of December, 2020.

I further certify that the records of this office show that, as of this date

**Kathryn Lynn  Huddleston**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 3rd day of March, 2025.

BLAKE HAWTHORNE, Clerk



*Clerk, Supreme Court of Texas*

No. 7024C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.