AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| New Mexico et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00429-TSC |
| Elon Musk et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Japanese Am Citizens League; OCA-Asian Pacific Am Advocs; Sierra Club; Union of Concerned Scientists   .

Date:   03/25/2025

/s/ Rachel Appel
*Attorney's signature*

Rachel Appel (DC Bar No. 90017750)
*Printed name and bar number*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005

*Address*

rappel@campaignlegalcenter.org
*E-mail address*

(202) 822-1854
*Telephone number*

(202) 736-2222
*FAX number*