UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

State of New Mexico, et al.
        Plaintiff(s)

VS.

Case No: 1:25-cv-00429

Elon Musk, in his official capacity c/o Executive Office of the President, et al.
        Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiff States' Motion for a Temporary Restraining Order, Certificate of Counsel Regarding Actual Notice/Attempt to Do Same with Exhibits, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. DOGE Service Temporary Organization c/o Executive Office of the President

SERVICE ADDRESS: 1600 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. DOGE Service Temporary Organization c/o Executive Office of the President, 1600 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/14/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9586 70. Service was signed for on 02/25/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/24/2025

                                                                    Scott Slatkin

Client Ref Number:
Job #:12715746

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. DOGE Service c/o Executive Office of the President<br>The White House, 1600 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>MAR X 0 REC'D<br>MSOD MAIL OPERATION |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9146 4225 9964 78 | 3. Service Type<br>☐ Adult Signature  ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®  ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery  ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 0332 9588 09 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Mail Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |