AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00429(Lead) |
| ELON MUSK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Japanese American Citizens League; OCA-Asian Pacific American Advocates, Sierra Club, Union of Concerned Scientists.

Date: 03/27/2025

/s/ Kathryn Huddleston
*Attorney's signature*

Kathryn Huddleston (Texas Bar No. 24121679)
*Printed name and bar number*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
*Address*

khuddleston@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*