IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al.,<br><br>                                          *Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>                                          *Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>                                          *Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>                                          *Defendants*. | Case No. 1:25-cv-00643 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), I, Bruce Spiva, move for the admission of attorney Daniel S. Lenz *pro hac vice* in this action.

As set forth in the attached Declaration, Daniel S. Lenz is admitted to, and an active member in good standing of the State Bar of Wisconsin.

I certify that I am an active and sponsoring member of the Bar of this Court.

Dated: March 31, 2025                          Respectfully Submitted,

                                          */s/ Bruce V. Spiva*
                                          Bruce V. Spiva (DC Bar No. 443754)
                                          Campaign Legal Center
                                          1101 14th Street NW, Suite 400
                                          Washington, DC 20005
                                          Phone: (202) 736-2200
                                          bspiva@campaignlegalcenter.org

1

2

*Counsel for Plaintiffs*