

Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**DANIEL S. LENZ**

was admitted to practice as an attorney within this state on October 27, 2010 and is presently in good standing in this court.

Dated: March 25, 2025

SHEELAH GUILD
Chief Deputy Clerk of Supreme Court




AP-7000, 03/2005 Certificate of Good Standing