IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>Defendants. | C.A. No. 1:25-cv-00429<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO VACATE CURRENT DEADLINES AND BRIEFING SCHEDULE FOR FILING PRELIMINARY INJUNCTION MOTION** |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>Defendants. | C.A. No. 1:25-cv-00643 |

## ORDER

The Joint Motion and Stipulation to Vacate Current Deadlines and Briefing Schedule for Filing Preliminary Injunction Motion in *New Mexico, et al., v. Musk, et al.* (No. 1:25-cv-00429), filed by the State Plaintiffs is **GRANTED.**

**SO ORDERED.**

Date:

                                                                                                             _____
                                                                                                             TANYA S. CHUTKAN
                                                                                                             United States District Judge

1