**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-00429-TSC |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, et al., <br><br> Defendants. | Civil Docket No. 1:25-cv-00643-TSC |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above

captioned consolidated matters.  Please note the following contact information for Mr. Hartlieb:

GARRY D. HARTLIEB
(IL Bar No. 6322571)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 305-0568
Fax: (202) 616-8470
E-mail: garry.hartlieb2@usdoj.gov

[*Signature page follows.*]

1

Dated: April 18, 2025      Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General, Civil Division

                DIANE KELLEHER
                Director, Federal Programs Branch

                CHRISTOPHER R. HALL
                Assistant Branch Director, Federal Programs Branch

                JOSHUA E. GARDNER (FL Bar No. 302820)
                Special Counsel, Federal Programs Branch

                */s/ Garry D. Hartlieb*
                GARRY D. HARTLIEB (IL Bar No. 6322571)
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington D.C. 20005
                Telephone: (202) 305-0568
                E-mail: garry.hartlieb2@usdoj.gov

                *Attorneys for Defendants*