# EXHIBIT A



THE SECRETARY OF THE INTERIOR
WASHINGTON

**ORDER NO. 3429**

**Subject:** Consolidation, Unification and Optimization of Administrative Functions

Sec. 1. **Purpose.** The purpose of this Order is to authorize and direct the actions necessary to effectuate the consolidation, unification and optimization of administrative functions within the Department of the Interior (Department) in order to achieve effectiveness, accountability and cost savings for the American taxpayer.

Sec. 2. **Authority.** This Order is issued under the authority of sections 2 and 5 of Reorganization Plan No. 3 of 1950 (64 Stat 1262), as amended.

Sec. 3. **Background.** The Department is committed to supporting President Trump's Executive Order (EO) No. 14210, titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," issued on February 11, 2025. As part of that commitment, the Department will be unifying and consolidating many of its functions within the Office of the Secretary. This will include human resources, information technology, financial management, training and development, international affairs, contracting, communications, Federal financial assistance, and other administrative functions. Further optimization will create significant efficiencies across the Department by improving processes, eliminating redundant efforts, and helping integrate technology adoption. This unification effort will accelerate technology advancements and enhance the Department's ability to deliver on our core mission, which includes preserving more than 400 national parks and historic sites, delivering on our legal responsibility to 574 federally recognized Native American Tribes and entities, managing more than 500 million acres of U.S. land, conserving our Nation's fish and wildlife, and offering emergency response and law enforcement capability across a broad and diverse geographic footprint.

Sec. 4. **Interior Workforce Consolidation, Unification and Optimization.** The Assistant Secretary – Policy, Management and Budget (AS-PMB) is hereby assigned to lead and coordinate the consolidation, unification and optimization efforts within the Department and its Bureaus and Offices.

Sec. 5. **Responsibilities.**

    a.    **AS-PMB.** The AS-PMB is directed to take all necessary actions, including appropriate notifications, to effectuate the appropriate consolidation, unification and optimization of administrative functions within the Department and its Bureaus and Offices, including:

1. Determining the appropriate prioritization, phasing, and steps required to achieve the outlined above;

2. Making appropriate funding decisions for the resulting consolidated administrative functions, including utilization of the Working Capital Fund to the maximum extent practicable;

3. Issuing relevant policy, directives, and guidance, as well as overseeing necessary revisions to the Departmental Manual; and

4. Ensuring the appropriate transfer of funds, programs, records, and property, as well as taking required personnel actions, to carry out the consolidation.

b. **Assistant Secretaries and Bureau and Office Heads.** Assistant Secretaries and Bureau and Office heads are directed to, in coordination with the AS-PMB, take all necessary actions to carry out the orderly consolidation, unification and optimization of their relevant organizations and workforces to implement this Order, including making necessary revisions to the Departmental Manual resulting from the consolidation.

Sec. 6. **Delegation.** This Order delegates to the AS-PMB all authority necessary to carry out the plan directed herein. It also delegates any authority necessary to ensure the uninterrupted delivery of administrative functions during any period of transition required to complete the process.

Sec. 7. **Expiration Date.** This Order is effective immediately. It will remain in effect until the plan outlined above is completed and any resulting changes are incorporated into the Departmental Manual, or until it is amended, superseded, or revoked, whichever comes first.

*[Signature]*
Secretary of the Interior

Date: APR 17 2025