UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00643 |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR
RELIEF FROM LOCAL CIVIL RULE 7(n)**

Before the Court is Defendants' motion for relief from Local Civil Rule 7(n). Because an administrative record is not necessary to evaluate the arguments Defendants raise in their motion to dismiss, the motion is hereby GRANTED. Defendants are excused from the requirement to file a certified index under Local Civil Rule 7(n).

It is so ordered.

Date: _____                    _____
                                          HON. TANYA S. CHUTKAN
                                          UNITED STATES DISTRICT JUDGE