IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> *Plaintiffs*, <br> v. <br> ELON MUSK, *in his official capacity*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br> ELON MUSK, *in his official capacity*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00643 |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6(b) the undersigned, Kathryn Huddleston, respectfully notices the withdrawal of her appearance as counsel for Plaintiffs Japanese American Citizens League, OCA - Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists in the above captioned matter. Ms. Huddleston has left her employment at Campaign Legal Center effective May 2, 2025. Plaintiffs will continue to be represented by Bruce Van Spiva, Daniel S. Lenz, Rachel Appel, Kate Hamilton, Heather Szilagyi, and Robert Brent Ferguson. Plaintiff Sierra Club will also continue to be represented by Gloria D. Smith and Sanjay Narayan.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Kathryn Huddleston*
Kathryn Huddleston

Gloria D. Smith**
Sanjay Narayan
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5532
gloria.smith@sierraclub.org
sanjay.narayan@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Bruce V. Spiva (DC Bar No. 443754)
Daniel S. Lenz*
Robert Brent Ferguson (DC Bar No. 1782289)
Katherine Hamilton (DC Bar No. 90006168)
Heather Szilagyi (DC Bar No. 90006787)
Rachel Appel (DC Bar No. 90017750)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
bspiva@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rappel@campaignlegalcenter.org

*Counsel for Plaintiffs Japanese American Citizens League, OCA-Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists*

*Admitted pro hac vice
** pro hac vice forthcoming