IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00429-TSC |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00643-TSC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss the JACL Plaintiffs' Complaint, it is hereby ORDERED that Defendants' motion is GRANTED. The JACL Plaintiffs' Complaint (ECF No. 1 in Case No. 1:25-cv-00643-TSC) is dismissed.

Dated: _____                                    _____
                                                                                              Tanya S. Chutkan
                                                                                              United States District Judge