IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00643-TSC |

**JACL PLAINTIFFS' CONSENT MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Plaintiffs Japanese American Citizens League, OCA – Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists ("Plaintiffs") respectfully submit this consent motion to extend the time for Plaintiffs to respond to Defendants' motion to dismiss, ECF No. 90, by eight days and to correspondingly extend the amount of time for Defendants' to reply by eight days. There is good cause for this motion.

On March 5, 2025, Plaintiffs filed this action against Defendants. ECF No. 1. Defendants moved to dismiss this action on May 6, 2025. *See* ECF No. 90. Due to the breadth of Defendants' motion, which includes many arguments under both Rule 12(b)(1) and (b)(6), and the numerous litigation responsibilities held by counsel for both parties, additional time will aid both parties in

preparing briefs in this matter. There are no other pending deadlines or hearings in this case and this short extension will, therefore, not disrupt or delay any other proceeding in the case.

In accordance with Local Civil Rule 7(m), undersigned counsel has conferred with Defendants' counsel, as well as counsel for the plaintiffs in the consolidated case, *New Mexico v. Musk*, regarding the relief sought in this motion. Counsel for Defendants advised that their clients would consent to Plaintiffs' request for additional time in exchange for an eight-day extension of time to file their reply brief to Plaintiffs' response to Defendants' motion to dismiss. Counsel for the plaintiffs in *New Mexico v. Musk* also consented. Accordingly, Plaintiffs hereby respectfully request that the Court extend Plaintiffs' deadline to file a response to Defendants' motion to dismiss from Tuesday, May 20, 2025, to Wednesday, May 28, 2025, and extend Defendants' deadline to file a reply brief from Tuesday, May 27, 2025, to Thursday, June 12, 2025.

A Proposed Order granting the requested extension is attached to this motion.

Respectfully submitted this 8th day of May, 2025,

| | |
|---|---|
| Gloria D. Smith** | */s/ Bruce V. Spiva* <br> Bruce V. Spiva |
| Sanjay Narayan | |
| SIERRA CLUB ENVIRONMENTAL LAW PROGRAM | Bruce V. Spiva (DC Bar No. 443754) <br> Daniel S. Lenz* |
| 2101 Webster Street, Suite 1300 | Robert Brent Ferguson (DC Bar No. 1782289) |
| Oakland, CA 94612 | |
| (415) 977-5532 | Tara Malloy (DC Bar No. 988280) |
| gloria.smith@sierraclub.org | Katherine Hamilton (DC Bar No. 90006168) |
| sanjay.narayan@sierraclub.org | Heather Szilagyi (DC Bar No. 90006787) |
| | Rachel Appel (DC Bar No. 90017750) |
| *Counsel for Plaintiff Sierra Club* | CAMPAIGN LEGAL CENTER |
| | 1101 14th St. NW, Suite 400 |
| | Washington, D.C. 20005 |
| | (202) 736-2200 |

bspiva@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
tmalloy@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rappel@campaignlegalcenter.org

*Counsel for Plaintiffs Japanese American Citizens League, OCA-Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists*

*\*Admitted pro hac vice*
*\*\* pro hac vice forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00643-TSC |

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Consent Motion for an Extension of Time for Plaintiffs' response to Defendants' motion to dismiss and for Defendants' reply to Plaintiffs' response to Defendants' motion to dismiss, it is hereby,

ORDERED, that Plaintiffs' response to Defendants' motion to dismiss must be filed no later than Wednesday, May 28, 2025, and Defendants' reply to Plaintiffs' response to Defendants' motion to dismiss must be filed not later than Thursday, June 12, 2025.

**SO ORDERED.**

Date:  May ___, 2025

_____
TANYA S. CHUTKAN
United States District Judge