UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW MEXICO**, *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>**ELON MUSK**, *et al.*<br><br>      Defendants. | Civil Action No. 25-cv-429 (TSC) |
| **JAPANESE AMERICAN CITIZENS LEAGUE**, *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>**ELON MUSK**, *et al.*<br><br>      Defendants. | Civil Action No. 25-cv-643 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 93, Defendants' Motion to Dismiss, ECF No. 58, the Complaint, ECF No. 2, filed by Plaintiffs—fourteen states, represented by their Attorneys General—in Case No. 25-cv-429, is GRANTED in part and DENIED in part.

Defendants' motion to dismiss Count I against President Donald J. Trump, in his official capacity as President of the United States, is GRANTED.  Defendants' motion to dismiss Count I against all other defendants and Count II is DENIED.

Date: May 27, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge