# EXHIBIT A

## DECLARATION OF MARY ANNE KENWORTHY

I, Mary Anne Kenworthy, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgment on the matter.

2.      I am a resident of Portland, Oregon and have lived at my current residence since 2004.  I am a retired federal employee and concerned about the spending cuts and staff firings that are happening across the federal government but especially the impacts these cuts and employee shortages will have on the National Parks and its employees.

3.      I am a lifetime member of the Sierra Club and started my involvement with the Sierra Club in the mid-1980's when I was a member of the Executive Committee of the Philadelphia Chapter, now known as the Pennsylvania Chapter, working on urban environmental issues.

4.      I first became interested in the national parks while growing up on the east coast. Through school and family trips, I visited and explored many historical sites that the national parks manage in urban areas. I've visited the Liberty Bell, Independence Hall and Congress Hall at Independence National Historical Park in Philadelphia; Boston National Historical Park in Massachusetts; Franklin Delano Roosevelt Memorial, Lincoln Memorial, Thomas Jefferson Memorial, Vietnam Veterans Memorial, and the Washington Monument in Washington, D.C.  I have also returned to these parks many times as an adult.

5.      When I moved to the west coast, I was fully able to experience the beautiful legacy of our western national parks.  I have hiked, explored, rafted and visited many national

parks over the decades including Denali National Park, Kenai Fjords National Park and Glacier Bay National Park in Alaska; Olympic National Park, Mt. Rainier National Park, Fort Vancouver National Historic Site, Lewis and Clark National Historic Park, and San Juan Island National Historical Park in Washington; Crater Lake National Park and Lewis and Clark National Historical Park in Oregon; Channel Islands National Park, Golden Gate National Recreation Area, Joshua Tree National Park, Point Reyes National Seashore and Redwoods National Park in California; Canyon de Chelly National Monument, Grand Canyon National Park, the Hubbell Trading Post National Historic Site, and Navajo National Monument in Arizona; Mesa Verde National Park in Colorado; Yellowstone National Park and Grand Teton National Park in Wyoming. I enjoy visiting all the national parks and always come away with a deep appreciation for our natural resources and history.

6.      This year, I have a reservation to raft the Colorado River in Grand Canyon National Park with Canyoneers, Inc., a commercial company licensed by Grand Canyon National Park as a concessioner. The trip is a full river canyon trip - from Lees Ferry to Diamond Creek - lasting eight days from September 3rd to 10th. I paid a deposit of $500 to the rafting company on October 24, 2024 and the balance of $3,350 on April 2, 2025 for this trip. I have also booked a room at the Holiday Inn Express Flagstaff for three nights, two before we depart and for the night we return from the river.  The total amount for the rooms is $446.00.  I am flying round trip from Portland to Flagstaff for this trip on American Airlines at a cost of $365.47.

7.      The Colorado River travels approximately 280 miles through the Grand Canyon. On my planned trip, we will use motorized rafts to float the river.  There will be ample time for hiking trails in the canyon when we are not on the water.

8.      Last summer I floated the Green River in Idaho with another rafting company. During the trip, one of our group members had a fall that required medical attention. He eventually was medevaced out of the canyon and taken to a hospital miles away. That accident was very stressful for the guides and the group, but I was so grateful that we were able to get him the necessary medical attention.

9.      I am concerned that I might be put at risk during my Colorado River trip if anyone, including myself, suffered a similar accident while on the river or on the trails in the Grand Canyon. I know that rafting in wilderness areas supposes a certain amount of risk but now, with the considerable NPS staff shortages at Grand Canyon, I fear that that risk is much higher.

10.      I am aware from news and media reports that Elon Musk and his so-called Department of Government Efficiency (DOGE) have publicly stated that he wants to downsize the federal workforce, bragging about taking a "chainsaw" to the federal government. While Musk and DOGE are attacking every level of the federal government, I am most concerned about the impact on the National Park Service (NPS).

11.      I am concerned that these massive staff reductions, and any additional employee layoffs will impact the country's national parks, monuments, and historic sites that I often visit. I fear that national parks like Grand Canyon will have reduced hours or might not open at all if they do not have enough staff to operate and maintain the national parks.

12.      My planned rafting trip presents many opportunities for accidents whether on the river or on the trails. I fear that no trial maintenance will be done this season because there are not enough employees to complete the work. And if an accident were to occur on my trip, I fear we would not be able to reach or receive any emergency services from the Grand Canyon.

13.     I believe that my planned rafting trip this fall on the Colorado River through the Grand Canyon will only be enjoyable and safe for me if there are the same number of employees at the Grand Canyon as there were last year.  Therefore, the recent layoffs of National Park Service staff worry me that I will be at much greater risk of harm or injury if an accident happens on my trip and Grand Canyon Emergency Services is unable to assist because of staffing shortages.  I am also concerned as the year progresses and additional staff shortages occur, it may result in the cancellation of my planned rafting trip.

14.     For these reasons, I support Sierra Club's efforts to oppose in court the recent actions taken by Elon Musk and DOGE to radically reduce the number of National Park Service employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May 2025, in Portland, Oregon.

Signed by:

/s/ *Mary Anne Kenworthy*
D0EC4EEEA0E1459

Mary Anne Kenworthy