# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK, et al.; <br><br> *Defendants*. | Case No. 1:25-cv-00429-TSC |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK, et al.; <br><br> *Defendants*. | Case No. 1:25-cv-00643-TSC |

## DECLARATION OF J. DOE 2

1. My name is J. Doe. I am over 18 years old.

2. I am a member of the Sierra Club and have been a member since 1998. I joined the Sierra Club to support its mission to explore, enjoy, and protect the planet. I also joined to support the organization's focus on grassroots advocacy for environmental causes.

3. I am a volunteer leader in my local Sierra Club chapter, the D.C. Chapter. That experience has given me the opportunity to be an effective advocate for causes I support, including local climate-related and clean-energy policies.

1

4.      I live in the District of Columbia. As a result, I am surrounded by parks and lands managed by the National Park Service ("NPS") right here in my neighborhood. I constantly make use of and visit these NPS-managed parks and sites, including by taking walks and biking through them.

5.      I also frequently travel to national parks, national forests, and other federal lands outside Washington, D.C. to enjoy nature and wildlife by hiking, swimming, and kayaking on rivers, lakes, and the ocean. I enjoy seeing beautiful landscapes and the diversity of flora and fauna in parks and federal lands.

6.      Part of what motivates me to visit national parks is to learn about history, both of the places I am visiting and the people who inhabited them. I'm particularly interested in learning about the history of those lands and sites before European settlement of the North American continent, as well as U.S. history more generally. Visiting national parks, national historic sites, and other NPS-managed sites have been invaluable ways to learn that history.

7.      Among my favorite federal lands to visit is Acadia National Park. I usually visit Acadia National Park every summer in August, and sometimes in late spring as well, if I make a trip to Maine at that time of year.

8.      I have been going to Acadia National Park since I was a child. My family spent long summer vacations on Mt. Desert Island, where much of the park is, in the early 1970s. Because my mother was a professor, we were able to leave our home in the Midwest and spend up to two months in Maine over the summer before classes began. We spent many hours and days hiking on the footpaths and carriage roads of Acadia National Park. We also visited the ocean beaches of the park and frequently swam in Acadia's lakes and ponds, especially Long Pond and

Hodgdon Pond. Visiting the Jordan Pond House for popovers and tea was (and still is) another favorite activity.

9. My significant other and I have planned a two-week trip to Maine in August of this year, as we do every year, and we are planning to visit Acadia National Park. I have reserved my family's cottage in Milbridge, Maine, which is in the vicinity of the park, from August 3-16, 2025, and we will be making our trip to the park during that time period with the precise dates depending on weather conditions. Around that time of year, the cottage is reserved either by renters or other family members, and it has been reserved immediately prior to and after our two-week reservation.

10. In addition to Acadia National Park, I have also visited dozens of other NPS, U.S. Forest Service, and Bureau of Land Management lands, including Acadia, Arches, Canyonlands, Cape Hatteras, Grand Canyon, Grand Teton, Great Smoky Mountains, Indiana Dunes, Mt. Rainier, Olympic, Shenandoah, Valley Forge, Virgin Islands, Yellowstone, Yosemite National Parks; Assateague Island, Cape Hatteras, and Point Reyes National Seashores; Manassas National Battlefield Park; Boston, Harpers Ferry, Harriet Tubman Underground Railroad, San Francisco Maritime National Historical Parks; Delaware Water Gap and Golden Gate National Recreation Areas; Appalachian and Potomac Heritage National Scenic Trails; Belmont-Paul Women's Equity and Muir Woods National Monuments; Frederick Douglass, Ford's Theater, and Lincoln Home National Historic Sites; Blue Ridge, George Washington Memorial, and Baltimore-Washington Parkways; George Washington & Jefferson and Olympic National Forests; and Santa Rosa and San Jacinto Mountains National Monument

11. I have also visited the African American Civil War Memorial, Anacostia Park, Capitol Hill Parks, Catoctin Mountain Park, Chesapeake and Ohio Canal, Constitution Gardens, Franklin Delano Roosevelt Memorial, Frederick Douglass Home, Glen Echo Park, Great Falls

Park, Harpers Ferry National Historic Park, Kenilworth Park & Aquatic Gardens, Korean War Veterans Memorial, Lincoln Memorial, LBJ Memorial Grove on the Potomac, Martin Luther King Jr. Memorial, National Capital Parks-East, National Mall and Memorial Parks, Pennsylvania Avenue, Piscataway Park, Prince William Forest Park, Rock Creek Park, Theodore Roosevelt Island, Thomas Jefferson Memorial, Vietnam Veterans Memorial, Washington Monument, White House and President's Park, Wolf Trap National Park for the Performing Arts, World War I Memorial, and World War II Memorial.

12. I am aware of Elon Musk and DOGE's efforts to reduce the size of the federal workforce at national parks and national forests and on federal lands, including at Acadia National Park. I am aware that recent staffing reductions at NOAA have impaired the collection of weather data at a site in Gray, Maine that helps provide weather forecasts to the region that includes Acadia National Park.

13. I am very concerned about the impacts of decreased staff on parks, forests, and federal lands. Since I live surrounded by parks managed by federal lands in my own neighborhood (Lincoln Park, Stanton Park, Anacostia Park, parks along the Potomac, Hains Point, etc.), I'm very concerned about day-to-day maintenance. NPS was already struggling to keep up with maintenance of federal park lands in the District of Columbia. Trash cans overflow before they are emptied. Trees, grass, and shrubs are not tended often enough, nor worn areas restored nearly often enough. NPS lands along the Anacostia River and east of the river are already neglected, with vegetation growing over pathways, invasive species covering the trees, and trash accumulating. I am concerned that the impacts of decreased staffing and other changes will worsen all of these conditions. Because of these changes, when I travel, and until staffing and funding are restored to

reasonable levels, I am more likely to plan recreational visits to state and local parks rather than federal lands.

14. I am also particularly concerned about the impacts at Acadia National Park that I will experience when I visit, including longer entry lines, degraded facilities and trail maintenance, degraded facility hygiene, greater wildfire risk, and reduced conservation work and resulting impacts on the park's ecology.

15. My activities of hiking, boating, and camping on federal lands inevitably include some hazards, so I depend on the availability of rescue teams and other ranger assistance for my trips. I want to know that help is available for me and my family and friends, especially as we get older and less steady on our feet. I am over 60 years old, and I am less likely to venture out into nature if search and rescue teams are no longer available—and will face greater safety risk when I do venture out.

16. I depend on accurate weather reports before and during my trips, including my daily visits to federal lands here in Washington, D.C. I check the weather forecast in the evening and again in the morning before deciding whether to bike to work downtown three days per week. When I'm visiting Acadia National Park in Maine, I check the weather before I decide what to wear and bring on my hikes, or whether to go at all. The trails in Acadia are rocky and steep, and knowing whether they will be slippery or not is critical. Accurate weather forecasts and timely weather alerts are essential to my safety and comfort daily in my local federal parks and when traveling to federal lands for vacation.

17. My sister and I own a family vacation cottage that is close enough to Acadia National Park for day trips. In the summer months, when we or other family members are not

5

staying at the cottage, we rent it on VRBO. I'm concerned that degradation of Acadia National Park will discourage future renters.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May, 2025 in Washington, D.C.

/s/ J. Doe 2

J. Doe 2