# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00643 |

**DECLARATION OF J. DOE 3 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, J. Doe 3, declare as follows:

1. I am a retired educator living in the Western United States.

2. I have been a member of the Japanese American Citizens League (JACL) since 1991. Growing up, my parents were also members of JACL. I participate in JACL activities in part through my local chapter and I regularly visit national parks and other locations operated by the National Park Service (NPS).

3. In 2023, I participated in an organized trip to the Minidoka incarceration camp National Historic Site in Idaho. That experience was haunting and life-changing. My family, like many, has a historic connection to the sites where the United States Government incarcerated Japanese Americans during World War II. My parents met when they were both incarcerated at

1

Minidoka, which is now one of the sites operated and controlled by NPS. This is a central, if painful, part of my family's history. Had it not been for their incarceration at Minidoka, they would not have met, as they were from different cities in the State of Washington and different walks of life. My 2023 trip to Minidoka, and the other trips to incarceration sites, are a way in which I honor my family and its experience as a group of citizens targeted by their own government.

4. To ensure that this chapter of American history is not lost, every two to three years I help to organize and chaperone fifth graders on a trip to historic sites in our area. These include the Bainbridge Island Japanese American Exclusion Memorial, which is part of the Minidoka National Historic Site and the Klondike Gold Rush National Historic Park; as well as the Cadillac Hotel, also part of the Klondike Gold Rush National Historic Park. These trips also include visits to the Panama Hotel, a National Historic Landmark.

5. The Bainbridge Island Japanese American Exclusion Memorial (Memorial) commemorates the forced relocation of Japanese Americans living on Bainbridge Island, Washington. Japanese Americans had lived on Bainbridge Island since the 1880's. Shortly after President Roosevelt issued Executive Order 9066 the government gathered 227 Japanese Americans and forcibly removed them from the island to the Manzanar Relocation Center in California and Minidoka Relocation Center in Idaho, far from their homes on the island. These 227 Japanese Americans were among the first relocated under the executive order. The Memorial is located near the ferry dock at which the government gathered these citizens.

6. The Cadillac Hotel is one of many hotels in Seattle owned by Japanese Americans in the early part of the 20th Century. Kamekichi and Haruko Tokita owned the hotel from 1936 until they were forced to sell it due to the events of World War II. The government eventually incarcerated the Tokita family at the Minidoka incarceration camp. The Klondike Gold Rush National Historical Park is located in the Cadillac Hotel building. In addition to other exhibits

about the Klondike Gold Rush, the Park site includes exhibits specifically about the history of the Tokita family and their ownership of the hotel, which amplifies the lessons learned from the incarceration experience.

7. As a result of the uncertainty around staffing and services at NPS, the teacher and school have made the difficult decision to cancel the upcoming fifth grader trips for 2025. In recent months, I saw public reporting about reducing funding and staff at NPS, and became concerned that we would not have NPS staff available give the guided tours that make these trips meaningful for the students. We also saw public reporting that the NPS lease with the Cadillac Hotel may be terminated. We are uncertain whether the trips will be possible in the future. For example, we do not know if we will be able to get into the Klondike Gold Rush National Park site in the Cadillac Hotel, and we do not know what services will be available at any of the NPS sites.

8. Although the parks have not closed, the reality that staff may not be available makes it impossible to devote time and resources into these trips.

9. Because this trip will not be available, an entire cohort of students will not have the same opportunity to learn about this tragic chapter of American history. Education is the key to developing productive, civic-minded citizens who will protect our democracy and be empowered to advocate for its survival. The NPS sites are hands-on and multi-media experiences that occur away from school and provide unique opportunities for extensive and in-depth learning about this history and how it has reverberated through our society.

10. In addition, I had planned a family trip with my daughter and grandson to the Minidoka camp site in July of 2025 to honor my family's experience as citizens incarcerated by their government in World War II. As a result of uncertainty around NPS staffing, including the reduction of NPS staff at the site, we were forced to cancel this trip as well. This will deny me the

3

opportunity to share and experience this important part of our history—a history of hatred, racism, and unchecked government power—with my family members.

11. I am aware of Mr. Musk, DOGE, and other members of the current administration's efforts to retaliate against people who oppose them, and I fear that Mr. Musk, DOGE, or other members of the administration will retaliate against me for any public criticism of their efforts. I am a person of color and I rely on federal Social Security benefits. Given Mr. Musk and DOGE's publicly-documented efforts to gain access to Social Security Administration information, I fear that they may try to interfere with my benefits. In addition, my local JACL chapter has in the past received an NPS Japanese American Confinement Sites grant, and I am concerned that this funding might be cancelled as a result of my advocacy.

12. As an educator and the daughter of American citizens who were incarcerated by their government due to nothing except their ancestry, I am deeply concerned that, as a result of Mr. Musk and DOGE's cuts to NPS and the reduction in staffing, these historic sites will not be properly maintained or otherwise accessible in the future. This would mean not only immense personal losses for individuals like me and my family members who visit these sites to connect with our own history, but a potential loss to the public as this connection to the past, ugly as it may have been, is broken.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 27, 2025.

/s/J. Doe 3
J. Doe 3