# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al., <br><br> *Plaintiffs*, <br> v. <br><br> ELON MUSK, *in his official capacity*, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al., <br><br> *Plaintiffs*, <br> v. <br><br> ELON MUSK, *in his official capacity*, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00643 |

**DECLARATION OF REBECCA OZAKI IN SUPPORT OF PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Rebecca Ozaki, declare as follows:

1. I am the Japanese American Citizens League's ("JACL") Chicago Program Director and have held that position since October 2022. I am also a JACL Chicago Board member, volunteering with them for over fifteen years, and a JACL national staff member.

1

2. JACL Chicago believes no culture or identity is entirely of our own making. Culture and identity are built upon what we are handed by history. JACL Chicago believes it is important to remember the trauma endured by Japanese Americans during World War II and to honor the resilience of our people. We can never forget what was done to us. We view this act of remembrance as political action integral to our identity. For this reason, we speak out against other internments and relocations such as those experienced by the Navajo, Haitians, or antiwar protesters in the 1970s. JACL believes it crucial to preserve and share the Japanese American experience to prevent future violations of civil liberties.

3. In my capacity as JACL Chicago Program Director, I am in charge of running the Kansha Project and oversee the Kansha Alumni Board ("Alumni Board").

4. Founded in 2011, the Kansha Project is a program run by JACL Chicago and connects self-identified Japanese Americans from the Midwest, ages 18-25, to their Japanese identity, history and community through comprehensive educational programming. Participants engage in an in-depth examination of a World War II confinement site experience through workshops with local experts and community activists, historical tours, and group reflections; and work to interpret and promote the stories, lessons, and the legacy of the Japanese American confinement site experience. The project involves an immersive four-day trip to Los

Angeles' historic Little Tokyo neighborhood and Manzanar National Historic Site ("Manzanar").

5. "Kansha" literally translates in English to "appreciation." But the word kansha contains a greater meaning in Japanese. It refers to the idea that when a great favor is conferred, it awakens a gratitude so profound as to be endless and transfers energy inspired by the goodness and connection that is at the root of life. This energy must be honored and kept alive by passing it, not only back to the benefactor, but onward and outward to others expanding in ripples across people.

6. The goals of the Kansha Project include: increasing awareness and understanding of both individual and collective Nikkei identity;[1] increasing knowledge about the Japanese American World War II incarceration experience and its ongoing impact; increasing awareness and understanding of the Chicago Japanese American community and increasing a sense of belonging to that community; and increasing the sense of responsibility and ownership of the legacy and future of the Japanese American and Nikkei community for all participants.

7. JACL Chicago hopes and expects that Kansha Project alumni will share their personal narratives to educate others about the Nikkei experience and continue to support the Kansha Project and JACL Chicago as members of the Alumni Board, members of or volunteers for JACL Chicago, participants in JACL events, or donors

---

[1] "Nikkei" refers to anyone who identifies as having diasporic Japanese, Japanese American, and Japanese, including mixed race and those Indigenous to what is now Japan, descent.

3

Case 1:25-cv-00429-TSC    Document 97-4    Filed 05/28/25    Page 5 of 8

to JACL or other civil liberties causes. Additionally, JACL Chicago hopes alumni take on leadership positions within the Japanese American/Nikkei community, and drawing on their knowledge of Japanese American World War II incarceration, engage in advocacy and activism on current civil liberties issues.

8. Many alumni do stay involved with JACL Chicago by joining or taking on leadership roles in the local chapter or in the National Youth/Student Council (NYSC) and the Midwest District Council where they help advance JACL's advocacy efforts. Others participate in JACL's scholarship programs or become fellows with JACL National in Washington, D.C., gaining firsthand experience in policy work and civil rights activism.

9. The Kansha Project is vital to JACL's mission as it fosters historical awareness, cultural identity, and leadership within the Japanese American community. By immersing young Japanese Americans in the history of World War II incarceration through visits to sites like Manzanar and workshops in Little Tokyo, the program ensures that participants develop a deep understanding of their heritage and the injustices their ancestors faced. Beyond education, the Kansha Project strengthens the Japanese American community by cultivating a sense of belonging and responsibility among its participants.

10. Through the Kansha Project, JACL ensures that the lessons of Japanese American incarceration are not just remembered but actively applied to contemporary struggles for justice. By equipping the next generation with historical

knowledge and a commitment to advocacy, the program sustains JACL's mission of protecting civil liberties and promoting a more just society.

11. To participate in the Kansha Project, individuals must apply and the program is limited to ten participants. To apply, individuals fill out an application that includes reflective questions about their relationship with Japanese American identity, connection to the Japanese American community, and understanding of Japanese American incarceration history. The Alumni Board reviews applications and picks the next cohort.

12. After receiving an orientation, including educational resources on the history of Japanese American incarceration, participants travel to California to visit Little Tokyo and Manzanar. JACL Chicago takes care of all the logistics—booking lodging and transportation, arranges and flies out speakers, and makes reservations at the Japanese American National Museum and other local venues for programming.

13. Since the program's inception in 2012, at Manzanar, National Park Service (NPS) staff provide individualized small group tours and discussions for Kansha Project participants. The staff research and provide family records of any incarcerated family members related to the Kansha participants and speak with Kansha participants one-on-one regarding their individual family records. NPS staff also help organize a service project for participants to work on while they are there. Though projects have varied the past decade, the past few three years we have been

working on improving the Rose Gardens at Merritt Park; a garden created by Japanese Americans incarcerated during WWII.

14. After participants visit Manzanar, the Kansha Project culminates in an event with the local Japanese American community in Chicago where participants share their experiences and reflections of their visit to Manzanar, and many create artistic projects to express the same. After the project is finished, alumni of the project are encouraged to participate in ongoing activities organized in Chicago.

15. This year, the Kansha trip to Little Tokyo and Manzanar is scheduled to take place June 5-8, 2025.

16. Given the staffing cuts to NPS and federal government funding freezes, JACL Chicago reached out to Manzanar staff to make sure the staff could accommodate our trip this year. On March 28th, they informed us that they cannot host us for a service project this year due to staffing shortages. They are also unsure at this time if they will be able to accommodate us in future years. The service project has been an integral part of the Kansha Project since the program began and has been a way for our participants, many of which have had family members incarcerated, including at Manzanar, to connect with the land and give back to the historic site. Because of the staffing cuts and federal government funding freezes, and inability to operate the service project, we will need to adjust our program, schedule, and content significantly.

17. We have also heard that visitor centers will be closed and less ranger staff will be available. Closed visitor centers and reduced programming will cause significant disruptions to the trip to Manzanar and other JACL pilgrimages. Parks play a crucial role in educating visitors on the history and environment around us, often providing context that cannot be learned in history textbooks or online. Our trip participants are losing the opportunity to engage with experts who can provide deeper insights into the park's history, environment, and original stewards of the land.

18. The actions of DOGE and the current federal funding freezes are igniting fear, confusion, and uncertainty that is impacting JACL Chicago's programming and especially its trip to Manzanar. The cuts are forcing JACL Chicago to reconsider hosting this program in the future if we are unable to receive the same access and services and host the same programming at Manzanar.

I hereby declare under penalty of perjury that the foregoing is true and correct.

*/s/ Rebecca Ozaki*_____
Rebecca Ozaki

Executed this 27 day of May, 2025