# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00643 |

**<u>DECLARATION OF J. DOE 4 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

Pursuant to 28 U.S.C. § 1746, I, J. Doe 4, declare as follows:

1. I am a Professor of Environmental Health Sciences at a flagship state university. I have a master's degree in Environmental Health and a Ph.D. in Atmospheric Chemistry. My current research focuses on the ways in which atmospheric pollution affects human health. I am particularly interested in particulate matter (PM) and its chemical composition. My research is primarily designed for policymakers aiming to reduce global mortality and morbidity from pollution.

2. I have been a member of the Union of Concerned Scientists (UCS) since November 19, 2014. I joined UCS because I believe in the purity of science and the notion that it is objective

1

and apolitical and can lead the way to objective policies that can help people. And as Albert Einstein once said, "those who have the privilege to know have the duty to act." UCS incentivizes that action and provides a mechanism for scientists to fight for a safer and healthier world.

3. I regularly receive grants from the federal government to support my research. I write proposals to the federal government, and the grants are awarded to my university. Since I am the one who wrote the grant and my lab does the work, I am the one authorized to draw the expenditures. The grants I receive from the federal government allow me to take air quality measurements all over the world to study the chemical makeup of pollutants and their accompanying ecological and public health risks.

4. I am very concerned about DOGE and Elon Musk's ongoing termination of federal grants, and have already had a project shut down because it was funded by a now-terminated USAID grant for $75,000. It was a two-year project to monitor the air-quality improvements resulting from electrifying bus fleets in Kigali, Rwanda. My lab spent six months designing a network of sensors and building the fifty sensors for the project. Most were to be mounted at bus stops, but half a dozen were to be mounted on buses to monitor in real time with location telemetry. The equipment was ready to go, and we were just waiting on approval from the Rwandan and Kigali governments. But on January 29, 2025, our local project contact notified us that they had received a stop-work order for the grant. On February 18, 2025, I likewise received an email from my university's accounting system confirming that our funding for the award had been suspended.

5. Because of Elon Musk and DOGE's ongoing termination of federal grants, I have shifted how I am conducting my research on a separate grant from the federal government. I received a $145,000 grant from the U.S. Forest Service to study the metals coming out of woodsmoke and the ensuing risk to public health and the environment. I am very concerned that

the grant will be terminated, especially if I draw any attention to my research. As a result, I have been walking on eggshells, making only conservative expenditures and delaying large purchases, including setting up a significant and binding subcontract that is essential for the project's success. This leaves us in a state where we might cautiously perform our research, even though we have not completed all of the necessary logistics. The fear of retaliation, particularly in the form of additional funding review and cancellation, deters me from doing the type of bold research I would normally perform.

6.  Due to the uncertainty created by Elon Musk and DOGE's review and termination of federal funding, I am unable to solidify the plans necessary to complete my research on the project funded by the U.S. Forest Service. For example, I would like to hire a student to conduct research for the project over the summer, a process that imparts a commitment from my research team. But I am concerned about offering to pay the student researcher a stipend but being unable to follow through if the grant is terminated.

7.  My lab was likewise slated to be a subcontractor on a project performing air-quality research in Laredo, Texas. The main group conducting the project received a Collaborative Problem Solving (CPS) grant, administered by the EPA's Office of Environmental Justice and External Civil Rights. But once Elon Musk and DOGE began reviewing and terminating federal grants and contracts, the group that we were contracting with reported that the EPA was putting a "pause" on the grant. Consequently, we were forced to make the decision not to proceed with contracting on the project. Our institution was budgeted to perform approximately $450,000 of work over three years. While the pause on the EPA grant was supposed to last only 90 days, nearly 120 days have gone by with no further information from the agency.

8.     Due to Elon Musk and DOGE's review and termination of federal funding, I am unable to determine whether funding will be available for my research in the future. For example, I was targeting a project through the National Science Foundation for which proposals are due in November 2025. Because there is currently no coherent data management system for air-pollution monitoring, I planned to propose to build an IT infrastructure to harmonize the data collected from labs worldwide. That grant would be for $3.5-4 million over four years, but I am skeptical that the funding will still be available then given Elon Musk and DOGE's actions and stated intentions.

9.     Elon Musk and DOGE's dismantling of USAID has also directly impeded my career development. On January 2, 2025, I was notified that I was a finalist for a Jefferson Science Fellowship, which is a year-long attachment for a scientific office in the U.S. State Department or USAID. I interviewed with that office on January 14, 2025. To my knowledge, everyone who is a finalist for the fellowship, which is managed by the National Academy of Science Engineering and Medicine, ultimately receives an offer.

10.    This fellowship is a prestigious opportunity because it recognizes top-tier academic scientists and engineers by integrating their expertise into U.S. foreign policy, enhancing the awardee's professional stature and bringing distinction to their home institution. My assignment was to a specific office in USAID, which no longer exists because of Elon Musk and DOGE's dismantling of the agency. On February 24, 2025, we were notified that it was no longer possible for this 20-year-old program to offer fellowships. My university had already approved my sabbatical leave for the year in which I planned to do the fellowship, and it is now too late to revoke my leave. My plans—both personal and professional—have been upended in the ninth inning, which has stalled my career development.

11. These new impediments to my research and career have led to questions about whether pursuing research is worth the effort. As a researcher who has devoted more than 20 years to understanding our world, I now deliberate on whether the challenge of conducting research is worth the additional stress and strain since now everything is very uncertain—both in terms of whether funding agencies will even exist to support my work, but also that I might include a topic that is politically unpalatable and results in an automatic declination.

12. In addition to hampering my research and, ultimately, the reduction of mortality and morbidity resulting from pollution worldwide, Elon Musk and DOGE's actions targeting the scientific community have affected how I am training the next generation of scientists. I am aware that Musk has expressed hostility to anything "DEI" related, including NIH funding. In my field, this translates to any work focused on environmental justice, or the impact of pollutants on marginalized populations. I have a Ph.D. student who is applying for an NIH grant. She studies the energy transition and its benefits to public health, but I have advised her to scrub from her proposal all mentions of marginalized populations, since it is now politically unpopular to study people of color. But without that information, her proposal doesn't reflect the full scope of the intended research and its potential contributions to science in that area.

13. While I am tenured, I have colleagues and students who are just trying to get their research off the ground. I am walking the line between teaching them to be good scientists and advising them to avoid talking about subjects like DEI that are being targeted by Elon Musk and DOGE.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 22, 2025.

<u>/s/J. Doe 4</u>
J. Doe 4