# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00429 (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00643 |

**DECLARATION OF J. DOE 5 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, J. Doe 5, declare as follows:

1. I am the chief executive of a nonprofit organization focused on marine mammal conservation and welfare (my Organization) and have worked there for 25 years. I have a master's degree in biology. I also have a captain's license.

2. I have been a member of the Union of Concerned Scientists (UCS) since 2016. I joined UCS because, as a scientist, I was—and am—disturbed to see our politics driven not by data and facts but by declarative statements and a political agenda. As a scientist, I was always trained to qualify my statements—for example, saying a particular conclusion was "based on

1

current data." That is the opposite of what I had been seeing in our politics, so I joined UCS to help restore evidence-based policymaking.

3. I am very concerned about DOGE and Elon Musk's ongoing termination of federal grants, termination of federal employees, and freeze on agency employee credit cards. Each has already affected my Organization's work and will continue to do so.

4. My Organization and others regularly receive competitive grant funding from NOAA that helps recipients respond to stranded marine mammals, collect data for scientific research, and improve sustainable fisheries. While this funding is never guaranteed, we have received it four years in a row. We applied for this type of grant funding earlier this year, and NOAA was in the midst of reviewing proposals like normal. But in February 2025, we heard that the reviews had abruptly stopped, and our contacts at NOAA reported that the program will likely not be funded at all this year.

5. We had built that competitive grant funding into our budget, and I have spent at least two weeks' worth of work pursuing alternative sources of funding, primarily through state government and my representatives in Congress. I have spent far more time than that reforecasting our budget. This work is ongoing and continues to pull me away from research and conservation efforts, but it is necessary if we are going to continue our programs and pay our staff.

6. In addition to receiving competitive grant funding from NOAA, my Organization works collaboratively with the agency on a project testing fishing gear that poses less of a threat to marine mammals. But because NOAA employees—like most federal employees—could no longer use credit cards due to Mr. Musk and DOGE's restrictions on agency credit cards, my Organization had to spend approximately $2,000 outfitting NOAA staff with safety equipment for a research project we do in partnership with the agency. In February 2025, our partners at NOAA

had to send their staff out on boats and wanted to make sure they had first aid kits and other safety gear, but they were unable to purchase the kits and gear with agency credit cards. My Organization purchased the requisite gear for them, otherwise the government would not have been able to send its own staff on boats safely. We have not been reimbursed for the cost.

7. That same project also been affected by Mr. Musk and DOGE's termination of federal employees. For example, we worked with a NOAA employee who has a particular expertise in fishing gear. He would retrieve (through a chain of custody agreement) and identify gear that was removed from stranded and entangled whales. These identifications are important because they allow us to determine the types of equipment that are endangering marine mammals. Using that information, we have been working with NOAA to design gear that poses less entanglement risk. But in February, NOAA's gear-identification expert was terminated as part of a reduction in force at (RIF) at NOAA. Because his expertise was gleaned over decades of work as a commercial fisherman, his role cannot easily be filled by someone else, and our work identifying the cause of certain strandings has been and will continue to be impeded. For example, there is an outstanding whale necropsy report that cannot be finished because the former NOAA employee has been terminated.

8. Additionally, a central part of my Organization's work is responding to marine mammal strandings, which can occur if an animal is sick, injured, out-of-habitat, entangled, or dead. Stranding responses and investigating dead stranded animals—including whales—can provide important data about threats to marine mammal populations and related issues. For example, an unusually high number of marine mammal deaths can indicate a zoonotic disease or toxic algal bloom that could get into the human food supply. My organization has a letter of agreement with the NOAA that allows us to respond to strandings pursuant to the Marine Mammal

Protection Act. Pursuant to that agreement, NOAA gives us access to labs and personnel to test stranded animals and pays for the tests.

9. The uncertainty created by Mr. Musk and DOGE's review and termination of federal funding and employees has negatively impacted my organization's work. Certain stranding responses, like those involving large whales, require prior authorization from a NOAA hotline, but we do not know on any given day whether there will be anyone staffing it, or if those answering it are qualified to do so, due to the large-scale RIFs at the agency. There have already been days when there was no NOAA staff available to operate the hotline, which never took place before Elon Musk and DOGE's termination of federal employees.

10. My Organization relies on specific NOAA funds available to respond to the deaths of three types of large whales common in my Organization's area. The funds are critical to get responders to the area (which may mean flying people to a location), transport the heavy equipment necessary for necropsies, and dispose of carcasses. We are uncertain as to whether these funds will continue to be available in light of Mr. Musk and DOGE's review and termination of federal grants and contracts.

11. I am aware of Mr. Musk and DOGE's actions targeting the scientific community and Mr. Musk's hostility towards research about the effects of climate change. My organization's research and work are inextricably linked to climate change: the rise in ocean temperatures has and will continue to affect the marine mammal population, its distribution, and stranding events. We have already been advised to remove references to climate change from our website and grant reports, and I fear that Mr. Musk, DOGE, or other members of the administration will retaliate against me for any public criticism of their efforts by blocking us from receiving the federal funding for which we have applied, or cancelling our stranding agreement.

12. I am uncertain as to which NOAA staff will be retained, which funding sources will be available, and whether the very nature of my Organization's research will jeopardize our existing agreements with government agencies. This uncertainty makes it nearly impossible to plan my Organization's work.

13. More broadly, I feel like I am watching science and conservation get dismantled by Mr. Musk and DOGE's rampage through scientific agencies. That science informs policy, and without it, we will not be able to improve the health of the oceans or conserve species. I worry that the entire value of science is being destroyed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 21, 2025.

/s/J. Doe 5
J. Doe 5