# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, et al.,<br><br>         *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>         *Defendants.* | Case No. 1:25-cv-00429 (TSC) (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>         *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>         *Defendants.* | Case No. 1:25-cv-00643 (TSC) |

**DECLARATION OF J. DOE 6 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, J. Doe 6, pursuant to 28 U.S.C. § 1746 declare the following under penalty of perjury:

  1.  I am over 18 years of age and competent to give this declaration.

  2.  I am currently a resident of Arlington, Virginia, and I am 22 years old.

  3.  I am a current member of OCA – Asian Pacific American Advocates, and I have been a member for approximately two years. OCA is a 501(c)(3) non-profit organization committed to ensuring that Asian American, Native Hawaiian, and Pacific Islander (AANHPI) youth thrive and receive quality education, including higher education.

  4.  Until the end of 2024, I was a student board member in OCA's Washington, D.C. chapter.

1

5. I graduated from a highly-selective liberal arts undergraduate institution in May 2024 with a Bachelor's degree in Human Science. I am currently pursuing a Master of Public Health (MPH) with a concentration in Health Promotion at one of the best public health schools in the country.

6. I grew up in a low-income household. Neither of my parents completed a college degree, and my mother did not complete a high school degree. My parents instilled in me the value of hard work and the pursuit of education.

**Federal Financial Aid and Federal Work-Study and Earning a Bachelor's Degree in Human Science**

7. I chose to attend my undergraduate university because it offered me a need-based, full tuition package—which included federal Pell grants. I received the maximum amount of Pell grants for all four years of my undergraduate studies.

8. I used the Free Application for Federal Student Aid (FAFSA) to apply for federal financial aid for every year that I attended my university.

9. I worked numerous Federal Work-Study jobs while attending my university. I also worked multiple on-campus jobs that did not use Federal Work-Study funds. I used this money to purchase textbooks and pay for other school expenses, pay for graduate school applications, pay a rent deposit for post-graduation housing, and to save as much as I could in anticipation of going to graduate school.

10. During my time at my undergraduate institution, I became interested in researching the social determinants of health, such as how factors like income, education, and childhood trauma affect health outcomes for adults later in life.

11. I received a Bachelor's degree in Human Science from my undergraduate university. This degree involved coursework in hard sciences with an application to the human condition, as well as some public health courses.

**Pursuing a Master of Public Health Degree in Pursuit of a Public Service Career**

12. Since I completed my undergraduate education, my career goal has been to work on eradicating health disparities through public service. I am specifically interested in public health work in government, particularly in the federal government.

13. In pursuit of this goal, I am currently a graduate student at one of the best public health schools in the country. I am pursuing a Master of Public Health with a concentration in Health Promotion. I am in the first year of a two-year program, which I started in August 2024.

14. I have used the FAFSA to apply for financial aid for my graduate studies and intend to continue to do so for the duration of my program.

15. Financial aid from my university, based on both need and merit, pays for half of my tuition.

16. I had savings from the multiple jobs I worked during my undergraduate career, and I planned to use those savings to help pay for graduate school. I have now used most of my savings to pay for the portion of my MPH not covered by my university's aid package.

**Loss of Public Health-Related Internship**

17. In November, I accepted an internship in the Division of Prevention Communications and Public Engagement (DPCPE) at the Substance Abuse and Mental Health Services Administration (SAMHSA).

18. I applied for this internship at SAMHSA through a non-profit organization that facilitates internships and other programming for students from diverse and under-resourced backgrounds.

19. I began my internship on January 28, 2025.

20. On February 10, 2025, I received an email from the non-profit organization through which I applied to SAMHSA that, under the instruction of SAMHSA, I was required to pause all work on my internship. On February 12, 2025, I received an email from the non-profit through which I applied to SAMHSA that my internship position was terminated due to a change in federal funding for the program.

21. In my position, I would have assisted DPCPE with its public engagement and communications work to support other divisions within SAMHSA.

22. This internship would have served as my practicum requirement to graduate from my MPH program. Instead, I have now arranged to fulfill my practicum requirement this coming summer with a position that is less aligned with my educational and career goals.

23. The internship at SAMHSA was my sole source of income. I would have earned approximately $8,140 for 15 weeks of full-time (40 hours per week) work. Instead, I only received payment for my work through February 10, 2025.

24. Because my internship was terminated, I started a food service position to earn money, and have recently started freelance photography to further supplement my income. Because I need to work in food service and freelancing instead of the SAMHSA internship, I am spending less time learning about public health and working in the federal government, which will affect my performance in my MPH program and my readiness to work in public health after I graduate.

25. My dream is to work in public health in the federal government, and the SAMHSA internship was my first opportunity to get direct experience in the federal sector.

26. I also applied to many other internship programs intended to support underrepresented students in their pursuit of federal public health careers and other public service opportunities, but many of these opportunities have also been terminated. I am worried that these positions will continue to be terminated—especially because I want to work on addressing health disparities across socioeconomic status and race or ethnicity—preventing me from pursuing my goals in public health and public service post-graduation.

**Threatened Harm from the "Department of Government Efficiency" (DOGE)**

27. I am aware that Elon Musk and DOGE are working to cut substantial amounts of federal funding for programs that support people from diverse backgrounds, including but not limited to programs administered by the Department of Education.

28. I am concerned that DOGE's actions will lead to the end of a functional FAFSA process. I use FAFSA to apply for financial aid from my university. If the federal financial aid program is thrown into chaos such that I cannot meaningfully access it, I do not know how I will be able to pay for the completion of my MPH degree. I will not have a straightforward way to demonstrate that I have financial need, and I am worried that I will not have access to additional need-based opportunities if I lose access to federal financial aid and/or the FAFSA process.

29. I am interested in and evaluating pursuing an advanced degree in public health, such as a PhD or DrPH program. I am concerned that DOGE's actions will severely impede my ability to pursue further graduate education by leading to reduced funding for public health research and restricting opportunities in the field, the end of a functional FAFSA process, and the termination of federal financial aid programs.

30. It is my understanding from people involved in research at my university that there is also likely to be less funding for the university's graduate research positions in the near future because of federal funding cuts. I am interested in graduate research positions, have applied to them, and would continue to do so if the opportunity were available—especially after having lost my paid internship this semester. My university's president released a statement explaining that cuts to National Institutes of Health federal research funding could significantly affect academic research at my university.

31. I am deeply interested in working in public health, including in federal public health service. That's why I was very excited to intern at SAMHSA: I thought that it could be the start of long-term work in public service to combat health disparities and fight for good health outcomes for all. I am concerned that DOGE's actions will prevent me from obtaining similar internships in the future and ultimately eliminate the prospect of a meaningful federal public health career.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025.

___/s/ J. Doe 6_____

J. Doe 6