# EXHIBIT H

## DECLARATION OF CONNOR MCINTOSH

I, Connor McIntosh, declare as follows:

1. I am over 18 years of age and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgment on the matter.

2. I am a resident of California, and currently reside in El Portal, California.

3. I am a Sierra Club member and have been since 2023. I am employed by the Sierra Club as the Curator of the Yosemite Conservation Heritage Center (YCHC). In this capacity, I: provide information to park visitors from around the country and world about Yosemite, the Sierra Nevada, and the national parks; manage a group of 120 to 130 volunteers; and oversee YCHC operations. For context, the YCHC was built by the Sierra Club in 1903-04, and the Curator position has existed for over 100 years.

4. The YCHC is open to visitors from May to September each year. The YCHC serves approximately 12,000 visitors per year. It offers educational displays on the history of Sierra Club and Yosemite National Park. The YCHC has a full reference library with books on identifying flora and fauna, guide books, books on Indigenous cultures and adventure essays. There is a kids' corner with activities, as well as a public lecture series that is free to the public and is one of the first lecture series in the National Park system; a series that the Sierra Club continues to this day. The volunteers I oversee staff the YCHC, provide visitors with information about the park and its history, and answer visitor inquiries. The YCHC cannot function without this volunteer support.

5. YCHC volunteers come for a week at a time and camp in one of the park campgrounds. They receive extensive training. In addition to training on the YCHC facility and programs, they receive training on camping rules, park safety, wildlife encounters, and other relevant park information. Volunteers generally work 3-5 hours per day, depending on the lecture series schedule. When they are not volunteering, they are free to enjoy the park. The volunteer schedule for the 2025 season is set, but we are now in a holding pattern because of uncertainty over whether campgrounds will be open and whether the park will be adequately staffed to ensure the safety and comfort of volunteers and visitors.

6. The YCHC depends on park employees. Park employees provide emergency and public safety services. The historic preservation crew handles building repairs and maintenance. The wildlife management team responds when wildlife like wood rats or bats get into our building and when bears come near it. High voltage and electrical crews employed by the park manage power outages by providing generators and restoring power. Park staff also handle trash removal and clean up. All of these essential services are at risk due to the staff reductions.

7. Fire prevention and control services within the park and in the adjacent national forests are essential to protect the YCHC and its volunteers and visitors. We have had to shut down the YCHC and all of our programs when there have been fires in the park or when the air quality index indicates that smokey air is unhealthy to breathe. The building has a window air-conditioning unit and two air scrubbers, but these measures are only partially effective due to the age and architecture of the structure. I have also experienced risk from fires in my home in the gateway community of El Portal and on one occasion was forced to evacuate due to a nearby fire. I am concerned that staff reductions will substantially increase fire and other health and safety risks to the YCHC, volunteers, visitors and myself.

8. I have read in the news that Elon Musk and his Department of Government Efficiency's (DOGE) actions have resulted in the mass firing of approximately 1,000 NPS employees, including park rangers and seasonal staff. I am concerned these firings will jeopardize the park experience for visitors and result in health and safety risks.

9. In my time as Curator, I have had firsthand experience with medical emergencies that directly implicate staffing concerns. In the summer of 2023, a volunteer I oversaw suffered a stroke. The volunteer came to me unable to speak and presented other telltale signs of the medical event, and I immediately called emergency medical services. However, despite being only a mile away, EMS took nearly 45 minutes to reach us. With an influx of summer visitors and too few park rangers and law enforcement personnel to manage traffic, roads in Yosemite were clogged, increasing response times in this life-threatening situation. By the time EMS arrived, the volunteer's blood pressure was dangerously high, and they were hospitalized for a week. With fewer park staff, response times in medical emergencies are likely to only increase.

10. Similarly, in 2020, I experienced an injury in the park. I was climbing with a friend. I led a climb, tied an anchor, and, as I was being lowered, my harness broke. I had tied into my harness wrong. I fell 30-45 feet, and my feet hit the ground first, shattering my pelvis. I fell between 5:30 and 6:00 PM. I was not in Fresno (the largest city nearby with a trauma unit) at a hospital until around midnight. My fall occurred on a day that was in many ways ideal as far as park staffing and traffic were concerned — search and rescue teams were partaking in trainings that day, so emergency personnel were out in higher numbers than usual, and the park was closed to visitors, so there was no traffic on the road. Nonetheless, even with the staffing and visitor conditions as they were, it took around six hours to get to a hospital capable of dealing with my injuries. With cuts to park staff, response times would only increase.

