**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br><br>Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br><br>Defendants. | Civil Action No. 1:25-cv-00643 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Joshua E. Gardner, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: May 29, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil
Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL

Assistant Branch Director, Federal Programs
Branch

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)
Special Counsel

GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4537
joshua.e.gardner@usdoj.gov

*Counsel for Defendants*