IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00429-TSC |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00643-TSC |

**DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO ANSWER *NEW MEXICO* PLAINTIFFS' COMPLAINT**

Defendants respectfully request that the Court extend Defendants' deadline to answer the complaint in *New Mexico v. Musk,* 1:25-cv-00429-TSC (D.D.C.) until two weeks after the court decides their pending motion to dismiss in *Japanese American Citizens League v. Musk,* 1:25-cv-00643-TSC (D.D.C.) or, in the alternative, for 30 days, until July 10, 2025.

Good cause supports this request:

1.  On March 20, 2025, the Court consolidated *New Mexico v. Musk* and *Japanese American Citizens League v. Musk*. *See* Minute Order of March 20, 2025.

2.  Defendants moved to dismiss in *New Mexico v. Musk* on March 7, 2025. *See* ECF No. 58. The Court granted in part and denied in part that motion on May 27. *See* ECF No. 94.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer to the Complaint in *New Mexico v. Musk* is due on June 10, 2025.

4. Defendants moved to dismiss in *Japanese American Citizens League v. Musk* on May 6, 2025. *See* ECF No. 90. Plaintiffs requested additional time to respond to the motion, to which Defendants consented. *See* ECF No. 92. Plaintiffs filed their opposition to Defendants' motion on May 28, 2025. *See* ECF No. 97. Defendants' reply in support of their motion to dismiss is thus due on June 12. *See* Minute Order of May 12, 2025.

5. Defendants will be prejudiced in preparing their reply in support of their motion to dismiss in *Japanese American Citizens League v. Musk* if they must simultaneously prepare their answer to the Complaint in *New Mexico v. Musk*.

6. Plaintiffs in neither case will be prejudiced by any extension.

   a. The District of Columbia Circuit has stayed discovery in *New Mexico v. Musk* pending Defendants' petition for mandamus. *See* ECF No. 78. Although *New Mexico* Plaintiffs have represented to Defendants on June 4, 2025, that they intend to file a motion "withdrawing our request for expedited discovery and to vacate the discovery order because we do not intend to seek a preliminary injunction at this time," that representation confirms that there is no exigency requiring *New Mexico* Plaintiffs' case to proceed on a schedule faster than that contemplated in this motion.

   b. No discovery has yet been permitted in *Japanese American Citizens League v. Musk*, and the D.C. Circuit's Order makes clear that no discovery should be permitted at any time prior to the Court's decision on Defendants' motion to dismiss.

7. In addition, should the Court deny any part of Defendants' motion to dismiss in *Japanese American Citizens League v. Musk*, permitting the two consolidated cases to proceed on the same track going forward would conserve both party and Court resources.

8. Defendants sought Plaintiffs' position regarding their consent to an extension of Defendants' answer deadline. *New Mexico* Plaintiffs responded that they "object to any extension of the answer deadline beyond 7 days." *Japanese American Citizens League* Plaintiffs responded that they "share the State Plaintiffs' position on [Defendants'] proposed extension."

Dated: June 6, 2025                                     Respectfully submitted,

                                                    YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

/s/ *Christopher M. Lynch*
GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4537
christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*