IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00643 |

**MOTION TO VACATE ORDER ALLOWING LIMITED EXPEDITED DISCOVERY**

In an Order dated March 12, 2025, ECF No. 61, the Court granted in part and denied in part Plaintiffs' Motion for Expedited Discovery, ECF No. 45, allowing limited expedited discovery in support of Plaintiffs' anticipated motion for a preliminary injunction. See Memorandum Opinion, ECF No. 60 at 4-5. In light of subsequent events, Plaintiffs will not be seeking interim relief and therefore notify the Court that they will not be filing a motion for preliminary injunction.

Because the basis for the Court's granting limited expedited discovery was the anticipated motion for preliminary injunction, Plaintiffs respectfully request that the Court vacate the Order allowing limited expedited discovery, ECF No. 61. Plaintiffs make this request without prejudice

to their right to take merits discovery in the ordinary course pursuant to the Federal Rules of Civil Procedure.

Pursuant to LCvR 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding this motion by email on June 5 and 6 (with advance notice of Plaintiffs' intensions having been given June 4). As of the time of this filing, counsel for Defendants had not taken a position on the relief requested through this motion.

Dated: June 6, 2025

                                                   Respectfully submitted,

**RAÚL TORREZ**

Attorney General of the State of
New Mexico

   */s/ Steven Perfrement*
Steven Perfrement
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
sperfrement@nmdoj.gov

2

<div style="columns:2">

**RAÚL TORREZ**
Attorney General for the State of New Mexico

James Grayson
*Chief Deputy Attorney General*
Anjana Samant
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo
Street Santa Fe, NM 87501
jgrayson@nmdoj.gov
asamant@nmdoj.gov
(505) 270-4332
*Attorneys for the State of New Mexico*

**DANA NESSEL**
Attorney General for the State of Michigan

Joseph Potchen
*Deputy Attorney General*
Linus Banghart-Linn
*Chief Legal Counsel*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48933
(517) 335-7632
evansj@michigan.gov
potchenj@michigan.gov
*Attorneys for the People of the State of Michigan*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

Daniel C. Barr
*Chief Deputy Attorney General*
Joshua Katz
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
daniel.barr@azag.gov
joshua.katz@azag.gov
*Attorneys for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

Nicholas R. Green
*Deputy Attorney General*
Thomas S. Patterson
*Senior Assistant Attorney General*
Mark R. Beckington
John D. Echeverria
*Supervising Deputy Attorneys General*
Maria F. Buxton
Michael E. Cohen
Carolyn F. Downs
*Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510–4400
nicholas.green@doj.ca.gov
*Attorneys for the State of California*

</div>

**WILLIAM TONG**
Attorney General for the State of Connecticut

Timothy Holzman
*Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
Michael.Skold@ct.gov
*Attorneys for the State of Connecticut*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

Kalikoʻonālani D. Fernandes
*Solicitor General*
David D. Day
*Special Assistant to Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for the State of Hawaiʻi*

**KEITH ELLISON**
Attorney General for the State of Minnesota

Liz Kramer
*Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1010
liz.kramer@ag.state.mn.us
*Attorneys for the State of Minnesota*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

Julia Doyle
*Solicitor General*
Adam D. Kirschner
*Senior Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6424
AKirschner@oag.state.md.us
*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the State of Massachusetts

Gerard J. Cedrone
D.D.C. Bar ID MA0019
*Deputy State Solicitor*
Massachusetts Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov
*Attorneys for the State of Massachusetts*

**AARON D. FORD**
Attorney General for the State of Nevada

Heidi Parry Stern
D.D.C. Bar ID 8873
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for the State of Nevada*

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>Ryan P. Kane<br>*Deputy Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>ryan.kane@vermont.gov<br>*Attorneys for the State of Vermont* | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>Kelsey Endres<br>*Assistant Attorney General*<br>Emma Grunberg<br>*Deputy Solicitor General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>kelsey.endres@atg.wa.gov<br>emma.grunberg@atg.wa.gov<br>*Attorneys for the State of Washington* |