IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00429-TSC |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-00643-TSC |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO VACATE ORDER ALLOWING LIMITED EXPEDITED DISCOVERY**

Plaintiffs in the lead consolidated case previously moved for expedited discovery, ECF No. 45, which the Court granted in part on March 12, 2025, ECF No. 61 ("March 12 Discovery Order"). On March 26, the D.C. Circuit stayed the March 12 Discovery Order pending the government's mandamus petition. *See* ECF No. 78. On June 6, 2025, Plaintiffs moved to vacate the March 12 Discovery Order. *See* ECF No. 101.

The government does not oppose vacating the March 12 Discovery Order. Since staying that order, the D.C. Circuit has asked the government to file a motion to govern further proceedings on its pending mandamus petition by June 16, 2025. The government respectfully requests that this Court indicate how it intends to rule on Plaintiffs' motion to vacate by that time, so that the D.C. Circuit may consider this Court's intent in deciding how to proceed with the ongoing mandamus action.

Dated: June 10, 2025									Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *Christopher M. Lynch*
GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4537
christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*