IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-00643-TSC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), the undersigned, Malina Simard-Halm, respectfully notices the withdrawal of her appearance as counsel for Plaintiff the State of New Mexico in the above captioned matter. Ms. Simard-Halm is no longer employed with the State of New Mexico. Plaintiff the State of New Mexico will continue to be represented by James Grayson, Anjana Samant, and Steven Perfrement.

Dated: October 23, 2025

Respectfully submitted,

By: /s/ *Malina Simard-Halm*
     Malina Simard-Halm

AND

> James Grayson
> *Chief Deputy Attorney General*
> Anjana Samant
> *Deputy Counsel*
> Steven Perfrement
> *Senior Counsel*
> NEW MEXICO DEPARTMENT OF JUSTICE
> 408 Galisteo Street
> Santa Fe, NM  87501
> (505) 490-4060
> jgrayson@nmdoj.gov
> asamant@nmdoj.gov
> sperfrement@nmdoj.gov
>
> *Attorneys for Plaintiff the State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, the foregoing pleading was filed with the Clerk of the Court, using the CM/ECF system, causing all parties to be electronically served.

> /s/ Malina Simard-Halm
> Malina Simard-Halm