**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.,* | |
| *Plaintiffs,* | Case No. 1:25-cv-00429-TSC (Lead) |
| v. | |
| ELON MUSK, *et al.,* | |
| *Defendants.* | |
| | |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.,* | |
| *Plaintiffs,* | Case No. 1:25-cv-00643-TSC |
| v. | |
| ELON MUSK, *et al.,* | |
| *Defendants.* | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), the undersigned, Malina Simard-Halm, respectfully notices the withdrawal of her appearance as counsel for Plaintiff the State of New Mexico in the above captioned matter. Ms. Simard-Halm is no longer employed with the State of New Mexico. Plaintiff the State of New Mexico will continue to be represented by James Grayson, Anjana Samant, and Steven Perfrement.

Dated: October 24, 2025            Respectfully submitted,

By:    /s/ *Malina Simard-Halm*
       Malina Simard-Halm

AND

James Grayson
*Chief Deputy Attorney General*
Anjana Samant
*Deputy Counsel*
Steven Perfrement
*Senior Counsel*
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, NM  87501
(505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
sperfrement@nmdoj.gov

*Attorneys for Plaintiff the State of New Mexico*


## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, the foregoing pleading was filed with the Clerk

of the Court, using the CM/ECF system, causing all parties to be electronically served.

*/s/ Malina Simard-Halm*
Malina Simard-Halm