IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00643-TSC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), the undersigned, Astrid Carrete, respectfully notices the withdrawal of her appearance as counsel for Plaintiff State of New Mexico in the above captioned matter. Ms. Carrete left her employment with the State of New Mexico effective October 7, 2025. Plaintiff State of New Mexico will continue to be represented by James Grayson, Anjana Samant, and Steven Perfrement.

Dated: October 24, 2025

Respectfully submitted,

By: */s/ Astrid Carrete*
     Astrid Carrete

AND

James Grayson
*Chief Deputy Attorney General*
Anjana Samant
*Deputy Counsel*
Steven Perfrement
*Senior Counsel*
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, NM  87501
(505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
sperfrement@nmdoj.gov

*Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, the foregoing pleading was filed with the Clerk of the Court, using the CM/ECF system, causing all parties to be electronically served.

*/s/ Astrid Carrete*
Astrid Carrete