IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELON MUSK, *et al.*,<br><br>　　　　Defendants. | C.A. No. 1:25-cv-00429<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELON MUSK, *et al.*,<br><br>　　　　Defendants. | C.A. No. 1:25-cv-00643 |

　　In light of events subsequent to its filing, Plaintiff States voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No party has filed an answer or motion for summary judgment.

Dated: December 15, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KRISTIN K. MAYES**
　　　　　　　　　　　　　　　　　　　　Attorney General for the State of Arizona

　　　　　　　　　　　　　　　　　　　　By: /s/ Joshua D. Bendor
　　　　　　　　　　　　　　　　　　　　Joshua D. Bendor
　　　　　　　　　　　　　　　　　　　　D.D.C. Bar ID 031908
　　　　　　　　　　　　　　　　　　　　*Solicitor General*

Daniel Clayton Barr
*Chief Deputy Attorney General*
Joshua A. Katz
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Daniel.Barr@azag.gov
Joshua.Katz@azag.gov

*Attorneys for the State of Arizona*

**RAÚL TORREZ**
Attorney General of the State of New Mexico

James Grayson
*Chief Deputy Attorney General*
Anjana Samant
D.D.C. Bar ID 4267019
*Deputy Counsel*
Steven Perfrement
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM  87501
jgrayson@nmdoj.gov
asamant@nmdoj.gov
sperfrement@nmdoj.gov
 (505) 270-4332

*Attorneys for the State of New Mexico*

**DANA NESSEL**
Attorney General, State of Michigan

Jason Evans
*Assistant Attorney General*
Joseph Potchen
*Deputy Attorney General*
Linus Banghart-Linn
*Chief Legal Counsel*

2

Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 335-7632
evansj@michigan.gov
potchenj@michigan.gov

*Attorneys for the People of the State of Michigan*


**ROB BONTA**
Attorney General for the State of California

Thomas S. Patterson
*Senior Assistant Attorney General*
Mark R. Beckington
*Supervising Deputy Attorney General*
Maria F. Buxton
Carolyn Downs
*Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 510–4400
maria.buxton@doj.ca.gov

*Counsel for the State of California*


**WILLIAM TONG**
Attorney General for the State of Connecticut

Timothy Holzman
*Assistant Attorney General*
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5020
Timothy.Holzman@ct.gov

*Attorneys for the State of Connecticut*

3

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

Kalikoʻonālani D. Fernandes
*Solicitor General*
David D. Day
*Special Assistant to the Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

Julia Doyle
*Solicitor General*
Adam D. Kirschner
*Senior Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6424
AKirschner@oag.state.md.us

*Attorneys for the State of Maryland*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

Gerard J. Cedrone
D.D.C. Bar ID MA0019
*Deputy State Solicitor*
Massachusetts Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**KEITH ELLISON**
Attorney General for the State of Minnesota

Liz Kramer
*Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

*Attorneys for the State of Minnesota*


**AARON D. FORD**
Attorney General for the State of Nevada

Heidi Parry Stern
D.D.C. Bar ID 8873
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorneys for the State of Nevada*


**DAN RAYFIELD**
Attorney General for the State of Oregon

Brian S. Marshall
D.D.C. Bar ID 501670
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
brian.s.marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

Jeff Kidd
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
jkidd@riag.ri.gov

*Attorneys for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

Ryan P. Kane
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

Kelsey Endres
*Assistant Attorney General*
Emma Grunberg
*Deputy Solicitor General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
kelsey.endres@atg.wa.gov
emma.grunberg@atg.wa.gov

*Attorneys for the State of Washington*