UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00643 |

**DECLARATION OF AMY GLEASON**

I, Amy Gleason, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I make these statements based on personal knowledge and knowledge obtained in the course of my official duties.

2. I am the Administrator of the United States DOGE Service ("USDS"). I have held that position since February 18, 2025.

3. The USDS is a component of the Executive Office of the President. The U.S. DOGE Service Temporary Organization is within the USDS. Both are separate from the White House Office.

4. Mr. Musk became an employee of the White House Office as a Senior Advisor to the President on January 20, 2025. He held that position as a non-career Special Government Employee ("SGE"). Mr. Musk was not an employee of USDS or the U.S. DOGE Service Temporary Organization. Mr. Musk left his role as Senior Advisor to the President on May 28, 2025. Since that date, he has not been an employee of the White House, either in the White House Office or Executive Office of the President.

Executed on this 7th Day of January, 2026 in Washington, DC.

Amy Gleason
Administrator
United States DOGE Service