**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STATE OF NEW MEXICO**, *et al.*, | |
| Plaintiffs, | |
| v. | No. 25-cv-429 (TSC) |
| **ELON MUSK**, *et al.*, | |
| Defendants. | |
| **JAPANESE AMERICAN CITIZENS LEAGUE**, *et al.*, | |
| Plaintiffs, | |
| v. | No. 25-cv-643 (TSC) |
| **ELON MUSK**, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

For the reasons explained in the accompanying Memorandum Opinion, ECF No. 119, the court GRANTS Defendants' Motion for Relief from Local Civil Rule 7(n), ECF No. 87, and Plaintiffs' Second Motion for Leave to Identify Declarants by Pseudonym, ECF No. 98; GRANTS in part and DENIES in part Defendants' Motion to Dismiss, ECF No. 90; and DENIES without prejudice Plaintiffs' Motion for Expedited Discovery, No. 25-cv-643, ECF No. 11; and DENIES

AS MOOT the associated Motions for Leave to Identify Declarants by Pseudonym, No. 25-cv-429, ECF Nos. 69, 72.

Date: March 23, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge