**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br><br> Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*, <br><br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br><br> Defendants. | Civil Action No. 1:25-cv-00643 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), undersigned counsel for Defendants, Garry D. Hartlieb, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: May 6, 2026

Respectfully submitted,

*/s/ Garry D. Hartlieb*
GARRY D. HARTLIEB (IL Bar No. 6322571)
(202) 693-6167
hartlieb.garry.d@dol.gov