**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00429-TSC (Lead) |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00643-TSC |

**[PROPOSED] SCHEDULING ORDER**

1. **DEADLINES:**

The parties conferred and agreed on the following deadlines:

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | June 25, 2026 |
| Deadline to Amend the Pleadings without leave of court | June 5, 2026 |
| Deadline to Join Additional Parties without leave of court | June 5, 2026 |
| Plaintiffs' Rule 26(a)(2) Expert Disclosures | August 26, 2026 |

| | |
|---|---|
| Defendants' Expert Rebuttal Report | November 23, 2026 |
| Plaintiffs' Expert's Response to Defendant's Expert | December 9, 2026 |
| End of Discovery | December 18, 2026 |
| Plaintiffs' Motion for Summary Judgment due | January 25, 2027 |
| Defendants' Combined Opposition and Cross-Motion due | February 22, 2027 |
| Plaintiffs' Combined Opposition and Reply due | March 22, 2027 |
| Defendants' Reply due | April 12, 2027 |

The parties discussed but were unable to agree on further deadlines. The parties' respective positions are described below.

**Plaintiffs' Position:** Plaintiffs anticipate that there will be factual issues that remain after the close of discovery and in the interest of ensuring a swift determination of the merits, Plaintiffs propose that this matter should be set for trial, and accordingly provides additional dates.

**Defendants' Position:** Defendants believe this matter should be resolved on motion and that any discussion of trial scheduling is premature. Defendants defer to the Court as to when it should issue a decision as to those motions.

| | |
|---|---|
| Plaintiffs' Proposed Dates for Decision on Dispositive Motions | 45 days before pre-trial conference |
| Plaintiffs' Proposed Date for Pre-Trial Conference | As soon as practicable beginning June 1, 2027 |
| Plaintiffs' Proposed Deadline to file Motions in Limine | 28 days before pre-trial conference |
| Plaintiffs' Proposed Deadline to file Oppositions to Motions in Limine | 14 days before pre-trial conference |
| Plaintiffs' Proposed Deadline to file Replies in Support of Motions in Limine | 7 days before pre-trial conference |
| Plaintiffs' Proposed Date for Trial | July 12, 2027 or a date convenient for the Court |

## 2. DEPOSITIONS AND INTERROGATORIES:

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories per side.

## 3. DISCOVERY DISPUTES:

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

## 4. REQUEST FOR APPOINTMENT OF MEDIATOR:

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Respectfully submitted on this 26th day of May 26, 2026.

Gloria D. Smith**
Sanjay Narayan
SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5532
gloria.smith@sierraclub.org
sanjay.narayan@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*/s/ Bruce V. Spiva*
Bruce V. Spiva (DC Bar No. 443754)
Daniel S. Lenz*
Robert Brent Ferguson (DC Bar No. 1782289)
Tara Malloy (DC Bar No. 988280)
Katherine Hamilton (DC Bar No. 90006168)
Heather Szilagyi (DC Bar No. 90006787)
Rachel Appel (DC Bar No. 90017750)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
bspiva@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
tmalloy@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org

rappel@campaignlegalcenter.org

*Counsel for Plaintiffs Japanese American Citizens League, OCA-Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists*

*\*Admitted pro hac vice*
*\*\* pro hac vice forthcoming*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs
    Branch

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4556
christopher.m.lynch@usdoj.gov
jacob.s.siler@usdoj.gov
james.j.wen@usdoj.gov

*Counsel for Defendants*