**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STATE OF NEW MEXICO**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**ELON MUSK**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-429 (TSC) |
| **JAPANESE AMERICAN CITIZENS LEAGUE**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**ELON MUSK**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-643 (TSC) |

## <u>SCHEDULING ORDER</u>

Upon consideration of the parties' Meet and Confer Statement, ECF No. 124, it is hereby

**ORDERED** that the parties shall adhere to the following deadlines:

- Deadline to Exchange Initial Disclosures:  June 25, 2026

- Deadline to Amend the Pleadings without leave of court:  June 5, 2026

- Deadline to Join Additional Parties without leave of court:  June 5, 2026

- Plaintiffs' Rule 26(a)(2) Expert Disclosures:  August 26, 2026

- Defendants' Expert Rebuttal Report:  November 23, 2026

- Plaintiffs' Expert's Response to Defendant's Expert:  December 9, 2026

Page **1** of **3**

- End of Discovery:  December 18, 2026

It is further **ORDERED** that the parties shall adhere to the following briefing schedule:

- Plaintiffs' Motion for Summary Judgment due January 25, 2027

- Defendants' Combined Opposition and Cross-Motion due February 22, 2027

- Plaintiffs' Combined Opposition and Reply due March 22, 2027

- Defendants' Reply due April 12, 2027

The court will defer trial-related scheduling until after resolution of the summary judgment motions.

Absent agreement of the parties or further order of this court, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories per side.

Counsel shall confer in good faith in an effort to resolve any discovery dispute.  If counsel are unable to resolve the dispute, they must first jointly submit, via an email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference.  The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.  Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.  Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: June 1, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge