**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STATE OF NEW MEXICO, et al.,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **1:25-cv-00429-TSC** |
| | : | |
| **ELON MUSK, in his official capacity, et al.,** | : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF STATE OF RHODE ISLAND

Pursuant to Local Civil Rule 83.2(e), Special Assistant Attorney General Alexander Carnevale of the Office of the Rhode Island Attorney General, hereby enters his appearance on behalf of Plaintiff, the State of Rhode Island, in the above-captioned civil action.  Included below, please find a signed Certification of Familiarity as required by Local Rule 83.2(e).

The State of Rhode Island files this appearance out of an abundance of caution, understanding the current posture of the case, due to Special Assistant Attorney General Jeff Kidd's forthcoming departure from the Office of the Attorney General on July 17, 2026.

Respectfully submitted,

**THE STATE OF RHODE ISLAND,**

By:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Alexander Carnevale*
Alexander Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
acarnevale@riag.ri.gov

1

## CERTIFICATION OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am a member in good standing of the bar of the highest court of the State of Rhode Island, as well as the District Court for the District of Rhode Island and the First Circuit Court of Appeals; that I have registered as a government attorney with the Clerk's Office of the District Court for the District of Columbia; and that I am personally familiar with the Local Rules of this Court and the other materials set out in Local Civil Rules 83.8(b) and 83.9(a).

**Dated: July 16, 2026**

/s/ Alexander Carnevale
Alexander Carnevale (RI Bar No. 10724)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
acarnevale@riag.ri.gov

## CERTIFICATION OF SERVICE

I hereby certify that I filed this document via the ECF filing system on July 16, 2026, and that a copy is available for viewing and downloading.

/s/ Meghan Spooner

2