3

11. Further, recent historically hot summers in Yosemite appear to be leading to more illnesses like heat exhaustion, heat stroke, and sunburn among visitors. This has put stress on myself and my volunteers, who, while generally not medically trained, are nonetheless presented with frontline medical issues in the context of extreme heat and climate change. Decreased staffing would hurt visitors who need assistance and harm me and my volunteers by causing needless anxiety in our interactions with the public in areas that are not our expertise.

12. Exorbitant wait times to enter the park due to reduced staffing at entrance points adversely affect me and my volunteers at YCHC, not to mention visitors themselves. Without a reservation system in place, wait times to enter the park have been as high as five to nine hours, and even with a reservation system, wait times can reach 1.5 hours. Traffic backup directly affects emergency response times. It also often places drivers in rock fall zones that should be kept clear for drivers' safety. These long wait times, in my experience, appear to be related to visitor anger and even aggression at the YCHC, which directly impacts me and my volunteers. Cutting entrance line staff, in particular, who play a key role in traffic control, is likely to only exacerbate these issues.

13. The park service staff I interact with and volunteers I oversee also play a vital role in protecting the park's natural, historical, and functional resources. This ranges from minimizing human-wildlife conflict and keeping dogs off trails (per park rules) to ensuring vehicles stay in designated areas and maintaining structures of historical significance. I saw firsthand during the government shutdown of 2018-2019 the effects minimal staffing can have on protecting park resources. With bare bones National Park Service staffing during that time, some visitors had parked their vehicles in the middle of the iconic Cook's Meadow; bathrooms were locked, so nearly every tree along the road had toilet paper and diapers behind it, which will not decompose

in the dry Yosemite environment; visitors were chopping down trees for firewood, building firepits (which is quite dangerous in this fire-prone region), and graffitiing fences and buildings; some visitors even removed signage for iconic Yosemite sites, with effects on park navigability. In short, with these resources unprotected due to minimal staff presence, the park was harmed in natural, historical, and functional terms. It is highly likely that reduced staffing in the park going forward would have similar damaging effects.

14. Park Service employees also play an important role in stewarding and facilitating conservation and other research projects of academic and public interest, many of which require year-round maintenance and supervision. Without rangers and other employees on the job, the park is highly likely to lose important research, and the species upon which some of that research is based could become even more endangered, from peregrine falcons to Giant Sequoias.

15. Fewer staff also means less training for many volunteers, who rely on staff to gain skills essential for park functioning. In a park the size of Rhode Island, Yosemite's thousands of volunteers play a vital role in park functioning and upkeep, working on everything from habitat restoration and park sustainability to beautification projects and historic structure preservation, which includes the Center I manage. Volunteers also interact with many of the visitor groups that come through the park, and play a key role in providing services to them. One National Park Service employee is typically responsible for training and overseeing as few as 5-10 to as many as 150-210 volunteers, so cutting NPS staff has cascading effects on our ability to host volunteers, and, by extension, our millions of visitors.

16. I am, thus, concerned that DOGE's recent staff reductions, and additional employee firings, will impact the country's national parks, monuments, recreation areas, and other federally protected lands. I am concerned that national parks like Yosemite will have

5

reduced hours open or will not open at all if the parks have insufficient staff to open, operate and safely maintain the national parks. Specific to Yosemite, it cannot close the entrance gates to the park, because park staff live *within* the park itself, along with campgrounds and hotels for the public, meaning the park needs constant staffing because it cannot physically close the park to the public with people living and recreating in the park at all times. This means that, even if it is designated "open," non- or understaffing could present serious issues for maintaining the functional, natural, and historical integrity of the park.

17. In Yosemite, park rangers and other park staff enforce park rules and make sure that visitors are safe and do not damage park resources. With insufficient staff, I worry that this beautiful space could be damaged by inconsiderate visitors through reckless behavior, off-trail hiking, littering, defacing, or other pollution.

18. I am also concerned that low numbers of park employees might cause emergency response times in the park to rise to dangerous levels. Accidents occur even when people are fully prepared, and, in those circumstances, park visitors rely on the availability of emergency response provided by the National Park Service.

19. My role as the Curator at YCHC can only be productive and safe if the park has sufficient employees at the same or greater staffing levels of prior years. Therefore, the recent layoffs of National Park Service staff worry me insofar as I cannot expect standard operations at the park. I and my volunteers would be harmed if Yosemite National Park is understaffed, for the reasons detailed above.

20. For these reasons, I support Sierra Club's efforts to oppose in court the recent actions taken by Elon Musk and DOGE to reduce the number of National Park Service employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2025, in El Portal, California.

*/s/ Connor McIntosh*
Connor McIntosh